# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATES OF LOUISIANA, GEORGIA, AND NORTH CAROLINA *ex rel* Rhonda Harris, Relator | CIVIL ACTION <br><br> NO.: 18-CV-994 |
| Plaintiff/Relator | SECTION BAH-RLB |
| VERSUS | |
| SEASIDE HSBS, LLC; COGNITIVE HCBS, LLC; COGNITIVE DEVELOPMENT CENTER BEHAVIORAL HEALTH SERVICES, LLC; COGNITIVE DEVELOPLENT CENTER OF BATON ROUGE, LLC and COGNITIVE DEVELOPMENT CENTER, LLC | |
| Defendants | |

## MOTION FOR VOLUNTARY PARTIAL DISMISSAL
## PURSUANT TO FRCP RULE 41(a)

**NOW INTO COURT**, through undersigned counsel, comes the Relator, Rhonda Harris, who hereby submits this Motion for Voluntary Partial Dismissal of the above captioned matter, dismissing the State claims alleged on behalf of the State of Georgia pursuant to Ga. Code Ann. § 49-4-168.1(a)(1) and North Carolina pursuant to N.C.G.S.A. § 1-606 in this matter WITHOUT PREJUDICE pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Relator reserves her rights to pursue her claims alleged on behalf of the State of Louisiana pursuant to its Medicaid

False Claims Act, Louisiana Medical Assistance Program Integrity Law (MAPIL), LSA-R.S. 46:437.1, et seq. and her Federal false claims pursuant to 31 U.S.C. § 3729 *et* seq.

Counsel for Relator has also obtained the consent of the United States and the States of Georgia and North Carolina named as Plaintiffs in this action, who consent to the Partial Dismissal of this matter WITHOUT PREJUDICE.[1]

The Defendants in this action have not been served with the Complaint. Dismissal under Rule 41(a)(2) is therefore appropriate. Defendants have received and agreed to execute a Notice and Request for Waiver of Summons of which Relators are awaiting receipt.

On January 10, 2022, the State of Louisiana filed a Complaint in Intervention pursuant to its Medicaid False Claims Act, Louisiana Medical Assistance Program Integrity Law (MAPIL), LSA-R.S. 46:437.1, et seq. for submitting false claims to the Medicaid program. Specifically, Relator, Rhonda Harris, would like to adopt all arguments and the scope of allegations alleged by the State of Louisiana in its Complaint in Intervention including but not limited to knowingly presenting false claims to be paid under the Louisiana medical assistance programs, knowingly making or causing to be made a false record or false statement material to a fraudulent claim, knowingly concealing, avoiding, or decreasing an obligation to pay money to the medical assistance program, and knowingly attempting to defraud the medical assistance program through misrepresentation to obtain payment for a false claim.

In conclusion, Relator, Rhonda Harris, on behalf of, and in the name of the United States of America, and the States of Georgia and North Carolina as named plaintiffs in this matter, respectfully pray that this Honorable Court grant this Motion for Partial Dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure WITHOUT PREJUDICE as to Relator, the United

---

[1] Also see the Notice of Declination of the United States, Georgia and North Carolina of November 10, 2021.

States of America, and the States of Georgia pursuant to Ga. Code Ann. § 49-4-168.1(a)(1) and North Carolina pursuant to N.C.G.S.A. § 1-606, reserving her rights to pursue her claims alleged on behalf of the State of Louisiana pursuant to its Medicaid False Claims Act, Louisiana Medical Assistance Program Integrity Law (MAPIL), LSA-R.S. 46:437.1, et seq., and her Federal false claims pursuant to 31 U.S.C. § 3729 *et* seq. A proposed Order is attached.

Respectfully submitted,

By:  /s/ J. Marc Vezina
**J. MARC VEZINA**
LA Bar No. 24683
GA Bar No. 465449
MI Bar No. P76232
**KELLI M. KHALAF**
LA Bar No. 23213
**VEZINA AND GATTUSO, L.L.C.**
401 Weyer Street, P. O. Box 461
Gretna, LA 70054
Tel. (504) 368-5223
jmv@vezinalaw.com
kkhalaf@vezinagattuso.com

**Attorneys for Relator**

# C E R T I F I C A T E

I hereby certify that on March 3, 2022 the foregoing document was electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record, as well as served via First Class Mail on Relator, Rhonda Harris.

/s/ J. Marc Vezina
J. Marc Vezina
Attorney for Relator