# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION |
| STATES OF LOUISIANA, | ) | |
| *ex rel* Rhonda Harris, Relator | ) | |
| | ) | NO.: 18-CV-994 |
| STATE OF LOUISIANA | ) | |
| *ex rel* Rhonda Harris, Relator | ) | |
| | ) | SECTION BAH-RLB |
| Plaintiff/Relators | ) | |
| | ) | |
| VERSUS | ) | |
| | ) | |
| SEASIDE HCBS, LLC, COGNITIVE HCBS, | ) | |
| LLC; COGNITIVE DEVELOPMENT | ) | |
| CENTER BEHAVIORAL HEALTH | ) | |
| SERVICE, LLC; COGNITIVE | ) | |
| DEVELOPMENT CENTER OF BATON | ) | |
| ROUGE, LLC and | ) | |
| COGNITIVIE DEVELOPMENT CENTER, | ) | |
| LLC | ) | |
| | ) | |
| Defendants | ) | |
| _____ | ) | |

## FIRST AMENDED COMPLAINT FOR DAMAGES UNDER THE FEDERAL FALSE CLAIMS ACT AND LOUISIANA MEDICAL ASSISTANCE PROGRAM INTEGRITY LAW

NOW INTO COURT, through undersigned counsel, comes relator, Rhonda Harris, by and in the name of and on behalf of the United States of America, the States of Louisiana, Georgia, and North Carolina who submits this First Amended Complaint for Damages as follows:

## INTRODUCTION

1. This action arises under 31 U.S.C. § 3729 *et* seq., also known as the False Claims Act ("FCA"), as well as the False Claims Acts of the States and Cities (collectively "State

1

FCAs"), and common law, to recover treble damages and civil penalties on behalf of the United States of America, the States, and Cities, arising out of Defendants violations of the FCA and State FCAs as well as under common law theories of payment by mistake and unjust enrichment.

2. This action also arises under the Louisiana Medicaid False Claims Act, the Louisiana Medical Assistance Program Integrity Law (MAPIL), LSA-R.S. 46:437.1, et seq. for submission of false and fraudulent claims to the Louisiana Medical Assistance Programs, commonly known as the Medicaid program.

3. As more fully alleged herein, this action arises out Defendants' continuing schemes to defraud the United States of America and the State of Louisiana through the submission of false and fraudulent claims for medically unnecessary services or services that were not performed to Medicare, and the Louisiana Medical Assistance Program Integrity Law (MAPIL), Louisiana Medicaid Program ("collectively, the government").

4. The scheme dates to at least 2011 and is ongoing.

5. On March 27, 2023, this Court denied Defendant's Rule 12(b)(6) Motion to Dismiss the State's intervention complaint.

6. This Court Granted in Part Defendant's Rule 12(b)(6) Motion to Dismiss Relator's Complaint with the opportunity to amend to provide additional evidence to satisfy the false certification element.

7. Specifically, the court's order offered the Relator the opportunity to identify individual claims that were submitted pursuant to the scheme.

**JURISDICTION AND VENUE**

8. Under §3732 of the FCA, this Court has exclusive jurisdiction over the actions brought under the FCA and concurrent jurisdiction over state claims arising from the transactions giving rise to the claims under the FCA. Furthermore, jurisdiction over this action is conferred on this Court by 28 U.S.C. §1331 because this civil action arises under the laws of the United States.

9. This Court has supplemental jurisdiction over all other claims set forth in this Complaint because these claims are so related to the claims arising under the federal False Claims Act that they form part of the same case or controversy. 28 U.S.C. §1367.

10. This Court has jurisdiction over the Medicaid False Claims Act, the Louisiana Medical Assistance Program Integrity Law (MAPIL), LSA-R.S. 46:437.1, et seq. pursuant to 28 U.S.C. §1367(a).

11. Venue is proper in this district pursuant to §3732(a) of the Act, which provides that any action under §3730 may be brought in any judicial district in which the Defendant or in the case of multiple Defendants, any one Defendant, can be found, resides, transacts business, or in which any act proscribed by §3729 occurred. Acts that are the subject of this action occurred in the State of Louisiana, within this judicial district, as well as nationwide. At all times material thereto, Defendants regularly conducted substantial business within the State of Louisiana, maintained permanent employees in the State of Louisiana, and made, and is making, significant claims for reimbursement within the State of Louisiana, within this judicial district. Additionally, venue is proper in this district pursuant to 28 U.S.C. §1391(b)(1)-(2).

**FILING UNDER SEAL**

12. Under the Act, as well as State FCAs, this Complaint is to be filed *in camera* and remain under seal for a period of at least sixty (60) days and shall not be served on Defendants until the Court so orders. This Amended Complaint is being filed into the record as per the Court's Order of March 27, 2023.

13. As required by the FCA and MAPIL, Relator was the original source who voluntarily submitted prior to the filing of this Complaint a confidential written disclosure statement (subject to the attorney-client, common-interest, and joint-prosecutorial privilege) to the United States Government and the State of Louisiana, containing materials, evidence, and information in her possession pertaining to the allegations contained in this Complaint. Similarly, Relator was the original source who voluntarily submitted a confidential written disclosure statement, prior to any public disclosure by the State of Louisiana upon whose FCAs and MAPIL violation allegations are based.

14. Relator is listed in the Complaint of Intervention filed by the State of Louisiana in both the citation and in the body of Louisiana's complaint.

15. In fact, the State of Louisiana relied upon an e-mail dated August 25, 2017, sent by Leon Jackson for proof of Defendant's knowledge of ongoing fraud in paragraph 51, (Exhibit #4, R. Doc# 27-4) of the State's Complaint of Intervention. This document (a clean copy of the email is attached to this Amended complaint) was originally produced to the government by the Relator on September 11, 2018 with her information and bears her handwritten comments.

**THE PLAINTIFFS**

16. The Plaintiff, the United States of America by and through its departments, the Department of Health and Human Services ("HHS"), particularly the Centers for Medicare and Medicaid Services ("CMS") within the HHS, is responsible for administering Federal and Health Care Programs including Medicare and Medicaid.

17. Medicaid is the nation's medical assistance program for the needy, the medically-needy aged, blind, and disabled in families with dependent children. See 42 USC §§ 1396-1396v. Title XIX of the Social Security Act was enacted by Congress to establish the Medicaid Program. See 42 U.S.C. §§ 1396-1396(v). Medicaid is funded by both federal and state money, with the federal contribution capsulated separately for each state. See 42 U.S.C. §§ 1396(d) & 1396(D)(b).

18. In 1965, Congress enacted Title XVIII of the Social Security Act, 42 U.S.C. § 1395 *et seq.*, known as the Federal Medicare Program which authorizes medical benefits for the aged, blind, and disabled. Medicare is a health financing program for the elderly. Entitlement to Medicare is based on age, disability, or affliction with end-renal disease. See 42 U.S.C. §§ 426, 426(a). Part A of the Medicare Program authorizes payment for institutional care, including treatment of eligible individuals in various specialty units.

19. DHHS is responsible for the administration and supervision of the Medicare Program. CMS is an agency of DHHS and is directly responsible for the administration of the Medicare Program as well as the federal implementation of Medicaid.

20. Medicare was divided into multiple parts. Part A of the Medicare Program authorizes payment to institutional care such as hospitalizations, including treatment of eligible

individuals in specialty units or other types of facilities. Medicare Part B covers physician services and outpatient care, including outpatient mental health services.

21. Upon information and belief, the Defendants derive a substantial portion of their revenue from the Medicare Program, as well as that of the Medicaid Programs. Individuals who qualify for Medicare benefits are commonly referred to as Medicare "Beneficiaries." Each Beneficiary is given a unique Medicare identification number.

22. Healthcare providers that provide mental health services to Medicare or Medicaid beneficiaries are referred to as "Providers." In order to participate in Medicare, Providers are required to submit an application in which the Providers agree to comply with all Medicare-related laws and regulations. If Medicare approves a Provider's application, Medicare assigns the Provider a Medicare Provider number. Any healthcare provider with a Medicare Provider number may file claims with Medicare to obtain reimbursement for services rendered to Beneficiaries.

23. Medicare reimburses DME companies and other healthcare providers for services rendered to Beneficiaries. Medicare will generally pay reimbursement for DME and related medical related medications only if they were prescribed by the Beneficiary's physician and were medical necessary to the treatment of the Beneficiary's illness or injury.

24. To receive reimbursement from Medicare, Providers must submit or cause the submission of claims to Medicare for payment of services to Beneficiaries, either directly or through a billing company.

25. In order to bill Medicare for services rendered, a Provider must submit a claim Form 1500 to the DMERC. When a Form 1500 is submitted, usually an electronic form, the Provider certifies: (1) that the contents of the form are true, correct, and complete; and (2) that the

form was prepared in compliance with all laws and regulations governing Medicare; and (3) that the contents of the claim were medically necessary.

26. In order to bill MAPIL for services rendered, La. R.S. 46:437.11 requires a provider agreement which certifies that the healthcare provider will comply with all federal and state laws and rules pertaining to the medical assistance programs and will provide goods, services, or supplies only if medically necessary and that are within the scope and quality of the standard of care.

**DEFENDANTS**

27. Seaside Healthcare HCBS, LLC (hereinafter referred to as "Seaside"), headquartered in Shreveport, Louisiana, with its principal place of business at 425 Ashley Ridge Blvd., Shreveport, LA 71106.  Seaside is a company that provides mental home and community-based healthcare services including inpatient psychiatric treatment, partial hospitalization programs, intensive outpatient programs, and therapeutic group homes, and may be served through its agent for service of process at 501 Louisiana Avenue, Baton Rouge, LA, 70802. Defendant Seaside is owned in part by Pharos Capital Group, LLC, ("Pharos"), headquartered in both Texas and Tennessee, which is a physician founded private equity firm that invests in healthcare companies. Pharos became Seaside's equity partner in December of 2013.

28. Seaside provides mental health services in Louisiana.

29.  Seaside's Louisiana locations, doing business as Cognitive Development Center, include Tallulah, Monroe, Shreveport, Columbia, Donaldsonville, Farmerville, Lake Charles, Lake Providence, Ferriday, Jena, Vidalia, and Winnsboro.

30. Additionally, Seaside's inpatient hospitals, doing business as Seaside Behavioral Center, are in New Orleans, Metairie, and Baton Rouge. Lastly, the PHP/IOP (psychological health program/intensive outpatient treatment) services are offered in New Orleans, Baton Rouge, and Zachary.

31. Seaside does business as Cognitive HCBS, LLC, a Louisiana corporation with its principal place of business at 425 Ashley Ridge Blvd., Shreveport, LA 71106.

32. Seaside does business as Cognitive Development Center Behavioral Health Services, LLC, a Louisiana corporation with its principal place of business at 425 Ashley Ridge Blvd., Shreveport, LA 71106.

33. Seaside does business as Cognitive Development Center of Baton Rouge, LLC, a Louisiana corporation with its principal place of business at 425 Ashley Ridge Blvd., Shreveport, LA 71106.

34. Seaside does business as Cognitive Development Center, LLC, a Louisiana corporation with its principal place of business at 425 Ashley Ridge Blvd., Shreveport, LA 71106.

35. An organization chart is attached as Exhibit 1.

36. All defendants will hereinafter be collectively referred to as "Seaside".

**RELATOR**

37. Relator Rhonda Harris is a licensed mental health practitioner (LMHP). She has her master's degree in psychology and obtained additional certification to provide counseling services.

38. In 2011, Relator Harris began her employment with the Cognitive Development Center located at 1705 Felicia Ave, Tallulah, LA 71282.

39. She began as a part-time onsite counselor and after several promotions, became the site director in 2016.

40. As site manager, she was responsible for overseeing all aspects of the facility including patient care, employee management, and financial.

41. In August of 2017, in direct response to Relator Harris' refusal to carry out the fraudulent activities by Defendants, she was terminated.

42. Relator is an original source of the facts and information hereinafter set forth concerning the activities of the Defendants relative to the false claims for payment for services that were medically unnecessary, up coded, and never performed by Defendants, which are then improperly being billed to Medicare, the States' Medicaid Programs, and other federal, state, and city reimbursement programs.  The facts averred herein are based upon Relator's personal observation and documents and information in her possession, which were acquired by her in connection with her work as an LMHP for Defendant Seaside.

43. Relator seeks to recover damages and civil penalties in the name of the taxpayers of the United States and the State of Louisiana for the violations alleged herein.

## LEGAL BACKGROUND

44. Pursuant to the Federal False Claims Act, 31 U.S.C. §3729(a)(1)(A), a cause of action arises when any person knowingly presents, or causes to be presented, a false or fraudulent claim for payment or approval.

45. Liability also arises under 31 U.S.C. §3729(a)(1)(B) when a person knowingly makes, uses, or causes to be made or used, a false record or statement material to a false or fraudulent claim.

46. As defined under 31 U.S.C. §3729(b)(1), "knowing" and "knowingly" means: (i) has actual knowledge of the information; (ii) acts in deliberate ignorance of the truth or falsity of the information; or (iii) acts in reckless disregard of the truth or falsity of the information. No proof of specific intent to defraud is necessary. *Id.*

47. FCA provides that any person who knowingly submits or causes to be submitted a false or fraudulent claim for payment or approval is liable for a civil penalty of not less than five thousand and five hundred dollars ($5,500) and up to eleven thousand dollars ($11,000) for each such claim, and three times the amount of the damages sustained by the government.[1] The Act empowers persons having information regarding a false or fraudulent claim against the government to bring an action on behalf of the government and to be awarded between fifteen (15) to thirty (30) percent of the amount recovered.

48. If a person other than the Attorney General brings suit, the complaint must remain under seal and defendants must not be served until the later of ninety (90) days after the service of the complaint or any extension of the ninety (90) days that is requested by the Attorney General and granted by the court.

49. The Medicaid False Claims Act, the Louisiana Medical Assistance Program Integrity Law (MAPIL), LSA-R.S. 46:437.1, et seq provides that any person who knowingly submits or causes to be submitted a false or fraudulent claim for payment or approval is liable for a civil penalty of not less than five thousand and five hundred dollars ($5,500) and up to eleven thousand dollars ($11,000) for each such claim, and three times the amount of the damages sustained by the government. The Act empowers persons having information

---

[1] These penalties have been adjusted to inflation by 29 C.F.R. 85.3 (a)(9) and are currently (as of 01/30/23) a minimum of $13,508.00 to a maximum of $27,018.00. This authority arises out of the Federal Civil Penalties Inflation Adjustment Act of 1990, Public Law 101–410, as in effect prior to November 2, 2015.

regarding a false or fraudulent claim against the government to bring an action on behalf of the government and to be awarded between fifteen (15) to thirty (30) percent of the amount recovered.

## BILLING FOR MEDICALLY UNECESSARY SERVICES AND SERVICES NEVER PERFORMED

50. Relator has specific and independent knowledge that Defendants established company-wide policies that require billing for both individual and group therapy sessions that never occur by signing up patients to multiple therapy programs that were medically unnecessary. Defendants forwarded files from Farmerville, Monroe, and Columbia to Tallulah which had been altered to reflect services that never occurred.

51. For example, on July 28, 2017, Jonathan Reeves, Defendant's employee, formatted J.H.'s new client assessment form to make the signature pages fall with no other identifying information on it. Thereafter, Defendants billed for treatment plans that had not been approved by therapists and never occurred. Additionally, Defendants requested authorization for 288 units of treatment that had never been approved by a licensed therapist for JH. The Defendants intentionally falsified signatures from licensed therapists certifying that J.H. had been evaluated and received therapy.

52. As another example, on July 10, 2017, Defendant continued the same scheme of formatting J.K.'s assessment with a signature page strategically placed with no other identifying information. Additionally, Defendants falsified a licensed therapists' signature by using a signature stamp reading Fred W. Futch, L.P.C. It is relator's knowledge that Fred W. Futch never evaluated or administered therapy to J.K.

53. Relator has specific and independent knowledge that Defendants established a company-wide mandate that billing should be up-coded for the maximum number of units (15 minutes of mental health service) on every patient whether or not the services were ever performed.

54. Defendants' knowledge of the fraudulent billing is evident by the e-mail sent by Leon Jackson dated August 25, 2017, where he states as follows: "Even more troubling is the fact that there exist far too many incidents with duplicate billings, wrong codes, and overlapping times. What is even more disturbing, there are far too many to count." (Exhibit 2)[2]

55. Relator provides the following compilations as specific exemplars of this conduct below. The source material for the compilation below is HIPAA protected information in the Relator's possession that cannot be attached to this Amended Complaint.[3]

56. Relator has personal knowledge that Defendants had a companywide scheme of repetitive fraudulent billing on patients whose fraudulent claims were submitted and paid.

57. Relator has personal knowledge that the fraudulent billings were paid, in part because once payment was made on the initial bill and not denied by payers (including Government payers), therapists continued to bill the same patient with a similar pattern of high-volume sessions in one week that never occurred.

58. Relator has personal knowledge that therapy sessions with that frequency would have been medically unnecessary even if performed.

---

[2] This email was provided to the USA and the States by Relator as part of her disclosure. It was relied upon by the State of Louisiana in its Complaint in Intervention allowed by this Court, solidifying the quality of the Relator's information, the indicia of her reliability, and her position as an original source under 31 USC 3730(e)4)(b).

[3] Relator can provide the Court and Defendant HIPAA protected material to each other through a Court approved Protective Order issued by this Court at a later date. Filing these documents in the record would violate the Court's rules, and the privacy rights of the patients/clients and their parents/guardians under HIPAA.

59. Relator provides an exemplar of such conduct below:

60. Defendants' therapist, Marie Wright, submitted fraudulent billings for services not performed but were paid as demonstrated by the excessive billing pattern as follows.

| ServiceDate | ClientName | StartTime | EndTime | Therapist |
|---|---|---|---|---|
| 5/8/2017 | C.A. | 08:00 | 09:00 | WRIGHT, MARIE |
| 5/10/2017 | C.A. | 18:00 | 19:00 | WRIGHT, MARIE |
| 5/12/2017 | C.A. | 08:00 | 09:00 | WRIGHT, MARIE |
| 5/15/2017 | C.A. | 10:30 | 11:30 | WRIGHT, MARIE |
| 5/17/2017 | C.A. | 08:00 | 09:00 | WRIGHT, MARIE |
| 5/19/2017 | C.A. | 09:15 | 10:15 | WRIGHT, MARIE |
| 5/23/2017 | C.A. | 08:00 | 09:00 | WRIGHT, MARIE |
| 5/25/2017 | C.A. | 09:15 | 10:15 | WRIGHT, MARIE |
| 5/27/2017 | C.A. | 08:00 | 09:00 | WRIGHT, MARIE |
| 5/30/2017 | C.A. | 08:00 | 09:00 | WRIGHT, MARIE |
| 6/1/2017 | C.A. | 08:00 | 09:00 | WRIGHT, MARIE |
| 6/3/2017 | C.A. | 08:00 | 09:00 | WRIGHT, MARIE |
| 6/5/2017 | C.A. | 12:45 | 13:45 | WRIGHT, MARIE |
| 6/9/2017 | C.A. | 12:45 | 13:45 | WRIGHT, MARIE |
| 6/12/2017 | C.A. | 08:00 | 09:00 | WRIGHT, MARIE |
| 6/14/2017 | C.A. | 08:00 | 09:00 | WRIGHT, MARIE |
| 6/16/2017 | C.A. | 08:00 | 09:00 | WRIGHT, MARIE |
| 6/19/2017 | C.A. | 08:00 | 09:00 | WRIGHT, MARIE |
| 6/21/2017 | C.A. | 16:45 | 17:45 | WRIGHT, MARIE |
| 6/23/2017 | C.A. | 13:00 | 14:00 | WRIGHT, MARIE |
| 6/27/2017 | C.A. | 08:00 | 09:00 | WRIGHT, MARIE |
| 6/29/2017 | C.A. | 09:15 | 10:15 | WRIGHT, MARIE |
| 7/1/2017 | C.A. | 10:30 | 11:30 | WRIGHT, MARIE |
| 7/3/2017 | C.A. | 08:00 | 09:00 | WRIGHT, MARIE |
| 7/5/2017 | C.A. | 16:45 | 17:45 | WRIGHT, MARIE |
| 7/10/2017 | C.A. | 08:00 | 09:00 | WRIGHT, MARIE |
| 7/12/2017 | C.A. | 09:15 | 10:15 | WRIGHT, MARIE |
| 7/14/2017 | C.A. | 16:45 | 17:45 | WRIGHT, MARIE |
| 7/17/2017 | C.A. | 08:00 | 09:00 | WRIGHT, MARIE |
| 7/19/2017 | C.A. | 16:45 | 17:45 | WRIGHT, MARIE |
| 7/21/2017 | C.A. | 13:00 | 14:00 | WRIGHT, MARIE |
| 7/25/2017 | C.A. | 09:15 | 10:15 | WRIGHT, MARIE |
| 7/27/2017 | C.A. | 09:15 | 10:15 | WRIGHT, MARIE |
| 7/29/2017 | C.A. | 10:30 | 11:30 | WRIGHT, MARIE |
| 7/31/2017 | C.A. | 09:15 | 10:15 | WRIGHT, MARIE |
| 8/2/2017 | C.A. | 08:00 | 09:00 | WRIGHT, MARIE |
| 8/8/2017 | C.A. | 08:00 | 09:00 | WRIGHT, MARIE |
| 8/8/2017 | C.A. | 08:00 | 09:00 | WRIGHT, MARIE |
| 8/10/2017 | C.A. | 08:00 | 09:00 | WRIGHT, MARIE |
| 8/12/2017 | C.A. | 09:15 | 10:15 | WRIGHT, MARIE |
| 8/14/2017 | C.A. | 08:00 | 09:00 | WRIGHT, MARIE |
| 8/16/2017 | C.A. | 09:15 | 10:15 | WRIGHT, MARIE |
| 8/18/2017 | C.A. | 08:00 | 09:00 | WRIGHT, MARIE |
| 8/22/2017 | C.A. | 08:00 | 09:00 | WRIGHT, MARIE |
| 8/24/2017 | C.A. | 09:15 | 10:15 | WRIGHT, MARIE |
| 8/26/2017 | C.A. | 11:45 | 12:45 | WRIGHT, MARIE |

| ServiceDate | ClientName | StartTime | EndTime | Therapist |
|---|---|---|---|---|
| 5/1/2017 | C.B. | 09:15 | 10:15 | WRIGHT, MARIE |
| 5/3/2017 | C.B. | 15:30 | 16:30 | WRIGHT, MARIE |
| 5/5/2017 | C.B. | 18:00 | 19:00 | WRIGHT, MARIE |
| 5/9/2017 | C.B. | 10:30 | 11:30 | WRIGHT, MARIE |
| 5/11/2017 | C.B. | 08:00 | 09:00 | WRIGHT, MARIE |
| 5/13/2017 | C.B. | 11:45 | 12:45 | WRIGHT, MARIE |

| 5/16/2017 | C.B. | 10:30 | 11:30 | WRIGHT, MARIE |
|-----------|------|-------|-------|---------------|
| 5/18/2017 | C.B. | 09:15 | 10:15 | WRIGHT, MARIE |
| 5/20/2017 | C.B. | 08:00 | 09:00 | WRIGHT, MARIE |
| 5/20/2017 | C.B. | 08:00 | 09:00 | WRIGHT, MARIE |
| 5/22/2017 | C.B. | 15:30 | 16:30 | WRIGHT, MARIE |
| 5/24/2017 | C.B. | 09:15 | 10:15 | WRIGHT, MARIE |
| 5/26/2017 | C.B. | 16:45 | 17:45 | WRIGHT, MARIE |
| 5/29/2017 | C.B. | 16:45 | 17:45 | WRIGHT, MARIE |
| 5/3112017 | C.B. | 11:45 | 12:45 | WRIGHT, MARIE |
| 6/2/2017 | C.B. | 10:30 | 11:30 | WRIGHT, MARIE |
| 6/13/2017 | C.B. | 13:00 | 14:00 | WRIGHT, MARIE |
| 6/15/2017 | C.B. | 11:45 | 12:45 | WRIGHT, MARIE |
| 6/17/2017 | C.B. | 10:30 | 11:30 | WRIGHT, MARIE |
| 6/19/2017 | C.B. | 09:15 | 10:15 | WRIGHT, MARIE |
| 6/2112017 | C.B. | 15:30 | 16:30 | WRIGHT, MARIE |
| 6/23/2017 | C.B. | 14:15 | 15:15 | WRIGHT, MARIE |
| 6/27/2017 | C.B. | 09:15 | 10:15 | WRIGHT, MARIE |
| 6/29/2017 | C.B. | 10:30 | 11:30 | WRIGHT, MARIE |
| 7/112017 | C.B. | 09:15 | 10:15 | WRIGHT, MARIE |
| 7/3/2017 | C.B. | 09:15 | 10:15 | WRIGHT, MARIE |
| 7/5/2017 | C.B. | 15:30 | 16:30 | WRIGHT, MARIE |
| 7/7/2017 | C.B. | 14:15 | 15:15 | WRIGHT, MARIE |
| 7/10/2017 | C.B. | 09:15 | 10:15 | WRIGHT, MARIE |
| 7/12/2017 | C.B. | 10:30 | 11:30 | WRIGHT, MARIE |
| 7/16/2017 | C.B. | 10:30 | 11:30 | WRIGHT, MARIE |
| 7/17/2017 | C.B. | 09:15 | 10:15 | WRIGHT, MARIE |
| 7/19/2017 | C.B. | 15:30 | 16:30 | WRIGHT, MARIE |
| 7/2112017 | C.B. | 14:15 | 15:15 | WRIGHT, MARIE |
| 7/25/2017 | C.B. | 09:15 | 10:15 | WRIGHT, MARIE |
| 7/27/2017 | C.B. | 10:30 | 11:30 | WRIGHT, MARIE |
| 7/29/2017 | C.B. | 09:15 | 10:15 | WRIGHT, MARIE |
| 7/3112017 | C.B. | 08:00 | 09:00 | WRIGHT, MARIE |
| 8/2/2017 | C.B. | 09:15 | 10:15 | WRIGHT, MARIE |
| 8/4/2017 | C.B. | 10:30 | 11:30 | WRIGHT, MARIE |
| 8/8/2017 | C.B. | 09:15 | 10:15 | WRIGHT, MARIE |
| 8110/2017 | C.B. | 09:15 | 10:15 | WRIGHT, MARIE |
| 8/12/2017 | C.B. | 08:00 | 09:00 | WRIGHT, MARIE |
| 8/15/2017 | C.B. | 14:15 | 15:15 | WRIGHT, MARIE |
| 8/17/2017 | C.B. | 09:15 | 10:15 | WRIGHT, MARIE |
| 8/19/2017 | C.B. | 08:00 | 09:00 | WRIGHT, MARIE |
| 8/2112017 | C.B. | 08:00 | 09:00 | WRIGHT, MARIE |
| 8/23/2017 | C.B. | 08:00 | 09:00 | WRIGHT, MARIE |
| 8/25/2017 | C.B. | 09:15 | 10:15 | WRIGHT, MARIE |

| ServiceDate | ClientName | StartTime | EndTime | Therapist |
|-------------|------------|-----------|---------|-----------|
| 5/6/2017 | C.B. | 11:45 | 12:45 | WRIGHT,MARIE |
| 5/9/2017 | C.B. | 13:00 | 14:00 | WRIGHT,MARIE |
| 5/11/2017 | C.B. | 10:30 | 11:30 | WRIGHT,MARIE |
| 5/13/2017 | C.B. | 13:00 | 14:00 | WRIGHT,MARIE |
| 5/16/2017 | C.B. | 11:45 | 12:45 | WRIGHT,MARIE |
| 5/18/2017 | C.B. | 13:00 | 14:00 | WRIGHT,MARIE |
| 5/20/2017 | C.B. | 13:00 | 14:00 | WRIGHT,MARIE |
| 6/13/2017 | C.B. | 11:45 | 12:45 | WRIGHT,MARIE |
| 6/15/2017 | C.B. | 10:30 | 11:30 | WRIGHT,MARIE |
| 6/17/2017 | C.B. | 09:15 | 10:15 | WRIGHT,MARIE |
| 6/24/2017 | C.B. | 10:30 | 11:30 | WRIGHT,MARIE |
| 6/28/2017 | C.B. | 09:15 | 10:15 | WRIGHT,MARIE |
| 6/30/2017 | C.B. | 10:30 | 11:30 | WRIGHT,MARIE |
| 8/12/2017 | C.B. | 16:45 | 17:45 | WRIGHT,MARIE |
| 8/15/2017 | C.B. | 16:45 | 17:45 | WRIGHT,MARIE |

| ServiceDate | ClientName | StartTime | EndTime | Therapist |
|-------------|------------|-----------|---------|-----------|
| 8/9/2017 | S.D. | 09:00 | 12:00 | WRIGHT,TIMEKA |
| 5/2/2017 | S.D. | 13:00 | 14:00 | WRIGHT,MARIE |

| 5/4/2017 | S.D. | 13:00 | 14:00 | WRIGHT,MARIE |
|---|---|---|---|---|
| 5/5/2017 | S.D. | 14:15 | 15:15 | WRIGHT,MARIE |
| 5/8/2017 | S.D. | 09:15 | 10:15 | WRIGHT,MARIE |
| 5/10/2017 | S.D. | 16:45 | 17:45 | WRIGHT,MARIE |
| 5/12/2017 | S.D. | 09:15 | 10:15 | WRIGHT,MARIE |
| 5/15/2017 | S.D. | 11:45 | 12:45 | WRIGHT,MARIE |
| 5/17/2017 | S.D. | 09:15 | 10:15 | WRIGHT,MARIE |
| 5/19/2017 | S.D. | 08:00 | 09:00 | WRIGHT,MARIE |
| 5/23/2017 | S.D. | 10:30 | 11:30 | WRIGHT,MARIE |
| 5/25/2017 | S.D. | 10:30 | 11:30 | WRIGHT,MARIE |
| 6/1/2017 | S.D. | 10:30 | 11:30 | WRIGHT,MARIE |
| 6/3/2017 | S.D. | 10:30 | 11:30 | WRIGHT,MARIE |
| 6/5/2017 | S.D. | 14:00 | 15:00 | WRIGHT,MARIE |
| 6/6/2017 | S.D. | 18:00 | 19:00 | WRIGHT,MARIE |
| 6/9/2017 | S.D. | 14:00 | 15:00 | WRIGHT,MARIE |
| 6/12/2017 | S.D. | 09:15 | 10:15 | WRIGHT,MARIE |
| 6/14/2017 | S.D. | 10:30 | 11:30 | WRIGHT,MARIE |
| 6/15/2017 | S.D. | 18:00 | 19:00 | WRIGHT,MARIE |
| 6/20/2017 | S.D. | 11:45 | 12:45 | WRIGHT,MARIE |
| 6/22/2017 | S.D. | 13:00 | 14:00 | WRIGHT,MARIE |
| 6/24/2017 | S.D. | 13:00 | 14:00 | WRIGHT,MARIE |
| 6/26/2017 | S.D. | 13:00 | 14:00 | WRIGHT,MARIE |
| 6/28/2017 | S.D. | 11:45 | 12:45 | WRIGHT,MARIE |
| 6/30/2017 | S.D. | 13:00 | 14:00 | WRIGHT,MARIE |
| 8/1/2017 | S.D. | 15:30 | 16:30 | WRIGHT,MARIE |
| 8/3/2017 | S.D. | 11:45 | 12:45 | WRIGHT,MARIE |
| 8/5/2017 | S.D. | 13:00 | 14:00 | WRIGHT,MARIE |
| 8/7/2017 | S.D. | 10:30 | 11:30 | WRIGHT,MARIE |
| 8/9/2017 | S.D. | 15:30 | 16:30 | WRIGHT,MARIE |
| 8/11/2017 | S.D. | 14:15 | 15:15 | WRIGHT,MARIE |
| 8/14/2017 | S.D. | 09:15 | 10:15 | WRIGHT,MARIE |
| 8/16/2017 | S.D. | 08:00 | 09:00 | WRIGHT,MARIE |
| 8/18/2017 | S.D. | 10:30 | 11:30 | WRIGHT,MARIE |
| 8/22/2017 | S.D. | 09:15 | 10:15 | WRIGHT,MARIE |
| 8/24/2017 | S.D. | 10:30 | 11:30 | WRIGHT,MARIE |
| 8/26/2017 | S.D. | 08:00 | 09:00 | WRIGHT,MARIE |

| ServiceDate | ClientName | StartTime | EndTime | Therapist |
|---|---|---|---|---|
| 5/1/2017 | R.J. | 10:30 | 11:30 | WRIGHT, MARIE |
| 5/3/2017 | R.J. | 08:00 | 09:00 | WRIGHT, MARIE |
| 5/5/2017 | R.J. | 08:00 | 09:00 | WRIGHT, MARIE |
| 5/8/2017 | R.J. | 10:30 | 11:30 | WRIGHT, MARIE |
| 5110/2017 | R.J. | 13:00 | 14:00 | WRIGHT, MARIE |
| 5/12/2017 | R.J. | 10:30 | 11:30 | WRIGHT, MARIE |
| 5/15/2017 | R.J. | 09:15 | 10:15 | WRIGHT, MARIE |
| 5/17/2017 | R.J. | 10:30 | 11:30 | WRIGHT, MARIE |
| 5/19/2017 | R.J. | 10:30 | 11:30 | WRIGHT, MARIE |
| 5/25/2017 | R.J. | 08:00 | 09:00 | WRIGHT, MARIE |
| 5/30/2017 | R.J. | 14:15 | 15:15 | WRIGHT, MARIE |
| 6/1/2017 | R.J. | 09:15 | 10:15 | WRIGHT, MARIE |
| 6/3/2017 | R.J. | 09:15 | 10:15 | WRIGHT, MARIE |
| 6/12/2017 | R.J. | 16:45 | 17:45 | WRIGHT, MARIE |
| 6/14/2017 | R.J. | 14:15 | 15:15 | WRIGHT, MARIE |
| 6/16/2017 | R.J. | 14:15 | 15:15 | WRIGHT, MARIE |
| 6/19/2017 | R.J. | 10:30 | 11:30 | WRIGHT, MARIE |
| 6/21/2017 | R.J. | 14:15 | 15:15 | WRIGHT, MARIE |
| 6/23/2017 | R.J. | 08:00 | 09:00 | WRIGHT, MARIE |
| 6/27/2017 | R.J. | 10:30 | 11:30 | WRIGHT, MARIE |
| 6/29/2017 | R.J. | 08:00 | 09:00 | WRIGHT, MARIE |
| 7/1/2017 | R.J. | 08:00 | 09:00 | WRIGHT, MARIE |
| 7/3/2017 | R.J. | 10:30 | 11:30 | WRIGHT, MARIE |
| 7/5/2017 | R.J. | 14:15 | 15:15 | WRIGHT, MARIE |
| 7/7/2017 | R.J. | 08:00 | 09:00 | WRIGHT, MARIE |
| 7/10/2017 | R.J. | 10:30 | 11:30 | WRIGHT, MARIE |

| 7/12/2017 | R.J. | 08:00 | 09:00 | WRIGHT, MARIE |
|---|---|---|---|---|
| 7/16/2017 | R.J. | 11:45 | 12:45 | WRIGHT, MARIE |
| 7/17/2017 | R.J. | 10:30 | 12:00 | WRIGHT, MARIE |
| 7/19/2017 | R.J. | 14:15 | 15:45 | WRIGHT, MARIE |
| 7/2112017 | R.J. | 08:00 | 09:00 | WRIGHT, MARIE |
| 7/25/2017 | R.J. | 10:30 | 11:30 | WRIGHT, MARIE |
| 7/27/2017 | R.J. | 08:00 | 09:00 | WRIGHT, MARIE |
| 7/29/2017 | R.J. | 08:00 | 09:00 | WRIGHT, MARIE |
| 7/31/2017 | R.J. | 10:30 | 11:30 | WRIGHT, MARIE |
| 8/2/2017 | R.J. | 10:30 | 11:30 | WRIGHT, MARIE |
| 8/4/2017 | R.J. | 08:00 | 09:00 | WRIGHT, MARIE |
| 8/8/2017 | R.J. | 10:30 | 11:30 | WRIGHT, MARIE |
| 8/10/2017 | R.J. | 10:30 | 11:30 | WRIGHT, MARIE |
| 8/12/2017 | R.J. | 10:30 | 11:30 | WRIGHT, MARIE |
| 8/14/2017 | R.J. | 10:30 | 11:30 | WRIGHT, MARIE |
| 8/16/2017 | R.J. | 11:45 | 12:45 | WRIGHT, MARIE |
| 8/18/2017 | R.J. | 10:30 | 11:30 | WRIGHT, MARIE |
| 8/22/2017 | R.J. | 10:30 | 11:30 | WRIGHT, MARIE |
| 8/24/2017 | R.J. | 11:45 | 12:45 | WRIGHT, MARIE |
| 8/26/2017 | R.J. | 09:15 | 10:15 | WRIGHT, MARIE |

| ServiceDate | ClientName | StartTime | EndTime | Therapist |
|---|---|---|---|---|
| 5/1/2017 | D.P. | 08:00 | 09:00 | WRIGHT, MARIE |
| 5/3/2017 | D.P. | 11:45 | 12:45 | WRIGHT, MARIE |
| 5/5/2017 | D.P. | 11:45 | 12:45 | WRIGHT, MARIE |
| 5/8/2017 | D.P. | 15:30 | 16:30 | WRIGHT, MARIE |
| 5/10/2017 | D.P. | 13:00 | 14:00 | WRIGHT, MARIE |
| 5/15/2017 | D.P. | 13:00 | 14:00 | WRIGHT, MARIE |
| 5/17/2017 | D.P. | 11:45 | 12:45 | WRIGHT, MARIE |
| 5/23/2017 | D.P. | 13:15 | 14:15 | WRIGHT, MARIE |
| 5/27/2017 | D.P. | 13:00 | 14:00 | WRIGHT, MARIE |
| 6/1/2017 | D.P. | 15:30 | 16:30 | WRIGHT, MARIE |
| 6/3/2017 | D.P. | 15:30 | 16:30 | WRIGHT, MARIE |
| 6/5/2017 | D.P. | 18:00 | 19:00 | WRIGHT, MARIE |
| 6/7/2017 | D.P. | 19:00 | 20:00 | WRIGHT, MARIE |
| 6/9/2017 | D.P. | 19:00 | 20:00 | WRIGHT, MARIE |
| 6/12/2017 | D.P. | 14:15 | 15:15 | WRIGHT, MARIE |
| 6/14/2017 | D.P. | 11:45 | 12:45 | WRIGHT, MARIE |
| 6/16/2017 | D.P. | 11:45 | 12:45 | WRIGHT, MARIE |
| 6/19/2017 | D.P. | 13:00 | 14:00 | WRIGHT, MARIE |
| 6/21/2017 | D.P. | 11:45 | 12:45 | WRIGHT, MARIE |
| 6/23/2017 | D.P. | 10:30 | 11:30 | WRIGHT, MARIE |
| 6/27/2017 | D.P. | 13:00 | 14:00 | WRIGHT, MARIE |
| 6/29/2017 | D.P. | 13:00 | 14:00 | WRIGHT, MARIE |
| 7/1/2017 | D.P. | 14:15 | 15:15 | WRIGHT, MARIE |
| 7/3/2017 | D.P. | 13:00 | 14:00 | WRIGHT, MARIE |
| 7/5/2017 | D.P. | 11:45 | 12:45 | WRIGHT, MARIE |
| 7/7/2017 | D.P. | 10:30 | 11:30 | WRIGHT, MARIE |
| 7/10/2017 | D.P. | 13:00 | 14:00 | WRIGHT, MARIE |
| 7/12/2017 | D.P. | 13:00 | 14:00 | WRIGHT, MARIE |
| 7/14/2017 | D.P. | 11:45 | 12:45 | WRIGHT, MARIE |
| 7/17/2017 | D.P. | 18:00 | 19:30 | WRIGHT, MARIE |
| 7/22/2017 | D.P. | 17:00 | 18:30 | WRIGHT, TIMEKA |
| 7/23/2017 | D.P. | 09:45 | 11:15 | WRIGHT, MARIE |
| 7/25/2017 | D.P. | 13:00 | 14:00 | WRIGHT, MARIE |
| 7/27/2017 | D.P. | 13:00 | 14:00 | WRIGHT, MARIE |
| 7/29/2017 | D.P. | 14:15 | 15:15 | WRIGHT, MARIE |
| 7/3112017 | D.P. | 11:45 | 12:45 | WRIGHT, MARIE |
| 8/2/2017 | D.P. | 11:45 | 12:45 | WRIGHT, MARIE |
| 8/4/2017 | D.P. | 16:45 | 17:45 | WRIGHT, MARIE |
| 8/8/2017 | D.P. | 11:45 | 12:45 | WRIGHT, MARIE |
| 8/10/2017 | D.P. | 11:45 | 12:45 | WRIGHT, MARIE |
| 8/12/2017 | D.P. | 11:45 | 12:45 | WRIGHT, MARIE |

| 8/14/2017 | D.P. | 18:00 | 19:00 | WRIGHT, MARIE |
|-----------|------|-------|-------|---------------|
| 8/16/2017 | D.P. | 18:00 | 19:00 | WRIGHT, MARIE |
| 8118/2017 | D.P. | 18:00 | 19:00 | WRIGHT, MARIE |
| 8/21/2017 | D.P. | 16:45 | 17:45 | WRIGHT, MARIE |
| 8/23/2017 | D.P. | 11:45 | 12:45 | WRIGHT, MARIE |
| 8/24/2017 | D.P. | 19:10 | 20:10 | WRIGHT, MARIE |
| 8/26/2017 | D.P. | 19:10 | 20:10 | WRIGHT, MARIE |

| ServiceDate | ClientName | StartTime | EndTime | Therapist |
|-------------|------------|-----------|---------|-----------|
| 5/2/2017 | E.R. | 08:00 | 09:00 | WRIGHT, MARIE |
| 5/4/2017 | E.R. | 10:30 | 11:30 | WRIGHT, MARIE |
| 5/6/2017 | E.R. | 10:30 | 11:30 | WRIGHT, MARIE |
| 5/9/2017 | E.R. | 11:45 | 12:45 | WRIGHT, MARIE |
| 5/11/2017 | E.R. | 15:30 | 16:30 | WRIGHT, MARIE |
| 5/13/2017 | E.R. | 16:45 | 17:45 | WRIGHT, MARIE |
| 5/16/2017 | E.R. | 16:45 | 17:45 | WRIGHT, MARIE |
| 5/18/2017 | E.R. | 18:00 | 19:00 | WRIGHT, MARIE |
| 5/20/2017 | E.R. | 14:15 | 15:15 | WRIGHT, MARIE |
| 5/22/2017 | E.R. | 13:00 | 14:00 | WRIGHT, MARIE |
| 5/24/2017 | E.R. | 13:00 | 14:00 | WRIGHT, MARIE |
| 5/26/2017 | E.R. | 10:30 | 11:30 | WRIGHT, MARIE |
| 5/29/2017 | E.R. | 11:45 | 12:45 | WRIGHT, MARIE |
| 5/31/2017 | E.R. | 08:00 | 09:00 | WRIGHT, MARIE |
| 6/1/2017 | E.R. | 15:30 | 16:30 | WRIGHT, MARIE |
| 6/5/2017 | E.R. | 10:30 | 11:30 | WRIGHT, MARIE |
| 6/7/2017 | E.R. | 10:30 | 11:30 | WRIGHT, MARIE |
| 6/9/2017 | E.R. | 10:30 | 11:30 | WRIGHT, MARIE |
| 6/15/2017 | E.R. | 15:30 | 16:30 | WRIGHT, MARIE |
| 6/17/2017 | E.R. | 18:00 | 19:00 | WRIGHT, MARIE |
| 6/20/2017 | E.R. | 08:00 | 09:00 | WRIGHT, MARIE |
| 6/24/2017 | E.R. | 08:00 | 09:00 | WRIGHT, MARIE |
| 6/26/2017 | E.R. | 08:00 | 09:00 | WRIGHT, MARIE |
| 7/4/2017 | E.R. | 08:00 | 09:00 | WRIGHT, MARIE |
| 7/6/2017 | E.R. | 16:45 | 17:45 | WRIGHT, MARIE |
| 7/13/2017 | E.R. | 08:00 | 09:00 | WRIGHT, MARIE |
| 7/16/2017 | E.R. | 08:00 | 09:00 | WRIGHT, MARIE |
| 7/18/2017 | E.R. | 08:00 | 09:00 | WRIGHT, MARIE |
| 7/28/2017 | E.R. | 08:00 | 09:00 | WRIGHT, MARIE |
| 8/1/2017 | E.R. | 08:00 | 09:00 | WRIGHT, MARIE |
| 8/9/2017 | E.R. | 08:00 | 09:00 | WRIGHT, MARIE |
| 8/17/2017 | E.R. | 08:00 | 09:00 | WRIGHT, MARIE |

| ServiceDate | ClientName | StartTime | EndTime | Therapist |
|-------------|------------|-----------|---------|-----------|
| 6/20/2017 | Z.R. | 16:45 | 17:45 | WRIGHT, MARIE |
| 6/22/2017 | Z.R. | 16:45 | 17:45 | WRIGHT, MARIE |
| 7/4/2017 | Z.R. | 11:45 | 12:45 | WRIGHT, MARIE |
| 7/6/2017 | Z.R. | 13:00 | 14:00 | WRIGHT, MARIE |
| 7/8/2017 | Z.R. | 13:00 | 14:00 | WRIGHT, MARIE |
| 7/1112017 | Z.R. | 13:15 | 14:15 | WRIGHT, MARIE |
| 7/13/2017 | Z.R. | 11:45 | 12:45 | WRIGHT, MARIE |
| 7/15/2017 | Z.R. | 13:00 | 14:00 | WRIGHT, MARIE |
| 7/18/2017 | Z.R. | 11:45 | 12:45 | WRIGHT, MARIE |
| 7/20/2017 | Z.R. | 13:00 | 14:00 | WRIGHT, MARIE |
| 7/22/2017 | Z.R. | 13:00 | 14:00 | WRIGHT, MARIE |
| 7/24/2017 | Z.R. | 13:15 | 14:15 | WRIGHT, MARIE |
| 7/26/2017 | Z.R. | 11:45 | 12:45 | WRIGHT, MARIE |
| 7/28/2017 | Z.R. | 13:00 | 14:00 | WRIGHT, MARIE |
| 8/112017 | Z.R. | 13:00 | 14:00 | WRIGHT, MARIE |
| 8/3/2017 | Z.R. | 15:30 | 16:30 | WRIGHT, MARIE |
| 8/5/2017 | Z.R. | 14:15 | 15:15 | WRIGHT, MARIE |

| 8/7/2017 | Z.R. | 13:00 | 14:00 | WRIGHT, MARIE |
|---|---|---|---|---|
| 8/9/2017 | Z.R. | 13:00 | 14:00 | WRIGHT, MARIE |
| 8/11/2017 | Z.R. | 11:45 | 12:45 | WRIGHT, MARIE |
| 8/14/2017 | Z.R. | 11:45 | 12:45 | WRIGHT, MARIE |
| 8/16/2017 | Z.R. | 10:30 | 11:30 | WRIGHT, MARIE |
| 8/18/2017 | Z.R. | 09:15 | 10:15 | WRIGHT, MARIE |
| 8/22/2017 | Z.R. | 11:45 | 12:45 | WRIGHT, MARIE |
| 8/24/2017 | Z.R. | 13:00 | 14:00 | WRIGHT, MARIE |
| 8/26/2017 | Z.R. | 10:30 | 11:30 | WRIGHT, MARIE |

| ServiceDate | ClientName | StartTime | EndTime | Therapist |
|---|---|---|---|---|
| 5/3/2017 | P.S. | 14:15 | 15:15 | WRIGHT, MARIE |
| 5/8/2017 | P.S. | 13:00 | 14:00 | WRIGHT, MARIE |
| 5/10/2017 | P.S. | 10:30 | 11:30 | WRIGHT, MARIE |
| 5/12/2017 | P.S. | 13:00 | 14:00 | WRIGHT, MARIE |
| 5/15/2017 | P.S. | 15:30 | 16:30 | WRIGHT, MARIE |
| 5/19/2017 | P.S. | 16:45 | 17:45 | WRIGHT, MARIE |
| 5/23/2017 | P.S. | 12:00 | 13:00 | WRIGHT, MARIE |
| 5/25/2017 | P.S. | 16:45 | 17:45 | WRIGHT, MARIE |
| 5/27/2017 | P.S. | 11:45 | 12:45 | WRIGHT, MARIE |
| 5/30/2017 | P.S. | 10:30 | 11:30 | WRIGHT, MARIE |
| 6/1/2017 | P.S. | 14:15 | 15:15 | WRIGHT, MARIE |
| 6/3/2017 | P.S. | 15:30 | 16:30 | WRIGHT, MARIE |
| 6/12/2017 | P.S. | 18:00 | 19:00 | WRIGHT, MARIE |
| 6/14/2017 | P.S. | 15:30 | 16:30 | WRIGHT, MARIE |
| 6/16/2017 | P.S. | 15:30 | 16:30 | WRIGHT, MARIE |
| 6/19/2017 | P.S. | 14:15 | 15:15 | WRIGHT, MARIE |
| 6/21/2017 | P.S. | 09:15 | 10:15 | WRIGHT, MARIE |
| 6/23/2017 | P.S. | 15:30 | 16:30 | WRIGHT, MARIE |
| 6/27/2017 | P.S. | 15:30 | 16:30 | WRIGHT, MARIE |
| 6/29/2017 | P.S. | 15:30 | 16:30 | WRIGHT, MARIE |
| 7/1/2017 | P.S. | 16:45 | 17:45 | WRIGHT, MARIE |
| 7/3/2017 | P.S. | 15:30 | 16:30 | WRIGHT, MARIE |
| 7/5/2017 | P.S. | 09:15 | 10:15 | WRIGHT, MARIE |
| 7/7/2017 | P.S. | 15:30 | 16:30 | WRIGHT, MARIE |
| 7/10/2017 | P.S. | 15:30 | 16:30 | WRIGHT, MARIE |
| 7/12/2017 | P.S. | 15:30 | 16:30 | WRIGHT, MARIE |
| 7/14/2017 | P.S. | 15:30 | 16:30 | WRIGHT, MARIE |
| 7/17/2017 | P.S. | 15:30 | 17:00 | WRIGHT, MARIE |
| 7/23/2017 | P.S. | 11:15 | 12:45 | WRIGHT, MARIE |
| 7/25/2017 | P.S. | 15:30 | 16:30 | WRIGHT, MARIE |
| 7/27/2017 | P.S. | 15:30 | 16:30 | WRIGHT, MARIE |
| 7/29/2017 | P.S. | 15:30 | 16:30 | WRIGHT, MARIE |
| 7/31/2017 | P.S. | 13:00 | 14:00 | WRIGHT, MARIE |
| 8/2/2017 | P.S. | 14:15 | 15:15 | WRIGHT, MARIE |
| 8/4/2017 | P.S. | 11:45 | 12:45 | WRIGHT, MARIE |
| 8/15/2017 | P.S. | 13:15 | 14:15 | WRIGHT, MARIE |
| 8/17/2017 | P.S. | 14:15 | 15:15 | WRIGHT, MARIE |
| 8/19/2017 | P.S. | 14:15 | 15:15 | WRIGHT, MARIE |
| 8/21/2017 | P.S. | 14:15 | 15:15 | WRIGHT, MARIE |
| 8/23/2017 | P.S. | 14:15 | 15:15 | WRIGHT, MARIE |
| 8/25/2017 | P.S. | 15:30 | 16:30 | WRIGHT, MARIE |

| ServiceDate | ClientName | StartTime | EndTime | Therapist |
|---|---|---|---|---|
| 5/23/2017 | J.S. | 18:00 | 19:00 | WRIGHT, MARIE |
| 5/25/2017 | J.S. | 13:15 | 14:15 | WRIGHT, MARIE |
| 5/27/2017 | J.S. | 10:30 | 11:30 | WRIGHT, MARIE |

18

| 5/30/2017 | J.S. | 11:45 | 12:45 | WRIGHT, MARIE |
|-----------|------|-------|-------|---------------|
| 6/1/2017 | J.S. | 13:00 | 14:00 | WRIGHT, MARIE |
| 6/3/2017 | J.S. | 11:45 | 12:45 | WRIGHT, MARIE |
| 6/5/2017 | J.S. | 15:30 | 16:30 | WRIGHT, MARIE |
| 6/7/2017 | J.S. | 18:00 | 19:00 | WRIGHT, MARIE |
| 6/9/2017 | J.S. | 15:15 | 16:15 | WRIGHT, MARIE |
| 6/12/2017 | J.S. | 10:30 | 11:30 | WRIGHT, MARIE |
| 6/14/2017 | J.S. | 09:15 | 10:15 | WRIGHT, MARIE |
| 6/16/2017 | J.S. | 19:00 | 20:00 | WRIGHT, MARIE |
| 6/19/2017 | J.S. | 11:45 | 12:45 | WRIGHT, MARIE |
| 6/21/2017 | J.S. | 13:00 | 14:00 | WRIGHT, MARIE |
| 6/27/2017 | J.S. | 11:45 | 12:45 | WRIGHT, MARIE |
| 6/29/2017 | J.S. | 11:45 | 12:45 | WRIGHT, MARIE |
| 7/112017 | J.S. | 11:45 | 12:45 | WRIGHT, MARIE |
| 7/3/2017 | J.S. | 11:45 | 12:45 | WRIGHT, MARIE |
| 7/5/2017 | J.S. | 13:00 | 14:00 | WRIGHT, MARIE |
| 7/10/2017 | J.S. | 11:45 | 12:45 | WRIGHT, MARIE |
| 7/12/2017 | J.S. | 11:45 | 12:45 | WRIGHT, MARIE |
| 7/17/2017 | J.S. | 12:10 | 13:40 | WRIGHT, MARIE |
| 7/19/2017 | J.S. | 12:30 | 14:00 | WRIGHT, MARIE |
| 7/25/2017 | J.S. | 11:45 | 12:45 | WRIGHT, MARIE |
| 7/27/2017 | J.S. | 11:45 | 12:45 | WRIGHT, MARIE |
| 7/29/2017 | J.S. | 11:45 | 12:45 | WRIGHT, MARIE |
| 8/1/2017 | J.S. | 14:15 | 15:15 | WRIGHT, MARIE |
| 8/2/2017 | J.S. | 13:00 | 14:00 | WRIGHT, MARIE |
| 8/4/2017 | J.S. | 14:15 | 15:15 | WRIGHT, MARIE |
| 8/8/2017 | J.S. | 15:30 | 16:30 | WRIGHT, MARIE |
| 8/10/2017 | J.S. | 13:00 | 14:00 | WRIGHT, MARIE |
| 8/12/2017 | J.S. | 15:30 | 16:30 | WRIGHT, MARIE |
| 8/14/2017 | J.S. | 14:15 | 15:15 | WRIGHT, MARIE |
| 8/16/2017 | J.S. | 19:10 | 20:10 | WRIGHT, MARIE |
| 8/18/2017 | J.S. | 19:10 | 20:10 | WRIGHT, MARIE |
| 8/22/2017 | J.S. | 14:15 | 15:15 | WRIGHT, MARIE |
| 8/24/2017 | J.S. | 18:00 | 19:00 | WRIGHT, MARIE |
| 8/26/2017 | J.S. | 13:00 | 14:00 | WRIGHT, MARIE |
|  |  |  |  |  |

| ServiceDate | ClientName | StartTime | EndTime | Therapist |
|-------------|------------|-----------|---------|-----------|
| 5/2/2017 | A.S. | 16:45 | 17:45 | WRIGHT, MARIE |
| 5/4/2017 | A.S. | 18:00 | 19:00 | WRIGHT, MARIE |
| 5/6/2017 | A.S. | 18:00 | 19:00 | WRIGHT, MARIE |
| 5/21/2017 | A.S. | 08:00 | 09:00 | WRIGHT, MARIE |
| 6/13/2017 | A.S. | 09:15 | 10:15 | WRIGHT, MARIE |
| 6/15/2017 | A.S. | 08:00 | 09:00 | WRIGHT, MARIE |
| 6/17/2017 | A.S. | 14:15 | 15:15 | WRIGHT, MARIE |
| 6/20/2017 | A.S. | 10:30 | 11:30 | WRIGHT, MARIE |
| 6/22/2017 | A.S. | 14:15 | 15:15 | WRIGHT, MARIE |
| 6/24/2017 | A.S. | 14:15 | 15:15 | WRIGHT, MARIE |
| 6/26/2017 | A.S. | 14:15 | 15:15 | WRIGHT, MARIE |
| 6/28/2017 | A.S. | 13:00 | 14:00 | WRIGHT, MARIE |
| 6/30/2017 | A.S. | 14:15 | 15:15 | WRIGHT, MARIE |
| 7/4/2017 | A.S. | 10:30 | 11:30 | WRIGHT, MARIE |
| 7/6/2017 | A.S. | 14:15 | 15:15 | WRIGHT, MARIE |

| 7/8/2017 | A.S. | 14:15 | 15:15 | WRIGHT, MARIE |
|----------|------|-------|-------|---------------|
| 7/11/2017 | A.S. | 14:30 | 16:00 | WRIGHT, MARIE |
| 7/13/2017 | A.S. | 13:00 | 14:30 | WRIGHT, MARIE |
| 7/18/2017 | A.S. | 10:30 | 11:30 | WRIGHT, MARIE |
| 7/20/2017 | A.S. | 14:15 | 15:15 | WRIGHT, MARIE |
| 7/21/2017 | A.S. | 09:30 | 11:00 | WRIGHT, TIMEKA |
| 7/22/2017 | A.S. | 14:15 | 15:15 | WRIGHT, MARIE |
| 7/24/2017 | A.S. | 14:30 | 15:30 | WRIGHT, MARIE |
| 7/26/2017 | A.S. | 13:00 | 14:00 | WRIGHT, MARIE |
| 7/28/2017 | A.S. | 14:15 | 15:15 | WRIGHT, MARIE |
| 8/1/2017 | A.S. | 09:15 | 10:15 | WRIGHT, MARIE |
| 8/3/2017 | A.S. | 13:00 | 14:00 | WRIGHT, MARIE |
| 8/5/2017 | A.S. | 08:00 | 09:00 | WRIGHT, MARIE |
| 8/7/2017 | A.S. | 15:30 | 16:30 | WRIGHT, MARIE |
| 8/9/2017 | A.S. | 09:15 | 10:15 | WRIGHT, MARIE |
| 8/11/2017 | A.S. | 08:00 | 09:00 | WRIGHT, MARIE |
| 8/15/2017 | A.S. | 12:00 | 13:00 | WRIGHT, MARIE |
| 8/17/2017 | A.S. | 13:00 | 14:00 | WRIGHT, MARIE |
| 8/19/2017 | A.S. | 13:00 | 14:00 | WRIGHT, MARIE |
| 8/21/2017 | A.S. | 13:00 | 14:00 | WRIGHT, MARIE |
| 8/23/2017 | A.S. | 13:00 | 14:00 | WRIGHT, MARIE |

| ServiceDate | ClientName | StartTime | EndTime | Therapist |
|-------------|-----------|-----------|---------|-----------|
| 5/1/2017 | K.T. | 18:00 | 19:00 | WRIGHT, MARIE |
| 5/3/2017 | K.T. | 16:45 | 17:45 | WRIGHT, MARIE |
| 5/5/2017 | K.T. | 16:45 | 17:45 | WRIGHT, MARIE |
| 5/8/2017 | K.T. | 14:15 | 15:15 | WRIGHT, MARIE |
| 5/10/2017 | K.T. | 09:15 | 10:15 | WRIGHT, MARIE |
| 5112/2017 | K.T. | 15:30 | 16:30 | WRIGHT, MARIE |
| 5/22/2017 | K.T. | 16:45 | 17:45 | WRIGHT, MARIE |
| 5/31/2017 | K.T. | 13:00 | 14:00 | WRIGHT, MARIE |
| 6/2/2017 | K.T. | 08:00 | 09:00 | WRIGHT, MARIE |
| 6/12/2017 | K.T. | 19:15 | 20:15 | WRIGHT, MARIE |
| 6/14/2017 | K.T. | 16:45 | 17:45 | WRIGHT, MARIE |
| 6/19/2017 | K.T. | 16:45 | 17:45 | WRIGHT, MARIE |
| 6/21/2017 | K.T. | 08:00 | 09:00 | WRIGHT, MARIE |
| 6/23/2017 | K.T. | 16:45 | 17:45 | WRIGHT, MARIE |
| 6/27/2017 | K.T. | 16:45 | 17:45 | WRIGHT, MARIE |
| 6/29/2017 | K.T. | 16:45 | 17:45 | WRIGHT, MARIE |
| 7/1/2017 | K.T. | 16:45 | 17:45 | WRIGHT, MARIE |
| 7/3/2017 | K.T. | 16:45 | 17:45 | WRIGHT, MARIE |
| 7/4/2017 | K.T. | 18:00 | 19:00 | WRIGHT, MARIE |
| 7/5/2017 | K.T. | 08:00 | 09:00 | WRIGHT, MARIE |
| 7/7/2017 | K.T. | 16:45 | 17:45 | WRIGHT, MARIE |
| 7/10/2017 | K.T. | 16:45 | 17:45 | WRIGHT, MARIE |
| 7/11/2017 | K.T. | 08:00 | 10:45 | WRIGHT, MARIE |
| 7/14/2017 | K.T. | 09:00 | 13:15 | WRIGHT, MARIE |
| 7/20/2017 | K.T. | 18:00 | 19:30 | WRIGHT, MARIE |
| 7/23/2017 | K.T. | 08:00 | 09:30 | WRIGHT, MARIE |
| 7/25/2017 | K.T. | 16:45 | 17:45 | WRIGHT, MARIE |
| 7/27/2017 | K.T. | 16:45 | 17:45 | WRIGHT, MARIE |
| 7/29/2017 | K.T. | 16:45 | 17:45 | WRIGHT, MARIE |
| 7/31/2017 | K.T. | 15:30 | 16:30 | WRIGHT, MARIE |
| 8/2/2017 | K.T. | 15:30 | 16:30 | WRIGHT, MARIE |
| 8/4/2017 | K.T. | 13:00 | 14:00 | WRIGHT, MARIE |
| 8/8/2017 | K.T. | 13:00 | 14:00 | WRIGHT, MARIE |
| 8/10/2017 | K.T. | 14:15 | 15:15 | WRIGHT, MARIE |
| 8/12/2017 | K.T. | 14:15 | 15:15 | WRIGHT, MARIE |
| 8/14/2017 | K.T. | 16:45 | 17:45 | WRIGHT, MARIE |

| 8/16/2017 | K.T. | 16:45 | 17:45 | WRIGHT, MARIE |
| 8/18/2017 | K.T. | 16:45 | 17:45 | WRIGHT, MARIE |
| 8/22/2017 | K.T. | 16:45 | 17:45 | WRIGHT, MARIE |
| 8/24/2017 | K.T. | 16:45 | 17:45 | WRIGHT, MARIE |
| 8/26/2017 | K.T. | 16:45 | 17:45 | WRIGHT, MARIE |

| ServiceDate | ClientName | StartTime | EndTime | Therapist |
|---|---|---|---|---|
| 5/8/2017 | T.T. | 11:45 | 12:45 | WRIGHT, MARIE |
| 5/10/2017 | T.T. | 11:45 | 12:45 | WRIGHT, MARIE |
| 5/12/2017 | T.T. | 11:45 | 12:45 | WRIGHT, MARIE |
| 5/15/2017 | T.T. | 14:15 | 15:15 | WRIGHT, MARIE |
| 5/17/2017 | T.T. | 14:15 | 15:15 | WRIGHT, MARIE |
| 5/19/2017 | T.T. | 11:45 | 12:45 | WRIGHT, MARIE |
| 5/23/2017 | T.T. | 15:30 | 16:30 | WRIGHT, MARIE |
| 5/25/2017 | T.T. | 12:00 | 13:00 | WRIGHT, MARIE |
| 5/27/2017 | T.T. | 08:00 | 09:00 | WRIGHT, MARIE |
| 5/30/2017 | T.T. | 13:00 | 14:00 | WRIGHT, MARIE |
| 6/1/2017 | T.T. | 11:45 | 12:45 | WRIGHT, MARIE |
| 6/3/2017 | T.T. | 14:15 | 15:15 | WRIGHT, MARIE |
| 6/12/2017 | T.T. | 15:30 | 16:30 | WRIGHT, MARIE |
| 6/13/2017 | T.T. | 08:00 | 09:00 | WRIGHT, MARIE |
| 6/14/2017 | T.T. | 13:00 | 14:00 | WRIGHT, MARIE |
| 6/16/2017 | T.T. | 13:00 | 14:00 | WRIGHT, MARIE |
| 6/19/2017 | T.T. | 14:15 | 15:15 | WRIGHT, MARIE |
| 6/2112017 | T.T. | 10:30 | 11:30 | WRIGHT, MARIE |
| 6/23/2017 | T.T. | 11:45 | 12:45 | WRIGHT, MARIE |
| 6/27/2017 | T.T. | 14:15 | 15:15 | WRIGHT, MARIE |
| 6/29/2017 | T.T. | 14:15 | 15:15 | WRIGHT, MARIE |
| 7/1/2017 | T.T. | 13:00 | 14:00 | WRIGHT, MARIE |
| 7/3/2017 | T.T. | 14:15 | 15:15 | WRIGHT, MARIE |
| 7/5/2017 | T.T. | 10:30 | 11:30 | WRIGHT, MARIE |
| 7/7/2017 | T.T. | 11:45 | 12:45 | WRIGHT, MARIE |
| 7/10/2017 | T.T. | 14:15 | 15:15 | WRIGHT, MARIE |
| 7/12/2017 | T.T. | 14:15 | 15:15 | WRIGHT, MARIE |
| 7/14/2017 | T.T. | 13:00 | 14:00 | WRIGHT, MARIE |
| 7/17/2017 | T.T. | 14:15 | 15:45 | WRIGHT, MARIE |
| 7/23/2017 | T.T. | 11:15 | 12:45 | WRIGHT, MARIE |
| 7/25/2017 | T.T. | 14:15 | 15:15 | WRIGHT, MARIE |
| 7/27/2017 | T.T. | 14:15 | 15:15 | WRIGHT, MARIE |
| 7/29/2017 | T.T. | 13:00 | 14:00 | WRIGHT, MARIE |
| 7/31/2017 | T.T. | 16:45 | 17:45 | WRIGHT, MARIE |
| 8/2/2017 | T.T. | 16:45 | 17:45 | WRIGHT, MARIE |
| 8/4/2017 | T.T. | 16:45 | 17:45 | WRIGHT, MARIE |
| 8/8/2017 | T.T. | 14:15 | 15:15 | WRIGHT, MARIE |
| 8/10/2017 | T.T. | 15:30 | 16:30 | WRIGHT, MARIE |
| 8/12/2017 | T.T. | 13:00 | 14:00 | WRIGHT, MARIE |
| 8/14/2017 | T.T. | 15:30 | 16:30 | WRIGHT, MARIE |
| 8/16/2017 | T.T. | 14:15 | 15:15 | WRIGHT, MARIE |
| 8/18/2017 | T.T. | 13:00 | 14:00 | WRIGHT, MARIE |
| 8/22/2017 | T.T. | 15:30 | 16:30 | WRIGHT, MARIE |
| 8/24/2017 | T.T. | 15:30 | 16:30 | WRIGHT, MARIE |
| 8/26/2017 | T.T. | 15:30 | 16:30 | WRIGHT, MARIE |

| ServiceDate | ClientName | StartTime | EndTime | Therapist |
|---|---|---|---|---|
| 5/2/2017 | J.W. | 15:30 | 16:30 | WRIGHT, MARIE |
| 5/4/2017 | J.W. | 15:30 | 16:30 | WRIGHT, MARIE |
| 5/6/2017 | J.W. | 15:30 | 16:30 | WRIGHT, MARIE |

| 5/9/2017 | J.W. | 18:00 | 19:00 | WRIGHT, MARIE |
| 5/11/2017 | J.W. | 09:15 | 10:15 | WRIGHT, MARIE |
| 5/13/2017 | J.W. | 10:30 | 11:30 | WRIGHT, MARIE |
| 5/16/2017 | J.W. | 18:00 | 19:00 | WRIGHT, MARIE |
| 5/18/2017 | J.W. | 11:45 | 12:45 | WRIGHT, MARIE |
| 5/20/2017 | J.W. | 11:45 | 12:45 | WRIGHT, MARIE |
| 5/22/2017 | J.W. | 18:00 | 19:00 | WRIGHT, MARIE |
| 5/24/2017 | J.W. | 15:30 | 16:30 | WRIGHT, MARIE |
| 5/29/2017 | J.W. | 15:30 | 16:30 | WRIGHT, MARIE |
| 6/2/2017 | J.W. | 18:00 | 19:00 | WRIGHT, MARIE |
| 6/13/2017 | J.W. | 08:00 | 09:00 | WRIGHT, MARIE |
| 6/15/2017 | J.W. | 09:15 | 10:15 | WRIGHT, MARIE |
| 6/17/2017 | J.W. | 08:00 | 09:00 | WRIGHT, MARIE |
| 6/20/2017 | J.W. | 15:30 | 16:30 | WRIGHT, MARIE |
| 6/22/2017 | J.W. | 08:00 | 09:00 | WRIGHT, MARIE |
| 6/24/2017 | J.W. | 09:15 | 10:15 | WRIGHT, MARIE |
| 6/26/2017 | J.W. | 09:15 | 10:15 | WRIGHT, MARIE |
| 6/28/2017 | J.W. | 08:00 | 09:00 | WRIGHT, MARIE |
| 6/30/2017 | J.W. | 09:15 | 10:15 | WRIGHT, MARIE |
| 7/4/2017 | J.W. | 15:30 | 17:00 | WRIGHT, MARIE |
| 7/6/2017 | J.W. | 08:00 | 09:30 | WRIGHT, MARIE |
| 7/11/2017 | J.W. | 11:00 | 12:00 | WRIGHT, MARIE |
| 7/13/2017 | J.W. | 08:00 | 09:00 | WRIGHT, MARIE |
| 7/16/2017 | J.W. | 09:15 | 10:15 | WRIGHT, MARIE |
| 7/18/2017 | J.W. | 15:30 | 17:00 | WRIGHT, MARIE |
| 7/22/2017 | J.W. | 08:00 | 09:30 | WRIGHT, MARIE |
| 7/24/2017 | J.W. | 09:15 | 10:45 | WRIGHT, MARIE |
| 7/30/2017 | J.W. | 08:00 | 09:30 | WRIGHT, MARIE |
| 8/1/2017 | J.W. | 11:45 | 12:45 | WRIGHT, MARIE |
| 8/3/2017 | J.W. | 09:15 | 10:15 | WRIGHT, MARIE |
| 8/5/2017 | J.W. | 09:15 | 10:15 | WRIGHT, MARIE |
| 8/7/2017 | J.W. | 14:15 | 15:15 | WRIGHT, MARIE |
| 8/9/2017 | J.W. | 10:30 | 11:30 | WRIGHT, MARIE |
| 8/11/2017 | J.W. | 09:15 | 10:15 | WRIGHT, MARIE |
| 8/15/2017 | J.W. | 15:30 | 16:30 | WRIGHT, MARIE |
| 8/17/2017 | J.W. | 15:30 | 16:30 | WRIGHT, MARIE |
| 8/19/2017 | J.W. | 15:30 | 16:30 | WRIGHT, MARIE |
| 8/21/2017 | J.W. | 15:30 | 16:30 | WRIGHT, MARIE |
| 8/23/2017 | J.W. | 15:30 | 16:30 | WRIGHT, MARIE |
| 8/25/2017 | J.W. | 16:45 | 17:45 | WRIGHT, MARIE |

61. Defendants' therapists, Timeka Wright, submitted fraudulent billings for services not performed but were paid as demonstrated by the excessive billing pattern as follows:

| ServiceDate | ClientName | StartTime | EndTime | Therapist |
| --- | --- | --- | --- | --- |
| 5/9/2017 | A.J. | 18:30 | 20:00 | WRIGHT, TIMEKA |
| 5/11/2017 | A.J. | 18:30 | 20:00 | WRIGHT, TIMEKA |
| 5/13/2017 | A.J. | 13:00 | 14:30 | WRIGHT, TIMEKA |
| 5/16/2017 | A.J. | 18:30 | 20:00 | WRIGHT, TIMEKA |
| 5/18/2017 | A.J. | 16:00 | 17:30 | WRIGHT, TIMEKA |
| 5/21/2017 | A.J. | 14:00 | 15:30 | WRIGHT, TIMEKA |
| 5/23/2017 | A.J. | 17:00 | 18:30 | WRIGHT, TIMEKA |
| 5/24/2017 | A.J. | 09:00 | 10:00 | WRIGHT, TIMEKA |
| 5/27/2017 | A.J. | 15:00 | 16:30 | WRIGHT, TIMEKA |
| 5/29/2017 | A.J. | 17:00 | 18:00 | WRIGHT, TIMEKA |
| 5/31/2017 | A.J. | 09:00 | 10:30 | WRIGHT, TIMEKA |
| 6/2/2017 | A.J. | 12:00 | 13:30 | WRIGHT, TIMEKA |
| 6/3/2017 | A.J. | 15:00 | 16:30 | WRIGHT, TIMEKA |
| 6/7/2017 | A.J. | 08:00 | 09:30 | WRIGHT, TIMEKA |
| 6/10/2017 | A.J. | 09:00 | 10:30 | WRIGHT, TIMEKA |
| 6/11/2017 | A.J. | 14:00 | 15:30 | WRIGHT, TIMEKA |

| 6/14/2017 | A.J. | 08:00 | 09:30 | WRIGHT, TIMEKA |
|-----------|------|-------|-------|----------------|
| 6/19/2017 | A.J. | 18:30 | 20:00 | WRIGHT, TIMEKA |
| 6/22/2017 | A.J. | 11:30 | 12:30 | WRIGHT, TIMEKA |
| 6/24/2017 | A.J. | 09:00 | 10:30 | WRIGHT, TIMEKA |
| 6/25/2017 | A.J. | 18:00 | 19:30 | WRIGHT, TIMEKA |
| 6/29/2017 | A.J. | 08:00 | 09:00 | WRIGHT, TIMEKA |
| 7/1/2017 | A.J. | 09:00 | 10:30 | WRIGHT, TIMEKA |
| 7/5/2017 | A.J. | 19:10 | 20:40 | WRIGHT, TIMEKA |
| 7/8/2017 | A.J. | 14:00 | 15:30 | WRIGHT, TIMEKA |
| 7/9/2017 | A.J. | 14:00 | 15:30 | WRIGHT, TIMEKA |
| 7/12/2017 | A.J. | 08:00 | 09:30 | WRIGHT, TIMEKA |
| 7/15/2017 | A.J. | 14:00 | 15:30 | WRIGHT, TIMEKA |
| 7/16/2017 | A.J. | 17:30 | 19:00 | WRIGHT, TIMEKA |
| 7/20/2017 | A.J. | 16:00 | 17:30 | WRIGHT, TIMEKA |
| 7/21/2017 | A.J. | 08:00 | 09:00 | WRIGHT, TIMEKA |
| 7/22/2017 | A.J. | 11:00 | 12:30 | WRIGHT, TIMEKA |
| 7/28/2017 | A.J. | 18:00 | 19:00 | WRIGHT, TIMEKA |
| 7/29/2017 | A.J. | 14:50 | 16:20 | WRIGHT, TIMEKA |
| 7/30/2017 | A.J. | 14:00 | 15:30 | WRIGHT, TIMEKA |
| 7/31/2017 | A.J. | 18:30 | 20:00 | WRIGHT, TIMEKA |
| 8/1/2017 | A.J. | 18:45 | 20:15 | WRIGHT, TIMEKA |
| 8/5/2017 | A.J. | 14:00 | 15:00 | WRIGHT, TIMEKA |
| 8/6/2017 | A.J. | 14:00 | 15:30 | WRIGHT, TIMEKA |
| 8/8/2017 | A.J. | 19:00 | 20:30 | WRIGHT, TIMEKA |
| 8/13/2017 | A.J. | 14:00 | 15:30 | WRIGHT, TIMEKA |

| ServiceDate | ClientName | StartTime | EndTime | Therapist |
|-------------|------------|-----------|---------|-----------|
| 5/3/2017 | J.M. | 16:00 | 19:00 | WRIGHT, TIMEKA |
| 5/22/2017 | J.M. | 11:30 | 14:30 | WRIGHT, TIMEKA |
| 5/25/2017 | J.M. | 10:00 | 13:00 | WRIGHT, TIMEKA |
| 5/26/2017 | J.M. | 08:30 | 11:30 | WRIGHT, TIMEKA |
| 6/1/2017 | J.M. | 10:00 | 13:00 | WRIGHT, TIMEKA |
| 6/2/2017 | J.M. | 08:00 | 11:00 | WRIGHT, TIMEKA |
| 6/6/2017 | J.M. | 09:00 | 12:00 | WRIGHT, TIMEKA |
| 6/8/2017 | J.M. | 17:00 | 20:00 | WRIGHT, TIMEKA |
| 6/9/2017 | J.M. | 17:15 | 20:15 | WRIGHT, TIMEKA |
| 6/13/2017 | J.M. | 17:10 | 20:10 | WRIGHT, TIMEKA |
| 6/15/2017 | J.M. | 17:00 | 20:00 | WRIGHT, TIMEKA |
| 6/16/2017 | J.M. | 17:20 | 20:20 | WRIGHT, TIMEKA |
| 6/20/2017 | J.M. | 17:30 | 20:30 | WRIGHT, TIMEKA |
| 6/22/2017 | J.M. | 08:00 | 11:00 | WRIGHT, TIMEKA |
| 6/23/2017 | J.M. | 15:30 | 18:30 | WRIGHT, TIMEKA |
| 6/24/2017 | J.M. | 15:00 | 18:00 | WRIGHT, TIMEKA |
| 6/25/2017 | J.M. | 14:30 | 17:30 | WRIGHT, TIMEKA |
| 6/27/2017 | J.M. | 17:45 | 20:45 | WRIGHT, TIMEKA |
| 6/29/2017 | J.M. | 08:00 | 11:00 | WRIGHT, TIMEKA |
| 7/1/2017 | J.M. | 15:00 | 18:00 | WRIGHT, TIMEKA |
| 7/3/2017 | J.M. | 18:00 | 21:00 | WRIGHT, TIMEKA |
| 7/7/2017 | J.M. | 18:00 | 21:00 | WRIGHT, TIMEKA |
| 7/9/2017 | J.M. | 16:00 | 19:00 | WRIGHT, TIMEKA |
| 7/10/2017 | J.M. | 18:00 | 21:00 | WRIGHT, TIMEKA |
| 7/14/2017 | J.M. | 08:00 | 11:00 | WRIGHT, TIMEKA |
| 7/16/2017 | J.M. | 14:00 | 17:00 | WRIGHT, TIMEKA |

| ServiceDate | ClientName | StartTime | EndTime | Therapist |
|-------------|------------|-----------|---------|-----------|
| 5/112017 | S.M. | 11:30 | 14:30 | WRIGHT, TIMEKA |
| 5/2/2017 | S.M. | 16:00 | 19:00 | WRIGHT, TIMEKA |

23

| 5/4/2017 | S.M. | 16:00 | 19:00 | WRIGHT, TIMEKA |
| 5/6/2017 | S.M. | 09:00 | 12:00 | WRIGHT, TIMEKA |
| 5/9/2017 | S.M. | 08:00 | 11:00 | WRIGHT, TIMEKA |
| 5/10/2017 | S.M. | 16:00 | 19:00 | WRIGHT, TIMEKA |
| 5/12/2017 | S.M. | 08:30 | 11:30 | WRIGHT, TIMEKA |
| 5/13/2017 | S.M. | 09:00 | 12:00 | WRIGHT, TIMEKA |
| 5/15/2017 | S.M. | 11:20 | 14:20 | WRIGHT, TIMEKA |
| 5/17/2017 | S.M. | 16:00 | 19:00 | WRIGHT, TIMEKA |
| 5/19/2017 | S.M. | 08:15 | 11:15 | WRIGHT, TIMEKA |
| 5/20/2017 | S.M. | 09:00 | 12:00 | WRIGHT, TIMEKA |
| 5/23/2017 | S.M. | 08:00 | 11:00 | WRIGHT, TIMEKA |
| 5/24/2017 | S.M. | 16:00 | 19:00 | WRIGHT, TIMEKA |
| 5/27/2017 | S.M. | 09:00 | 12:00 | WRIGHT, TIMEKA |
| 5/30/2017 | S.M. | 11:30 | 14:30 | WRIGHT, TIMEKA |
| 5/31/2017 | S.M. | 16:00 | 19:00 | WRIGHT, TIMEKA |
| 6/3/2017 | S.M. | 09:00 | 12:00 | WRIGHT, TIMEKA |
| 6/5/2017 | S.M. | 12:00 | 15:00 | WRIGHT, TIMEKA |
| 6/7/2017 | S.M. | 16:00 | 19:00 | WRIGHT, TIMEKA |
| 6/10/2017 | S.M. | 16:00 | 19:00 | WRIGHT, TIMEKA |
| 6/12/2017 | S.M. | 12:00 | 15:00 | WRIGHT, TIMEKA |
| 6/14/2017 | S.M. | 16:00 | 19:00 | WRIGHT, TIMEKA |
| 6/17/2017 | S.M. | 09:00 | 12:00 | WRIGHT, TIMEKA |
| 6/19/2017 | S.M. | 12:15 | 15:15 | WRIGHT, TIMEKA |
| 6/20/2017 | S.M. | 08:00 | 11:00 | WRIGHT, TIMEKA |
| 6/21/2017 | S.M. | 16:00 | 19:00 | WRIGHT, TIMEKA |
| 6/23/2017 | S.M. | 12:15 | 15:15 | WRIGHT, TIMEKA |
| 6/26/2017 | S.M. | 12:15 | 15:15 | WRIGHT, TIMEKA |
| 6/28/2017 | S.M. | 16:00 | 19:00 | WRIGHT, TIMEKA |
| 6/29/2017 | S.M. | 11:00 | 14:00 | WRIGHT, TIMEKA |
| 6/30/2017 | S.M. | 17:30 | 20:30 | WRIGHT, TIMEKA |
| 7/4/2017 | S.M. | 17:45 | 20:45 | WRIGHT, TIMEKA |
| 7/5/2017 | S.M. | 16:00 | 19:00 | WRIGHT, TIMEKA |
| 7/6/2017 | S.M. | 08:00 | 11:00 | WRIGHT, TIMEKA |
| 7/8/2017 | S.M. | 09:00 | 12:00 | WRIGHT, TIMEKA |
| 7/11/2017 | S.M. | 08:00 | 11:00 | WRIGHT, TIMEKA |
| 7/12/2017 | S.M. | 16:00 | 19:00 | WRIGHT, TIMEKA |
| 7/13/2017 | S.M. | 17:30 | 20:30 | WRIGHT, TIMEKA |
| 7/15/2017 | S.M. | 09:00 | 12:00 | WRIGHT, TIMEKA |

| ServiceDate | ClientName | StartTime | EndTime | Therapist |
|---|---|---|---|---|
| 5/3/2017 | J.S. | 08:00 | 11:00 | WRIGHT, TIMEKA |
| 5/4/2017 | J.S. | 09:00 | 12:00 | WRIGHT, TIMEKA |
| 5/5/2017 | J.S. | 08:00 | 11:00 | WRIGHT, TIMEKA |
| 5/6/2017 | J.S. | 09:00 | 12:00 | WRIGHT, TIMEKA |
| 5/8/2017 | J.S. | 08:00 | 11:00 | WRIGHT, TIMEKA |
| 5/10/2017 | J.S. | 16:00 | 19:00 | WRIGHT, TIMEKA |
| 5/11/2017 | J.S. | 08:00 | 11:00 | WRIGHT, TIMEKA |
| 5/13/2017 | J.S. | 09:00 | 12:00 | WRIGHT, TIMEKA |
| 5/15/2017 | J.S. | 08:00 | 11:00 | WRIGHT, TIMEKA |
| 5/17/2017 | J.S. | 16:00 | 19:00 | WRIGHT, TIMEKA |
| 5/18/2017 | J.S. | 08:00 | 11:00 | WRIGHT, TIMEKA |
| 5/20/2017 | J.S. | 09:00 | 12:00 | WRIGHT, TIMEKA |
| 5/22/2017 | J.S. | 08:00 | 11:00 | WRIGHT, TIMEKA |
| 5/24/2017 | J.S. | 16:00 | 19:00 | WRIGHT, TIMEKA |
| 5/27/2017 | J.S. | 09:00 | 12:00 | WRIGHT, TIMEKA |
| 5/29/2017 | J.S. | 08:00 | 11:00 | WRIGHT, TIMEKA |
| 5/30/2017 | J.S. | 08:00 | 11:00 | WRIGHT, TIMEKA |
| 5/31/2017 | J.S. | 16:00 | 19:00 | WRIGHT, TIMEKA |
| 6/3/2017 | J.S. | 09:00 | 12:00 | WRIGHT, TIMEKA |
| 6/7/2017 | J.S. | 16:00 | 19:00 | WRIGHT, TIMEKA |
| 6/10/2017 | J.S. | 16:00 | 19:00 | WRIGHT, TIMEKA |
| 6/11/2017 | J.S. | 16:00 | 19:00 | WRIGHT, TIMEKA |
| 6/12/2017 | J.S. | 08:00 | 11:00 | WRIGHT, TIMEKA |
| 6/14/2017 | J.S. | 16:00 | 19:00 | WRIGHT, TIMEKA |

| 6/17/2017 | J.S. | 16:00 | 19:00 | WRIGHT, TIMEKA |
| 8/2/2017 | J.S. | 15:00 | 18:00 | WRIGHT, TIMEKA |
| 8/3/2017 | J.S. | 08:00 | 11:00 | WRIGHT, TIMEKA |
| 8/5/2017 | J.S. | 10:30 | 13:30 | WRIGHT, TIMEKA |
| 8/7/2017 | J.S. | 15:30 | 18:30 | WRIGHT, TIMEKA |
| 8/10/2017 | J.S. | 08:15 | 11:15 | WRIGHT, TIMEKA |
| 8/11/2017 | J.S. | 15:30 | 18:30 | WRIGHT, TIMEKA |
| 8/12/2017 | J.S. | 09:00 | 12:00 | WRIGHT, TIMEKA |

62. Defendants' therapists, Marie Wright and Tameka Wright submitted fraudulent billings for services not performed but were paid as demonstrated by the excessive billing patterns.

63. In fact, Marie Wright and Tameka Wright fraudulently bill for services not performed on the same patient and sometimes for services rendered by both therapists on the same day.

64. The following examples demonstrate the State's successful intervention under MAPIL for fraudulent billing under multiple providers for a single recipient occurring between May of 2012 to January of 2019.

| ServiceDate | ClientName | StartTime | EndTime | Therapist |
| --- | --- | --- | --- | --- |
| 5/1/2017 | J.B. | 14:15 | 15:15 | WRIGHT,MARIE |
| 5/2/2017 | J.B. | 08:00 | 11:00 | WRIGHT,TIMEKA |
| 5/3/2017 | J.B. | 18:00 | 19:00 | WRIGHT,MARIE |
| 5/3/2017 | J.B. | 11:30 | 14:30 | WRIGHT,TIMEKA |
| 5/4/2017 | J.B. | 16:00 | 19:00 | WRIGHT,TIMEKA |
| 5/5/2017 | J.B. | 10:30 | 11:30 | WRIGHT,MARIE |
| 5/5/2017 | J.B. | 17:00 | 20:00 | WRIGHT,TIMEKA |
| 5/8/2017 | J.B. | 11:15 | 14:15 | WRIGHT,TIMEKA |
| 5/9/2017 | J.B. | 11:20 | 14:20 | WRIGHT,TIMEKA |
| 5/10/2017 | J.B. | 08:00 | 11:00 | WRIGHT,TIMEKA |
| 5/17/2017 | J.B. | 09:00 | 12:00 | WRIGHT,TIMEKA |
| 5/18/2017 | J.B. | 11:20 | 14:20 | WRIGHT,TIMEKA |
| 6/5/2017 | J.B. | 08:20 | 11:20 | WRIGHT,TIMEKA |
| 6/8/2017 | J.B. | 09:00 | 12:00 | WRIGHT,TIMEKA |
| 6/9/2017 | J.B. | 09:00 | 12:00 | WRIGHT,TIMEKA |
| 6/13/2017 | J.B. | 09:00 | 12:00 | WRIGHT,TIMEKA |
| 6/15/2017 | J.B. | 08:30 | 11:30 | WRIGHT,TIMEKA |
| 6/16/2017 | J.B. | 08:30 | 11:30 | WRIGHT,TIMEKA |
| 6/19/2017 | J.B. | 08:30 | 11:30 | WRIGHT,TIMEKA |
| 6/21/2017 | J.B. | 08:30 | 11:30 | WRIGHT,TIMEKA |
| 6/22/2017 | J.B. | 12:00 | 15:00 | WRIGHT,TIMEKA |
| 6/23/2017 | J.B. | 08:30 | 11:30 | WRIGHT,TIMEKA |
| 6/25/2017 | J.B. | 08:00 | 11:00 | WRIGHT,TIMEKA |
| 6/26/2017 | J.B. | 08:30 | 11:30 | WRIGHT,TIMEKA |
| 6/28/2017 | J.B. | 08:50 | 11:50 | WRIGHT,TIMEKA |
| 6/30/2017 | J.B. | 08:30 | 11:30 | WRIGHT,TIMEKA |
| 7/3/2017 | J.B. | 08:00 | 11:00 | WRIGHT,TIMEKA |
| 7/4/2017 | J.B. | 08:20 | 11:20 | WRIGHT,TIMEKA |
| 7/6/2017 | J.B. | 17:40 | 20:40 | WRIGHT,TIMEKA |
| 7/7/2017 | J.B. | 08:00 | 11:00 | WRIGHT,TIMEKA |
| 7/10/2017 | J.B. | 08:00 | 11:00 | WRIGHT,TIMEKA |
| 7/11/2017 | J.B. | 17:40 | 20:40 | WRIGHT,TIMEKA |
| 7/13/2017 | J.B. | 08:00 | 11:00 | WRIGHT,TIMEKA |
| 7/14/2017 | J.B. | 17:30 | 20:30 | WRIGHT,TIMEKA |

| 7/17/2017 | J.B. | 08:15 | 11:15 | WRIGHT,TIMEKA |
| 7/18/2017 | J.B. | 05:00 | 08:00 | WRIGHT,TIMEKA |
| 7/19/2017 | J.B. | 17:00 | 20:00 | WRIGHT,TIMEKA |
| 7/21/2017 | J.B. | 17:45 | 20:45 | WRIGHT,TIMEKA |
| 7/24/2017 | J.B. | 17:30 | 20:30 | WRIGHT,TIMEKA |
| 7/25/2017 | J.B. | 08:00 | 11:00 | WRIGHT,TIMEKA |
| 7/26/2017 | J.B. | 08:00 | 11:00 | WRIGHT,TIMEKA |
| 7/29/2017 | J.B. | 09:00 | 12:00 | WRIGHT,TIMEKA |

| ServiceDate | ClientName | StartTime | EndTime | Therapist |
|---|---|---|---|---|
| 5/1/2017 | J.K. | 08:00 | 11:00 | WRIGHT, TIMEKA |
| 5/2/2017 | J.K. | 18:00 | 19:00 | WRIGHT, MARIE |
| 5/2/2017 | J.K. | 11:20 | 14:20 | WRIGHT, TIMEKA |
| 5/4/2017 | J.K. | 14:15 | 15:15 | WRIGHT, MARIE |
| 5/4/2017 | J.K. | 16:00 | 19:00 | WRIGHT, TIMEKA |
| 5/6/2017 | J.K. | 14:15 | 15:15 | WRIGHT, MARIE |
| 5/9/2017 | J.K. | 14:15 | 15:15 | WRIGHT, MARIE |
| 5/11/2017 | J.K. | 11:45 | 12:45 | WRIGHT, MARIE |
| 5/12/2017 | J.K. | 12:00 | 15:00 | WRIGHT,TIMEKA |
| 5/13/2017 | J.K. | 18:00 | 19:00 | WRIGHT, MARIE |
| 5/14/2017 | J.K. | 14:00 | 17:00 | WRIGHT,TIMEKA |
| 5/16/2017 | J.K. | 13:00 | 14:00 | WRIGHT, MARIE |
| 5/18/2017 | J.K. | 14:15 | 15:15 | WRIGHT, MARIE |
| 5/19/2017 | J.K. | 12:00 | 15:00 | WRIGHT, TIMEKA |
| 5/20/2017 | J.K. | 14:15 | 15:15 | WRIGHT, MARIE |
| 5/22/2017 | J.K. | 10:30 | 11:30 | WRIGHT, MARIE |
| 5/23/2017 | J.K. | 11:30 | 14:30 | WRIGHT, TIMEKA |
| 5/24/2017 | J.K. | 11:45 | 12:45 | WRIGHT, MARIE |
| 5/25/2017 | J.K. | 10:00 | 13:00 | WRIGHT,TIMEKA |
| 5/26/2017 | J.K. | 13:00 | 16:00 | WRIGHT, TIMEKA |
| 5/28/2017 | J.K. | 08:00 | 11:00 | WRIGHT, TIMEKA |
| 5/31/2017 | J.K. | 15:30 | 16:30 | WRIGHT, MARIE |
| 6/1/2017 | J.K. | 10:00 | 13:00 | WRIGHT, TIMEKA |
| 6/13/2017 | J.K. | 14:15 | 15:15 | WRIGHT, MARIE |
| 6/15/2017 | J.K. | 13:00 | 14:00 | WRIGHT, MARIE |
| 6/17/2017 | J.K. | 11:45 | 12:45 | WRIGHT, MARIE |
| 6/20/2017 | J.K. | 13:00 | 14:00 | WRIGHT, MARIE |
| 6/22/2017 | J.K. | 11:45 | 12:45 | WRIGHT, MARIE |
| 6/24/2017 | J.K. | 13:00 | 14:00 | WRIGHT, MARIE |
| 6/26/2017 | J.K. | 11:45 | 12:45 | WRIGHT, MARIE |
| 6/28/2017 | J.K. | 10:30 | 11:30 | WRIGHT, MARIE |
| 6/30/2017 | J.K. | 11:45 | 12:45 | WRIGHT, MARIE |
| 7/4/2017 | J.K. | 13:00 | 14:00 | WRIGHT, MARIE |
| 7/6/2017 | J.K. | 11:45 | 12:45 | WRIGHT, MARIE |
| 7/8/2017 | J.K. | 11:45 | 12:45 | WRIGHT, MARIE |
| 7/11/2017 | J.K. | 12:10 | 13:10 | WRIGHT, MARIE |
| 7/13/2017 | J.K. | 10:30 | 11:30 | WRIGHT, MARIE |
| 7/15/2017 | J.K. | 11:45 | 12:45 | WRIGHT, MARIE |
| 7/18/2017 | J.K. | 13:00 | 14:00 | WRIGHT, MARIE |
| 7/20/2017 | J.K. | 11:45 | 12:45 | WRIGHT, MARIE |
| 7/22/2017 | J.K. | 11:45 | 12:45 | WRIGHT, MARIE |
| 7/24/2017 | J.K. | 12:10 | 13:10 | WRIGHT, MARIE |
| 7/26/2017 | J.K. | 10:30 | 11:30 | WRIGHT, MARIE |
| 7/28/2017 | J.K. | 11:45 | 12:45 | WRIGHT, MARIE |
| 7/28/2017 | J.K. | 10:00 | 11:30 | WRIGHT, TIMEKA |
| 8/1/2017 | J.K. | 10:30 | 11:30 | WRIGHT, MARIE |
| 8/3/2017 | J.K. | 14:15 | 15:15 | WRIGHT, MARIE |
| 8/5/2017 | J.K. | 10:30 | 11:30 | WRIGHT, MARIE |
| 8/7/2017 | J.K. | 11:45 | 12:45 | WRIGHT, MARIE |
| 8/9/2017 | J.K. | 11:45 | 12:45 | WRIGHT, MARIE |
| 8/11/2017 | J.K. | 1G:3G | 11:3G | WRIGHT, MARIE |
| 8/15/2017 | J.K. | 18:GG | 19:GG | WRIGHT, MARIE |
| 8/17/2017 | J.K. | 11:45 | 12:45 | WRIGHT, MARIE |
| 8/19/2017 | J.K. | 11:45 | 12:45 | WRIGHT, MARIE |

| 8/21/2017 | J.K. | 11:45 | 12:45 | WRIGHT, MARIE |
| 8/23/2017 | J.K. | 16:45 | 17:45 | WRIGHT, MARIE |
| 8/25/2017 | J.K. | 13:00 | 14:00 | WRIGHT, MARIE |

| ServiceDate | ClientName | StartTime | EndTime | Therapist |
|---|---|---|---|---|
| 8/9/2017 | S.D. | 09:00 | 12:00 | WRIGHT,TIMEKA |
| 5/2/2017 | S.D. | 13:00 | 14:00 | WRIGHT,MARIE |
| 5/4/2017 | S.D. | 13:00 | 14:00 | WRIGHT,MARIE |
| 5/5/2017 | S.D. | 14:15 | 15:15 | WRIGHT,MARIE |
| 5/8/2017 | S.D. | 09:15 | 10:15 | WRIGHT,MARIE |
| 5/10/2017 | S.D. | 16:45 | 17:45 | WRIGHT,MARIE |
| 5/12/2017 | S.D. | 09:15 | 10:15 | WRIGHT,MARIE |
| 5/15/2017 | S.D. | 11:45 | 12:45 | WRIGHT,MARIE |
| 5/17/2017 | S.D. | 09:15 | 10:15 | WRIGHT,MARIE |
| 5/19/2017 | S.D. | 08:00 | 09:00 | WRIGHT,MARIE |
| 5/23/2017 | S.D. | 10:30 | 11:30 | WRIGHT,MARIE |
| 5/25/2017 | S.D. | 10:30 | 11:30 | WRIGHT,MARIE |
| 6/1/2017 | S.D. | 10:30 | 11:30 | WRIGHT,MARIE |
| 6/3/2017 | S.D. | 10:30 | 11:30 | WRIGHT,MARIE |
| 6/5/2017 | S.D. | 14:00 | 15:00 | WRIGHT,MARIE |
| 6/6/2017 | S.D. | 18:00 | 19:00 | WRIGHT,MARIE |
| 6/9/2017 | S.D. | 14:00 | 15:00 | WRIGHT,MARIE |
| 6/12/2017 | S.D. | 09:15 | 10:15 | WRIGHT,MARIE |
| 6/14/2017 | S.D. | 10:30 | 11:30 | WRIGHT,MARIE |
| 6/15/2017 | S.D. | 18:00 | 19:00 | WRIGHT,MARIE |
| 6/20/2017 | S.D. | 11:45 | 12:45 | WRIGHT,MARIE |
| 6/22/2017 | S.D. | 13:00 | 14:00 | WRIGHT,MARIE |
| 6/24/2017 | S.D. | 13:00 | 14:00 | WRIGHT,MARIE |
| 6/26/2017 | S.D. | 13:00 | 14:00 | WRIGHT,MARIE |
| 6/28/2017 | S.D. | 11:45 | 12:45 | WRIGHT,MARIE |
| 6/30/2017 | S.D. | 13:00 | 14:00 | WRIGHT,MARIE |
| 8/1/2017 | S.D. | 15:30 | 16:30 | WRIGHT,MARIE |
| 8/3/2017 | S.D. | 11:45 | 12:45 | WRIGHT,MARIE |
| 8/5/2017 | S.D. | 13:00 | 14:00 | WRIGHT,MARIE |
| 8/7/2017 | S.D. | 10:30 | 11:30 | WRIGHT,MARIE |
| 8/9/2017 | S.D. | 15:30 | 16:30 | WRIGHT,MARIE |
| 8/11/2017 | S.D. | 14:15 | 15:15 | WRIGHT,MARIE |
| 8/14/2017 | S.D. | 09:15 | 10:15 | WRIGHT,MARIE |
| 8/16/2017 | S.D. | 08:00 | 09:00 | WRIGHT,MARIE |
| 8/18/2017 | S.D. | 10:30 | 11:30 | WRIGHT,MARIE |
| 8/22/2017 | S.D. | 09:15 | 10:15 | WRIGHT,MARIE |
| 8/24/2017 | S.D. | 10:30 | 11:30 | WRIGHT,MARIE |
| 8/26/2017 | S.D. | 08:00 | 09:00 | WRIGHT,MARIE |

65. Defendants' therapist, Leashleigh Anderson, submitted fraudulent billings for services not

performed but were paid as demonstrated by the excessive billing patterns as follows:

| ServiceDate | Client Name | StartTime | EndTime | Therapist |
|---|---|---|---|---|
| 5/1/17 | Z.B. | 10:20 | 11:20 | Anderson, Leashleigh |
| 5/6/17 | Z.B. | 19:00 | 20:00 | Anderson, Leashleigh |
| 5/9/17 | Z.B. | 16:10 | 17:10 | Anderson, Leashleigh |
| 5/11/17 | Z.B. | 11:30 | 12:30 | Anderson, Leashleigh |
| 5/16/17 | Z.B. | 16:10 | 17:10 | Anderson, Leashleigh |
| 5/18/17 | Z.B. | 11:30 | 12:30 | Anderson, Leashleigh |
| 5/20/17 | Z.B. | 13:50 | 14:50 | Anderson, Leashleigh |
| 5/23/17 | Z.B. | 16:10 | 17:10 | Anderson, Leashleigh |
| 5/25/17 | Z.B. | 11:30 | 12:30 | Anderson, Leashleigh |
| 5/27/17 | Z.B. | 13:50 | 14:50 | Anderson, Leashleigh |
| 5/30/17 | Z.B. | 16:10 | 17:10 | Anderson, Leashleigh |
| 6/1/17 | Z.B. | 11:30 | 12:30 | Anderson, Leashleigh |
| 6/3/17 | Z.B. | 13:50 | 14:50 | Anderson, Leashleigh |
| 6/6/17 | Z.B. | 16:10 | 17:10 | Anderson, Leashleigh |
| 6/8/17 | Z.B. | 11:30 | 12:30 | Anderson, Leashleigh |
| 6/10/17 | Z.B. | 13:50 | 14:50 | Anderson, Leashleigh |
| 6/13/17 | Z.B. | 8:00 | 9:00 | Anderson, Leashleigh |
| 6/15/17 | Z.B. | 9:10 | 10:10 | Anderson, Leashleigh |
| 6/17/17 | Z.B. | 8:00 | 9:00 | Anderson, Leashleigh |
| 6/20/17 | Z.B. | 12:30 | 13:30 | Anderson, Leashleigh |
| 6/22/17 | Z.B. | 8:00 | 9:00 | Anderson, Leashleigh |
| 6/24/17 | Z.B. | 16:20 | 17:20 | Anderson, Leashleigh |
| 6/27/17 | Z.B. | 12:30 | 13:30 | Anderson, Leashleigh |
| 6/29/17 | Z.B. | 8:00 | 9:00 | Anderson, Leashleigh |
| 7/1/17 | Z.B. | 16:20 | 17:20 | Anderson, Leashleigh |

| ServiceDate | Client Name | StartTime | EndTime | Therapist |
|---|---|---|---|---|
| 5/1/17 | D.C. | 9:10 | 10:10 | Anderson, Leashleigh |
| 5/3/17 | D.C. | 9:10 | 10:10 | Anderson, Leashleigh |
| 5/5/17 | D.C. | 9:10 | 10:10 | Anderson, Leashleigh |
| 5/8/17 | D.C. | 15:00 | 16:00 | Anderson, Leashleigh |
| 5/11/17 | D.C. | 13:50 | 14:50 | Anderson, Leashleigh |
| 5/15/17 | D.C. | 15:00 | 16:00 | Anderson, Leashleigh |
| 5/18/17 | D.C. | 13:50 | 14:50 | Anderson, Leashleigh |
| 5/20/17 | D.C. | 10:20 | 11:20 | Anderson, Leashleigh |
| 5/22/17 | D.C. | 15:00 | 16:00 | Anderson, Leashleigh |
| 5/25/17 | D.C. | 13:50 | 14:50 | Anderson, Leashleigh |
| 5/27/17 | D.C. | 10:20 | 11:20 | Anderson, Leashleigh |
| 6/1/17 | D.C. | 13:50 | 14:50 | Anderson, Leashleigh |
| 6/3/17 | D.C. | 10:20 | 11:20 | Anderson, Leashleigh |
| 6/5/17 | D.C. | 15:00 | 16:00 | Anderson, Leashleigh |
| 6/8/17 | D.C. | 13:50 | 14:50 | Anderson, Leashleigh |
| 6/10/17 | D.C. | 10:20 | 11:20 | Anderson, Leashleigh |
| 6/12/17 | D.C. | 14:00 | 15:00 | Anderson, Leashleigh |
| 6/14/17 | D.C. | 15:10 | 16:10 | Anderson, Leashleigh |
| 6/16/17 | D.C. | 14:00 | 15:00 | Anderson, Leashleigh |
| 6/21/17 | D.C. | 16:20 | 17:20 | Anderson, Leashleigh |
| 6/23/17 | D.C. | 16:20 | 17:20 | Anderson, Leashleigh |
| 6/28/17 | D.C. | 16:20 | 17:20 | Anderson, Leashleigh |
| 6/30/17 | D.C. | 16:20 | 17:20 | Anderson, Leashleigh |
| 7/3/17 | D.C. | 10:20 | 11:20 | Anderson, Leashleigh |
| 7/5/17 | D.C. | 16:20 | 17:20 | Anderson, Leashleigh |
| 7/7/17 | D.C. | 16:20 | 17:20 | Anderson, Leashleigh |
| 7/10/17 | D.C. | 10:20 | 11:20 | Anderson, Leashleigh |
| 7/12/17 | D.C. | 16:20 | 17:20 | Anderson, Leashleigh |
| 7/14/17 | D.C. | 16:20 | 17:20 | Anderson, Leashleigh |
| 7/19/17 | D.C. | 16:20 | 17:20 | Anderson, Leashleigh |
| 7/21/17 | D.C. | 16:20 | 17:20 | Anderson, Leashleigh |
| 7/22/17 | D.C. | 11:30 | 12:30 | Anderson, Leashleigh |
| 7/26/17 | D.C. | 16:20 | 17:20 | Anderson, Leashleigh |
| 7/27/17 | D.C. | 17:30 | 18:30 | Anderson, Leashleigh |
| 7/28/17 | D.C. | 16:20 | 17:20 | Anderson, Leashleigh |
| 8/4/17 | D.C. | 11:15 | 12:15 | Anderson, Leashleigh |
| 8/5/17 | D.C. | 16:20 | 17:20 | Anderson, Leashleigh |
| 8/7/17 | D.C. | 16:20 | 17:20 | Anderson, Leashleigh |
| 8/9/17 | D.C. | 17:30 | 18:30 | Anderson, Leashleigh |
| 8/11/17 | D.C. | 16:20 | 17:20 | Anderson, Leashleigh |
| 8/14/17 | D.C. | 16:20 | 17:20 | Anderson, Leashleigh |
| 8/16/17 | D.C. | 17:30 | 18:30 | Anderson, Leashleigh |
| 8/18/17 | D.C. | 16:20 | 17:20 | Anderson, Leashleigh |
| 8/21/17 | D.C. | 16:20 | 17:20 | Anderson, Leashleigh |
| 8/23/17 | D.C. | 8:00 | 9:00 | Anderson, Leashleigh |
| 8/25/17 | D.C. | 16:20 | 17:20 | Anderson, Leashleigh |

| ServiceDate | Client Name | StartTime | EndTime | Therapist |
|---|---|---|---|---|
| 5/1/17 | T.H. | 15:00 | 16:00 | Anderson, Leashleigh |
| 5/3/17 | T.H. | 16:20 | 17:20 | Anderson, Leashleigh |
| 5/4/17 | T.H. | 17:30 | 18:30 | Anderson, Leashleigh |
| 5/6/17 | T.H. | 17:30 | 18:30 | Anderson, Leashleigh |
| 5/10/17 | T.H. | 9:10 | 10:10 | Anderson, Leashleigh |
| 5/12/17 | T.H. | 8:00 | 9:00 | Anderson, Leashleigh |
| 5/15/17 | T.H. | 8:00 | 9:00 | Anderson, Leashleigh |
| 5/17/17 | T.H. | 9:10 | 10:10 | Anderson, Leashleigh |
| 5/19/17 | T.H. | 8:00 | 9:00 | Anderson, Leashleigh |
| 5/22/17 | T.H. | 8:00 | 9:00 | Anderson, Leashleigh |
| 5/24/17 | T.H. | 9:10 | 10:10 | Anderson, Leashleigh |
| 5/26/17 | T.H. | 8:00 | 9:00 | Anderson, Leashleigh |
| 5/31/17 | T.H. | 9:10 | 10:10 | Anderson, Leashleigh |
| 6/2/17 | T.H. | 8:00 | 9:00 | Anderson, Leashleigh |
| 6/5/17 | T.H. | 8:00 | 9:00 | Anderson, Leashleigh |
| 6/7/17 | T.H. | 9:10 | 10:10 | Anderson, Leashleigh |
| 6/9/17 | T.H. | 8:00 | 9:00 | Anderson, Leashleigh |
| 6/12/17 | T.H. | 8:00 | 9:00 | Anderson, Leashleigh |
| 6/14/17 | T.H. | 9:10 | 10:10 | Anderson, Leashleigh |
| 6/16/17 | T.H. | 8:00 | 9:00 | Anderson, Leashleigh |
| 6/19/17 | T.H. | 8:00 | 9:00 | Anderson, Leashleigh |
| 6/21/17 | T.H. | 9:10 | 10:10 | Anderson, Leashleigh |
| 6/23/17 | T.H. | 8:00 | 9:00 | Anderson, Leashleigh |
| 6/26/17 | T.H. | 8:00 | 9:00 | Anderson, Leashleigh |
| 6/28/17 | T.H. | 9:10 | 10:10 | Anderson, Leashleigh |
| 6/30/17 | T.H. | 8:00 | 9:00 | Anderson, Leashleigh |
| 7/3/17 | T.H. | 8:00 | 9:00 | Anderson, Leashleigh |
| 7/5/17 | T.H. | 9:10 | 10:10 | Anderson, Leashleigh |
| 7/7/17 | T.H. | 8:00 | 9:00 | Anderson, Leashleigh |
| 7/10/17 | T.H. | 8:00 | 9:00 | Anderson, Leashleigh |
| 7/12/17 | T.H. | 9:10 | 10:10 | Anderson, Leashleigh |
| 8/9/17 | T.H. | 19:00 | 20:00 | Anderson, Leashleigh |
| 8/10/17 | T.H. | 18:00 | 19:00 | Anderson, Leashleigh |
| 8/12/17 | T.H. | 8:00 | 9:00 | Anderson, Leashleigh |
| 8/17/17 | T.H. | 18:00 | 19:00 | Anderson, Leashleigh |
| 8/18/17 | T.H. | 14:30 | 15:30 | Anderson, Leashleigh |
| 8/19/17 | T.H. | 8:00 | 9:00 | Anderson, Leashleigh |
| 8/21/17 | T.H. | 19:00 | 20:00 | Anderson, Leashleigh |
| 8/24/17 | T.H. | 18:00 | 19:00 | Anderson, Leashleigh |
| 8/26/17 | T.H. | 8:00 | 9:00 | Anderson, Leashleigh |

| ServiceDate | Client Name | StartTime | EndTime | Therapist |
|---|---|---|---|---|
| 5/8/17 | K.J. | 9:10 | 10:10 | Anderson, Leashleigh |
| 5/10/17 | K.J. | 10:20 | 11:20 | Anderson, Leashleigh |
| 5/12/17 | K.J. | 9:10 | 10:10 | Anderson, Leashleigh |
| 5/15/17 | K.J. | 9:10 | 10:10 | Anderson, Leashleigh |
| 5/17/17 | K.J. | 10:20 | 11:20 | Anderson, Leashleigh |
| 5/19/17 | K.J. | 9:10 | 10:10 | Anderson, Leashleigh |
| 5/22/17 | K.J. | 9:10 | 10:10 | Anderson, Leashleigh |
| 5/24/17 | K.J. | 10:20 | 11:20 | Anderson, Leashleigh |
| 5/26/17 | K.J. | 9:10 | 10:10 | Anderson, Leashleigh |
| 5/31/17 | K.J. | 10:20 | 11:20 | Anderson, Leashleigh |
| 6/2/17 | K.J. | 9:10 | 10:10 | Anderson, Leashleigh |
| 6/5/17 | K.J. | 9:10 | 10:10 | Anderson, Leashleigh |
| 6/7/17 | K.J. | 10:20 | 11:20 | Anderson, Leashleigh |
| 6/9/17 | K.J. | 9:10 | 10:10 | Anderson, Leashleigh |
| 6/12/17 | K.J. | 9:10 | 10:10 | Anderson, Leashleigh |
| 6/14/17 | K.J. | 10:20 | 11:20 | Anderson, Leashleigh |
| 6/16/17 | K.J. | 9:10 | 10:10 | Anderson, Leashleigh |
| 6/19/17 | K.J. | 9:10 | 10:10 | Anderson, Leashleigh |
| 6/21/17 | K.J. | 10:20 | 11:20 | Anderson, Leashleigh |
| 6/23/17 | K.J. | 9:10 | 10:10 | Anderson, Leashleigh |
| 6/26/17 | K.J. | 9:10 | 10:10 | Anderson, Leashleigh |
| 6/28/17 | K.J. | 10:20 | 11:20 | Anderson, Leashleigh |
| 6/30/17 | K.J. | 9:10 | 10:10 | Anderson, Leashleigh |
| 7/3/17 | K.J. | 9:10 | 10:10 | Anderson, Leashleigh |
| 7/5/17 | K.J. | 10:20 | 11:20 | Anderson, Leashleigh |
| 7/7/17 | K.J. | 9:10 | 10:10 | Anderson, Leashleigh |
| 7/10/17 | K.J. | 9:10 | 10:10 | Anderson, Leashleigh |
| 7/12/17 | K.J. | 10:20 | 11:20 | Anderson, Leashleigh |
| 7/14/17 | K.J. | 9:10 | 10:10 | Anderson, Leashleigh |
| 7/17/17 | K.J. | 9:10 | 10:10 | Anderson, Leashleigh |
| 7/19/17 | K.J. | 10:20 | 11:20 | Anderson, Leashleigh |
| 7/21/17 | K.J. | 9:10 | 10:10 | Anderson, Leashleigh |
| 7/24/17 | K.J. | 9:10 | 10:10 | Anderson, Leashleigh |
| 7/26/17 | K.J. | 10:20 | 11:20 | Anderson, Leashleigh |
| 7/28/17 | K.J. | 9:10 | 10:10 | Anderson, Leashleigh |
| 8/8/17 | K.J. | 19:00 | 20:00 | Anderson, Leashleigh |
| 8/15/17 | K.J. | 19:00 | 20:00 | Anderson, Leashleigh |
| 8/17/17 | K.J. | 16:40 | 17:40 | Anderson, Leashleigh |
| 8/18/17 | K.J. | 18:40 | 19:40 | Anderson, Leashleigh |
| 8/22/17 | K.J. | 19:00 | 20:00 | Anderson, Leashleigh |
| 8/23/17 | K.J. | 16:40 | 17:40 | Anderson, Leashleigh |
| 8/25/17 | K.J. | 18:40 | 19:40 | Anderson, Leashleigh |

| ServiceDate | Client Name | StartTime | EndTime | Therapist |
|---|---|---|---|---|
| 5/2/17 | R.R. | 13:40 | 14:40 | Anderson, Leashleigh |
| 5/4/17 | R.R. | 11:30 | 12:30 | Anderson, Leashleigh |
| 5/6/17 | R.R. | 12:40 | 13:40 | Anderson, Leashleigh |
| 5/10/17 | R.R. | 8:00 | 9:00 | Anderson, Leashleigh |
| 5/12/17 | R.R. | 15:00 | 16:00 | Anderson, Leashleigh |
| 5/17/17 | R.R. | 8:00 | 9:00 | Anderson, Leashleigh |
| 5/19/17 | R.R. | 15:00 | 16:00 | Anderson, Leashleigh |
| 5/23/17 | R.R. | 19:00 | 20:00 | Anderson, Leashleigh |
| 5/24/17 | R.R. | 8:00 | 9:00 | Anderson, Leashleigh |
| 5/26/17 | R.R. | 15:00 | 16:00 | Anderson, Leashleigh |
| 5/31/17 | R.R. | 8:00 | 9:00 | Anderson, Leashleigh |
| 6/2/17 | R.R. | 15:00 | 16:00 | Anderson, Leashleigh |
| 6/6/17 | R.R. | 19:00 | 20:00 | Anderson, Leashleigh |
| 6/7/17 | R.R. | 8:00 | 9:00 | Anderson, Leashleigh |
| 6/9/17 | R.R. | 15:00 | 16:00 | Anderson, Leashleigh |
| 6/13/17 | R.R. | 15:00 | 16:00 | Anderson, Leashleigh |
| 6/15/17 | R.R. | 8:00 | 9:00 | Anderson, Leashleigh |
| 6/19/17 | R.R. | 15:00 | 16:00 | Anderson, Leashleigh |
| 6/22/17 | R.R. | 13:50 | 14:50 | Anderson, Leashleigh |
| 6/24/17 | R.R. | 10:20 | 11:20 | Anderson, Leashleigh |
| 6/26/17 | R.R. | 15:00 | 16:00 | Anderson, Leashleigh |
| 6/29/17 | R.R. | 13:50 | 14:50 | Anderson, Leashleigh |
| 7/6/17 | R.R. | 13:50 | 14:50 | Anderson, Leashleigh |
| 7/8/17 | R.R. | 11:30 | 12:30 | Anderson, Leashleigh |
| 7/13/17 | R.R. | 13:50 | 14:50 | Anderson, Leashleigh |
| 7/15/17 | R.R. | 11:30 | 12:30 | Anderson, Leashleigh |
| 7/17/17 | R.R. | 15:00 | 16:00 | Anderson, Leashleigh |
| 7/20/17 | R.R. | 13:50 | 14:50 | Anderson, Leashleigh |
| 7/24/17 | R.R. | 15:00 | 16:00 | Anderson, Leashleigh |
| 7/27/17 | R.R. | 13:50 | 14:50 | Anderson, Leashleigh |
| 8/8/17 | R.R. | 17:40 | 18:40 | Anderson, Leashleigh |
| 8/10/17 | R.R. | 14:30 | 15:30 | Anderson, Leashleigh |
| 8/15/17 | R.R. | 17:40 | 18:40 | Anderson, Leashleigh |
| 8/22/17 | R.R. | 17:40 | 18:40 | Anderson, Leashleigh |
| 8/24/17 | R.R. | 9:05 | 10:05 | Anderson, Leashleigh |

66. Defendants' therapist, Makesha Smith, submitted fraudulent billings for services not performed but were paid as demonstrated by the excessive billing patterns as follows:

| Service Date | Client Name | Length | Therapist |
| --- | --- | --- | --- |
| 10/3/2016 | D.P. | 60 min | Makesha Smith |
| 10/5/2016 | D.P. | 60 min | Makesha Smith |
| 10/7/2016 | D.P. | 60 min | Makesha Smith |
| 10/8/2016 | D.P. | 60 min | Makesha Smith |
| 10/12/2016 | D.P. | 60 min | Makesha Smith |
| 10/14/2016 | D.P. | 60 min | Makesha Smith |
| 10/19/2016 | D.P. | 60 min | Makesha Smith |
| 10/26/2016 | D.P. | 60 min | Makesha Smith |
| 10/28/2016 | D.P. | 60 min | Makesha Smith |
| 10/31/2016 | D.P. | 60 min | Makesha Smith |
| 11/2/2016 | D.P. | 60 min | Makesha Smith |
| 11/5/2016 | D.P. | 60 min | Makesha Smith |
| 11/9/2016 | D.P. | 60 min | Makesha Smith |
| 11/11/2016 | D.P. | 60 min | Makesha Smith |
| 11/22/2016 | D.P. | 60 min | Makesha Smith |
| 11/25/2016 | D.P. | 60 min | Makesha Smith |
| 3/21/2017 | D.P. | 60 min | Makesha Smith |
| 3/23/2017 | D.P. | 60 min | Makesha Smith |
| 3/27/2017 | D.P. | 60 min | Makesha Smith |
| 3/29/2017 | D.P. | 60 min | Makesha Smith |
| 4/1/2017 | D.P. | 60 min | Makesha Smith |
| 4/4/2017 | D.P. | 60 min | Makesha Smith |
| 4/6/2017 | D.P. | 60 min | Makesha Smith |
| 4/8/2017 | D.P. | 60 min | Makesha Smith |
| 4/11/2017 | D.P. | 60 min | Makesha Smith |
| 4/13/2017 | D.P. | 60 min | Makesha Smith |
| 4/17/2017 | D.P. | 60 min | Makesha Smith |
| 4/19/2017 | D.P. | 60 min | Makesha Smith |
| 4/22/2017 | D.P. | 60 min | Makesha Smith |
| 4/25/2017 | D.P. | 60 min | Makesha Smith |
| 4/28/2017 | D.P. | 60 min | Makesha Smith |
| 5/2/2017 | D.P. | 60 min | Makesha Smith |
| 5/4/2017 | D.P. | 60 min | Makesha Smith |
| 5/8/2017 | D.P. | 60 min | Makesha Smith |
| 5/11/2017 | D.P. | 60 min | Makesha Smith |
| 5/15/2017 | D.P. | 60 min | Makesha Smith |
| 5/24/2017 | D.P. | 60 min | Makesha Smith |
| 5/27/2017 | D.P. | 60 min | Makesha Smith |
| 6/1/2017 | D.P. | 60 min | Makesha Smith |
| 6/3/2017 | D.P. | 60 min | Makesha Smith |
| 6/6/2017 | D.P. | 60 min | Makesha Smith |
| 6/8/2017 | D.P. | 60 min | Makesha Smith |
| 6/13/2017 | D.P. | 60 min | Makesha Smith |
| 6/16/2017 | D.P. | 60 min | Makesha Smith |
| 6/19/2017 | D.P. | 60 min | Makesha Smith |
| 6/28/2017 | D.P. | 60 min | Makesha Smith |
| 7/3/2017 | D.P. | 60 min | Makesha Smith |
| 7/7/2017 | D.P. | 60 min | Makesha Smith |
| 7/13/2017 | D.P. | 60 min | Makesha Smith |
| 7/17/2017 | D.P. | 60 min | Makesha Smith |
| 7/26/2017 | D.P. | 60 min | Makesha Smith |
| 7/29/2017 | D.P. | 60 min | Makesha Smith |
| 7/31/2017 | D.P. | 60 min | Makesha Smith |
| 8/3/2017 | D.P. | 60 min | Makesha Smith |
| 8/5/2017 | D.P. | 60 min | Makesha Smith |
| 8/8/2017 | D.P. | 60 min | Makesha Smith |

| Service Date | Client Name | Length | Therapist |
| --- | --- | --- | --- |
| 10/3/2016 | J.S. | 60 min | Makesha Smith |
| 10/5/2016 | J.S. | 60 min | Makesha Smith |
| 10/7/2016 | J.S. | 60 min | Makesha Smith |
| 10/8/2016 | J.S. | 60 min | Makesha Smith |
| 10/12/2016 | J.S. | 60 min | Makesha Smith |
| 10/14/2016 | J.S. | 60 min | Makesha Smith |
| 10/19/2016 | J.S. | 60 min | Makesha Smith |
| 10/26/2016 | J.S. | 60 min | Makesha Smith |
| 10/31/2016 | J.S. | 60 min | Makesha Smith |
| 11/2/2016 | J.S. | 60 min | Makesha Smith |
| 11/5/2016 | J.S. | 60 min | Makesha Smith |
| 11/7/2016 | J.S. | 60 min | Makesha Smith |
| 11/10/2016 | J.S. | 60 min | Makesha Smith |
| 11/12/2016 | J.S. | 60 min | Makesha Smith |
| 11/21/2016 | J.S. | 60 min | Makesha Smith |
| 11/25/2016 | J.S. | 60 min | Makesha Smith |
| 12/8/2016 | J.S. | 60 min | Makesha Smith |
| 12/10/2016 | J.S. | 60 min | Makesha Smith |
| 12/13/2016 | J.S. | 60 min | Makesha Smith |
| 12/15/2016 | J.S. | 60 min | Makesha Smith |
| 12/17/2016 | J.S. | 60 min | Makesha Smith |
| 12/19/2016 | J.S. | 60 min | Makesha Smith |
| 12/21/2016 | J.S. | 60 min | Makesha Smith |
| 12/23/2016 | J.S. | 60 min | Makesha Smith |
| 12/27/2016 | J.S. | 60 min | Makesha Smith |
| 12/29/2016 | J.S. | 60 min | Makesha Smith |
| 12/31/2016 | J.S. | 60 min | Makesha Smith |
| 1/4/2017 | J.S. | 60 min | Makesha Smith |
| 1/6/2017 | J.S. | 60 min | Makesha Smith |
| 1/16/2017 | J.S. | 60 min | Makesha Smith |
| 1/18/2017 | J.S. | 60 min | Makesha Smith |
| 1/20/2017 | J.S. | 60 min | Makesha Smith |
| 1/23/2017 | J.S. | 60 min | Makesha Smith |
| 1/25/2017 | J.S. | 60 min | Makesha Smith |
| 1/27/2017 | J.S. | 60 min | Makesha Smith |
| 2/1/2017 | J.S. | 60 min | Makesha Smith |
| 2/3/2017 | J.S. | 60 min | Makesha Smith |
| 2/7/2017 | J.S. | 60 min | Makesha Smith |
| 2/9/2017 | J.S. | 60 min | Makesha Smith |
| 2/11/2017 | J.S. | 60 min | Makesha Smith |
| 2/14/2017 | J.S. | 60 min | Makesha Smith |
| 2/16/2017 | J.S. | 60 min | Makesha Smith |
| 2/18/2017 | J.S. | 60 min | Makesha Smith |
| 2/22/2017 | J.S. | 60 min | Makesha Smith |
| 2/24/2017 | J.S. | 60 min | Makesha Smith |
| 2/28/2017 | J.S. | 60 min | Makesha Smith |
| 3/3/2017 | J.S. | 60 min | Makesha Smith |
| 3/7/2017 | J.S. | 60 min | Makesha Smith |
| 3/10/2017 | J.S. | 60 min | Makesha Smith |
| 3/13/2017 | J.S. | 60 min | Makesha Smith |
| 3/15/2017 | J.S. | 60 min | Makesha Smith |
| 3/17/2017 | J.S. | 60 min | Makesha Smith |
| 3/22/2017 | J.S. | 60 min | Makesha Smith |
| 3/24/2017 | J.S. | 60 min | Makesha Smith |
| 3/29/2017 | J.S. | 60 min | Makesha Smith |
| 3/31/2017 | J.S. | 60 min | Makesha Smith |
| 4/4/2017 | J.S. | 60 min | Makesha Smith |
| 4/6/2017 | J.S. | 60 min | Makesha Smith |
| 4/8/2017 | J.S. | 60 min | Makesha Smith |
| 4/15/2017 | J.S. | 60 min | Makesha Smith |
| 5/9/2017 | J.S. | 60 min | Makesha Smith |
| 5/12/2017 | J.S. | 60 min | Makesha Smith |
| 5/15/2017 | J.S. | 60 min | Makesha Smith |
| 5/24/2017 | J.S. | 60 min | Makesha Smith |
| 5/27/2017 | J.S. | 60 min | Makesha Smith |
| 5/30/2017 | J.S. | 60 min | Makesha Smith |
| 6/7/2017 | J.S. | 60 min | Makesha Smith |
| 6/9/2017 | J.S. | 60 min | Makesha Smith |
| 6/24/2017 | J.S. | 60 min | Makesha Smith |
| 6/27/2017 | J.S. | 60 min | Makesha Smith |
| 7/5/2017 | J.S. | 60 min | Makesha Smith |
| 7/11/2017 | J.S. | 60 min | Makesha Smith |
| 7/17/2017 | J.S. | 60 min | Makesha Smith |
| 7/25/2017 | J.S. | 60 min | Makesha Smith |
| 7/29/2017 | J.S. | 60 min | Makesha Smith |
| 8/1/2017 | J.S. | 60 min | Makesha Smith |
| 8/4/2017 | J.S. | 60 min | Makesha Smith |
| 8/9/2017 | J.S. | 60 min | Makesha Smith |
| 8/12/2017 | J.S. | 60 min | Makesha Smith |

67. Defendants' therapist, Eric Chiplin, submitted fraudulent billings for services not performed but were paid as demonstrated by the excessive billing patterns as follows:

| ServiceDate | ClientName | Length | Therapist |
| --- | --- | --- | --- |
| 10/3/2016 | A.B. | 90 min | Eric Chiplin |
| 10/5/2016 | A.B. | 90 min | Eric Chiplin |
| 10/10/2016 | A.B. | 60 min | Eric Chiplin |
| 10/12/2016 | A.B. | 90 min | Eric Chiplin |
| 10/14/2016 | A.B. | 60 min | Eric Chiplin |
| 10/17/2016 | A.B. | 90 min | Eric Chiplin |
| 10/19/2016 | A.B. | 90 min | Eric Chiplin |
| 10/21/2016 | A.B. | 60 min | Eric Chiplin |
| 10/26/2016 | A.B. | 90 min | Eric Chiplin |
| 10/28/2016 | A.B. | 90 min | Eric Chiplin |
| 10/31/2016 | A.B. | 60 min | Eric Chiplin |
| 11/2/2016 | A.B. | 90 min | Eric Chiplin |
| 11/4/2016 | A.B. | 60 min | Eric Chiplin |
| 11/7/2016 | A.B. | 90 min | Eric Chiplin |
| 11/9/2016 | A.B. | 90 min | Eric Chiplin |
| 11/11/2016 | A.B. | 60 min | Eric Chiplin |
| 11/14/2016 | A.B. | 90 min | Eric Chiplin |
| 11/16/2016 | A.B. | 90 min | Eric Chiplin |
| 11/18/2016 | A.B. | 60 min | Eric Chiplin |
| 11/21/2016 | A.B. | 90 min | Eric Chiplin |
| 11/23/2016 | A.B. | 90 min | Eric Chiplin |
| 11/28/2016 | A.B. | 90 min | Eric Chiplin |
| 11/30/2016 | A.B. | 60 min | Eric Chiplin |
| 12/2/2016 | A.B. | 90 min | Eric Chiplin |
| 12/5/2016 | A.B. | 90 min | Eric Chiplin |
| 12/7/2016 | A.B. | 90 min | Eric Chiplin |
| 12/9/2016 | A.B. | 60 min | Eric Chiplin |
| 12/12/2016 | A.B. | 90 min | Eric Chiplin |
| 12/14/2016 | A.B. | 90 min | Eric Chiplin |
| 12/16/2016 | A.B. | 60 min | Eric Chiplin |
| 1/16/2017 | A.B. | 90 min | Eric Chiplin |
| 1/18/2017 | A.B. | 60 min | Eric Chiplin |
| 1/20/2017 | A.B. | 60 min | Eric Chiplin |
| 1/23/2017 | A.B. | 90 min | Eric Chiplin |
| 1/25/2017 | A.B. | 90 min | Eric Chiplin |
| 1/27/2017 | A.B. | 60 min | Eric Chiplin |
| 1/30/2017 | A.B. | 60 min | Eric Chiplin |
| 2/1/2017 | A.B. | 60 min | Eric Chiplin |
| 2/6/2017 | A.B. | 60 min | Eric Chiplin |
| 2/8/2017 | A.B. | 90 min | Eric Chiplin |
| 2/10/2017 | A.B. | 60 min | Eric Chiplin |
| 2/13/2017 | A.B. | 60 min | Eric Chiplin |
| 2/15/2017 | A.B. | 60 min | Eric Chiplin |
| 2/16/2017 | A.B. | 60 min | Eric Chiplin |
| 2/20/2017 | A.B. | 60 min | Eric Chiplin |
| 2/22/2017 | A.B. | 60 min | Eric Chiplin |
| 2/24/2017 | A.B. | 60 min | Eric Chiplin |
| 3/10/2017 | A.B. | 60 min | Eric Chiplin |
| 3/11/2017 | A.B. | 60 min | Eric Chiplin |
| 3/16/2017 | A.B. | 60 min | Eric Chiplin |
| 3/17/2017 | A.B. | 60 min | Eric Chiplin |
| 3/18/2017 | A.B. | 60 min | Eric Chiplin |
| 3/23/2017 | A.B. | 60 min | Eric Chiplin |
| 3/30/2017 | A.B. | 60 min | Eric Chiplin |
| 3/31/2017 | A.B. | 60 min | Eric Chiplin |
| 4/11/2017 | A.B. | 60 min | Eric Chiplin |
| 4/12/2017 | A.B. | 60 min | Eric Chiplin |
| 4/13/2017 | A.B. | 60 min | Eric Chiplin |
| 4/18/2017 | A.B. | 60 min | Eric Chiplin |
| 4/19/2017 | A.B. | 60 min | Eric Chiplin |
| 4/20/2017 | A.B. | 60 min | Eric Chiplin |
| 4/28/2017 | A.B. | 60 min | Eric Chiplin |

| ServiceDate | ClientName | Length | Therapist |
| --- | --- | --- | --- |
| 10/13/16 | R.H. | 90 min | Eric Chiplin |
| 10/14/16 | R.H. | 60 min | Eric Chiplin |
| 10/18/16 | R.H. | 60 min | Eric Chiplin |
| 10/20/16 | R.H. | 90 min | Eric Chiplin |
| 10/21/16 | R.H. | 60 min | Eric Chiplin |
| 10/27/16 | R.H. | 60 min | Eric Chiplin |
| 10/28/16 | R.H. | 60 min | Eric Chiplin |
| 11/1/16 | R.H. | 90 min | Eric Chiplin |
| 11/3/16 | R.H. | 60 min | Eric Chiplin |
| 11/4/16 | R.H. | 60 min | Eric Chiplin |
| 11/8/16 | R.H. | 60 min | Eric Chiplin |
| 11/15/16 | R.H. | 60 min | Eric Chiplin |
| 11/22/16 | R.H. | 60 min | Eric Chiplin |
| 11/25/16 | R.H. | 90 min | Eric Chiplin |
| 11/29/16 | R.H. | 60 min | Eric Chiplin |
| 12/1/16 | R.H. | 60 min | Eric Chiplin |
| 12/2/16 | R.H. | 90 min | Eric Chiplin |
| 12/6/16 | R.H. | 90 min | Eric Chiplin |
| 12/8/16 | R.H. | 60 min | Eric Chiplin |
| 12/9/16 | R.H. | 60 min | Eric Chiplin |
| 12/13/16 | R.H. | 90 min | Eric Chiplin |
| 12/15/16 | R.H. | 90 min | Eric Chiplin |
| 12/16/16 | R.H. | 60 min | Eric Chiplin |
| 12/20/16 | R.H. | 60 min | Eric Chiplin |
| 12/22/16 | R.H. | 60 min | Eric Chiplin |
| 12/23/16 | R.H. | 60 min | Eric Chiplin |
| 12/27/16 | R.H. | 90 min | Eric Chiplin |
| 12/29/16 | R.H. | 60 min | Eric Chiplin |
| 12/30/16 | R.H. | 60 min | Eric Chiplin |
| 1/3/17 | R.H. | 90 min | Eric Chiplin |
| 1/5/17 | R.H. | 90 min | Eric Chiplin |
| 1/7/17 | R.H. | 60 min | Eric Chiplin |
| 1/9/17 | R.H. | 90 min | Eric Chiplin |
| 1/11/17 | R.H. | 60 min | Eric Chiplin |
| 1/13/17 | R.H. | 60 min | Eric Chiplin |
| 1/17/17 | R.H. | 90 min | Eric Chiplin |
| 1/19/17 | R.H. | 60 min | Eric Chiplin |
| 1/20/17 | R.H. | 60 min | Eric Chiplin |
| 1/23/17 | R.H. | 90 min | Eric Chiplin |
| 1/25/17 | R.H. | 90 min | Eric Chiplin |
| 1/27/17 | R.H. | 60 min | Eric Chiplin |
| 1/30/17 | R.H. | 60 min | Eric Chiplin |
| 2/1/17 | R.H. | 60 min | Eric Chiplin |
| 2/2/17 | R.H. | 60 min | Eric Chiplin |
| 2/6/17 | R.H. | 60 min | Eric Chiplin |
| 2/10/17 | R.H. | 60 min | Eric Chiplin |
| 2/13/17 | R.H. | 60 min | Eric Chiplin |
| 2/15/17 | R.H. | 60 min | Eric Chiplin |
| 2/16/17 | R.H. | 60 min | Eric Chiplin |
| 2/20/17 | R.H. | 60 min | Eric Chiplin |
| 2/22/17 | R.H. | 60 min | Eric Chiplin |
| 2/24/17 | R.H. | 60 min | Eric Chiplin |
| 3/31/17 | R.H. | 60 min | Eric Chiplin |
| 4/13/17 | R.H. | 60 min | Eric Chiplin |
| 4/20/17 | R.H. | 60 min | Eric Chiplin |
| 4/28/17 | R.H. | 60 min | Eric Chiplin |
| 5/5/17 | R.H. | 60 min | Eric Chiplin |
| 5/19/17 | R.H. | 60 min | Eric Chiplin |
| 6/8/17 | R.H. | 60 min | Eric Chiplin |
| 6/13/17 | R.H. | 60 min | Eric Chiplin |
| 6/28/17 | R.H. | 60 min | Eric Chiplin |
| 7/5/17 | R.H. | 60 min | Eric Chiplin |

68. Defendants' therapist, Cynthia Johnson, submitted fraudulent billings for services not performed but were paid as demonstrated by the excessive billing patterns as follows:

| Service Date | Client Name | Length | Therapist |
|---|---|---|---|
| 10/4/2016 | Z.B. | 60 min | Cynthia Johnson |
| 10/6/2016 | Z.B. | 60 min | Cynthia Johnson |
| 10/8/2016 | Z.B. | 60 min | Cynthia Johnson |
| 10/11/2016 | Z.B. | 60 min | Cynthia Johnson |
| 10/13/2016 | Z.B. | 60 min | Cynthia Johnson |
| 10/18/2016 | Z.B. | 60 min | Cynthia Johnson |
| 10/20/2016 | Z.B. | 60 min | Cynthia Johnson |
| 10/25/2016 | Z.B. | 60 min | Cynthia Johnson |
| 10/29/2016 | Z.B. | 60 min | Cynthia Johnson |
| 11/3/2016 | Z.B. | 60 min | Cynthia Johnson |
| 11/5/2016 | Z.B. | 60 min | Cynthia Johnson |
| 11/8/2016 | Z.B. | 60 min | Cynthia Johnson |
| 11/10/2016 | Z.B. | 60 min | Cynthia Johnson |
| 11/12/2016 | Z.B. | 60 min | Cynthia Johnson |
| 11/15/2016 | Z.B. | 60 min | Cynthia Johnson |
| 11/17/2016 | Z.B. | 60 min | Cynthia Johnson |
| 11/19/2016 | Z.B. | 60 min | Cynthia Johnson |
| 11/22/2016 | Z.B. | 60 min | Cynthia Johnson |
| 11/24/2016 | Z.B. | 60 min | Cynthia Johnson |
| 11/29/2016 | Z.B. | 60 min | Cynthia Johnson |
| 12/1/2016 | Z.B. | 60 min | Cynthia Johnson |
| 12/3/2016 | Z.B. | 60 min | Cynthia Johnson |
| 12/7/2016 | Z.B. | 60 min | Cynthia Johnson |
| 12/10/2016 | Z.B. | 60 min | Cynthia Johnson |
| 12/13/2016 | Z.B. | 60 min | Cynthia Johnson |
| 12/15/2016 | Z.B. | 60 min | Cynthia Johnson |
| 12/17/2016 | Z.B. | 60 min | Cynthia Johnson |
| 12/19/2016 | Z.B. | 60 min | Cynthia Johnson |
| 12/20/2016 | Z.B. | 60 min | Cynthia Johnson |
| 12/21/2016 | Z.B. | 60 min | Cynthia Johnson |
| 12/22/2016 | Z.B. | 60 min | Cynthia Johnson |
| 12/23/2016 | Z.B. | 60 min | Cynthia Johnson |
| 12/24/2016 | Z.B. | 60 min | Cynthia Johnson |
| 12/27/2016 | Z.B. | 60 min | Cynthia Johnson |
| 12/29/2016 | Z.B. | 60 min | Cynthia Johnson |
| 12/31/2016 | Z.B. | 60 min | Cynthia Johnson |
| 1/2/2017 | Z.B. | 60 min | Cynthia Johnson |
| 1/3/2017 | Z.B. | 60 min | Cynthia Johnson |
| 1/4/2017 | Z.B. | 60 min | Cynthia Johnson |
| 1/6/2017 | Z.B. | 60 min | Cynthia Johnson |
| 1/7/2017 | Z.B. | 60 min | Cynthia Johnson |
| 1/13/2017 | Z.B. | 60 min | Cynthia Johnson |
| 1/15/2017 | Z.B. | 60 min | Cynthia Johnson |
| 1/16/2017 | Z.B. | 60 min | Cynthia Johnson |
| 1/17/2017 | Z.B. | 60 min | Cynthia Johnson |
| 1/25/2017 | Z.B. | 60 min | Cynthia Johnson |
| 1/27/2017 | Z.B. | 60 min | Cynthia Johnson |
| 1/30/2017 | Z.B. | 60 min | Cynthia Johnson |
| 2/1/2017 | Z.B. | 60 min | Cynthia Johnson |
| 2/6/2017 | Z.B. | 60 min | Cynthia Johnson |
| 2/8/2017 | Z.B. | 60 min | Cynthia Johnson |
| 3/4/2017 | Z.B. | 60 min | Cynthia Johnson |
| 3/27/2017 | Z.B. | 60 min | Cynthia Johnson |
| 4/3/2017 | Z.B. | 60 min | Cynthia Johnson |
| 4/10/2017 | Z.B. | 60 min | Cynthia Johnson |
| 4/17/2017 | Z.B. | 60 min | Cynthia Johnson |
| 4/24/2017 | Z.B. | 60 min | Cynthia Johnson |
| 4/25/2017 | Z.B. | 60 min | Cynthia Johnson |
| 4/26/2017 | Z.B. | 60 min | Cynthia Johnson |
| 4/27/2017 | Z.B. | 60 min | Cynthia Johnson |
| 4/30/2017 | Z.B. | 60 min | Cynthia Johnson |
| 5/1/2017 | Z.B. | 60 min | Cynthia Johnson |
| 5/7/2017 | Z.B. | 60 min | Cynthia Johnson |
| 5/15/2017 | Z.B. | 60 min | Cynthia Johnson |

| Service Date | Client Name | Length | Therapist |
|---|---|---|---|
| 10/5/2016 | J.P. | 60 min | Cyntiha Johnson |
| 10/6/2016 | J.P. | 60 min | Cyntiha Johnson |
| 10/7/2016 | J.P. | 60 min | Cyntiha Johnson |
| 10/10/2016 | J.P. | 60 min | Cyntiha Johnson |
| 10/12/2016 | J.P. | 60 min | Cyntiha Johnson |
| 10/14/2016 | J.P. | 60 min | Cyntiha Johnson |
| 12/9/2016 | J.P. | 60 min | Cyntiha Johnson |
| 12/12/2016 | J.P. | 60 min | Cyntiha Johnson |
| 12/14/2016 | J.P. | 60 min | Cyntiha Johnson |
| 12/16/2016 | J.P. | 60 min | Cyntiha Johnson |
| 12/18/2016 | J.P. | 60 min | Cyntiha Johnson |
| 12/19/2016 | J.P. | 60 min | Cyntiha Johnson |
| 12/21/2016 | J.P. | 60 min | Cyntiha Johnson |
| 12/23/2016 | J.P. | 60 min | Cyntiha Johnson |
| 12/24/2016 | J.P. | 60 min | Cyntiha Johnson |
| 12/26/2016 | J.P. | 60 min | Cyntiha Johnson |
| 12/27/2016 | J.P. | 60 min | Cyntiha Johnson |
| 12/28/2016 | J.P. | 60 min | Cyntiha Johnson |
| 1/3/2017 | J.P. | 60 min | Cyntiha Johnson |
| 1/4/2017 | J.P. | 60 min | Cyntiha Johnson |
| 1/5/2017 | J.P. | 60 min | Cyntiha Johnson |
| 1/7/2017 | J.P. | 60 min | Cyntiha Johnson |
| 1/10/2017 | J.P. | 60 min | Cyntiha Johnson |
| 1/12/2017 | J.P. | 60 min | Cyntiha Johnson |
| 1/17/2017 | J.P. | 60 min | Cyntiha Johnson |
| 1/20/2017 | J.P. | 60 min | Cyntiha Johnson |
| 1/21/2017 | J.P. | 60 min | Cyntiha Johnson |
| 1/23/2017 | J.P. | 60 min | Cyntiha Johnson |
| 1/25/2017 | J.P. | 60 min | Cyntiha Johnson |
| 1/26/2017 | J.P. | 60 min | Cyntiha Johnson |
| 1/28/2017 | J.P. | 60 min | Cyntiha Johnson |
| 10/17/2016 | J.P. | 60 min | Cyntiha Johnson |
| 10/19/2016 | J.P. | 60 min | Cyntiha Johnson |
| 10/21/2016 | J.P. | 60 min | Cyntiha Johnson |
| 10/24/2016 | J.P. | 60 min | Cyntiha Johnson |
| 10/26/2016 | J.P. | 60 min | Cyntiha Johnson |
| 10/31/2016 | J.P. | 60 min | Cyntiha Johnson |
| 11/2/2016 | J.P. | 60 min | Cyntiha Johnson |
| 11/4/2016 | J.P. | 60 min | Cyntiha Johnson |
| 11/7/2016 | J.P. | 60 min | Cyntiha Johnson |
| 11/9/2016 | J.P. | 60 min | Cyntiha Johnson |
| 11/11/2016 | J.P. | 60 min | Cyntiha Johnson |
| 11/14/2016 | J.P. | 60 min | Cyntiha Johnson |
| 11/16/2016 | J.P. | 60 min | Cyntiha Johnson |
| 11/18/2016 | J.P. | 60 min | Cyntiha Johnson |
| 11/21/2016 | J.P. | 60 min | Cyntiha Johnson |
| 11/23/2016 | J.P. | 60 min | Cyntiha Johnson |
| 11/25/2016 | J.P. | 60 min | Cyntiha Johnson |
| 11/28/2016 | J.P. | 60 min | Cyntiha Johnson |
| 11/30/2016 | J.P. | 60 min | Cyntiha Johnson |
| 12/2/2016 | J.P. | 60 min | Cyntiha Johnson |
| 12/5/2016 | J.P. | 60 min | Cyntiha Johnson |
| 12/7/2016 | J.P. | 60 min | Cyntiha Johnson |
| 1/31/2017 | J.P. | 60 min | Cyntiha Johnson |
| 2/7/2017 | J.P. | 60 min | Cyntiha Johnson |
| 2/20/2017 | J.P. | 15 min | Cyntiha Johnson |

69. Defendants' therapist, Pathena Perkins, submitted fraudulent billings for services not performed but were paid as demonstrated by the excessive billing patterns as follows:

| Service Date | Client Name | Length | Pathena Perkins |
|---|---|---|---|
| 10/18/2016 | Z.S. | 120 min | Pathena Perkins |
| 10/21/2016 | Z.S. | 60 min | Pathena Perkins |
| 10/22/2016 | Z.S. | 60 min | Pathena Perkins |
| 10/25/2016 | Z.S. | 120 min | Pathena Perkins |
| 10/27/2016 | Z.S. | 60 min | Pathena Perkins |
| 10/28/2016 | Z.S. | 60 min | Pathena Perkins |
| 11/1/2016 | Z.S. | 120 min | Pathena Perkins |
| 11/4/2016 | Z.S. | 60 min | Pathena Perkins |
| 11/5/2016 | Z.S. | 60 min | Pathena Perkins |
| 11/7/2016 | Z.S. | 120 min | Pathena Perkins |
| 11/12/2016 | Z.S. | 120 min | Pathena Perkins |
| 11/18/2016 | Z.S. | 120 min | Pathena Perkins |
| 11/19/2016 | Z.S. | 60 min | Pathena Perkins |
| 11/24/2016 | Z.S. | 120 min | Pathena Perkins |
| 11/26/2016 | Z.S. | 60 min | Pathena Perkins |
| 11/28/2016 | Z.S. | 120 min | Pathena Perkins |
| 12/2/2016 | Z.S. | 60 min | Pathena Perkins |
| 12/8/2016 | Z.S. | 120 min | Pathena Perkins |
| 12/9/2016 | Z.S. | 60 min | Pathena Perkins |
| 12/15/2016 | Z.S. | 120 min | Pathena Perkins |
| 12/16/2016 | Z.S. | 60 min | Pathena Perkins |
| 12/22/2016 | Z.S. | 120 min | Pathena Perkins |
| 12/23/2016 | Z.S. | 60 min | Pathena Perkins |
| 12/26/2016 | Z.S. | 120 min | Pathena Perkins |
| 12/30/2016 | Z.S. | 60 min | Pathena Perkins |
| 1/2/2017 | Z.S. | 120 min | Pathena Perkins |
| 1/7/2017 | Z.S. | 60 min | Pathena Perkins |
| 1/9/2017 | Z.S. | 120 min | Pathena Perkins |
| 1/21/2017 | Z.S. | 60 min | Pathena Perkins |
| 1/27/2017 | Z.S. | 60 min | Pathena Perkins |
| 2/3/2017 | Z.S. | 60 min | Pathena Perkins |
| 5/12/2017 | Z.S. | 60 min | Pathena Perkins |
| 5/13/2017 | Z.S. | 60 min | Pathena Perkins |
| 5/14/2017 | Z.S. | 60 min | Pathena Perkins |
| 5/19/2017 | Z.S. | 60 min | Pathena Perkins |
| 5/20/2017 | Z.S. | 60 min | Pathena Perkins |
| 5/26/2017 | Z.S. | 60 min | Pathena Perkins |
| 5/27/2017 | Z.S. | 60 min | Pathena Perkins |
| 6/3/2017 | Z.S. | 60 min | Pathena Perkins |
| 6/9/2017 | Z.S. | 60 min | Pathena Perkins |
| 6/10/2017 | Z.S. | 60 min | Pathena Perkins |
| 6/11/2017 | Z.S. | 60 min | Pathena Perkins |
| 6/16/2017 | Z.S. | 60 min | Pathena Perkins |
| 6/17/2017 | Z.S. | 60 min | Pathena Perkins |
| 6/23/2017 | Z.S. | 60 min | Pathena Perkins |
| 6/24/2017 | Z.S. | 60 min | Pathena Perkins |
| 6/30/2017 | Z.S. | 60 min | Pathena Perkins |
| 7/1/2017 | Z.S. | 60 min | Pathena Perkins |
| 7/8/2017 | Z.S. | 60 min | Pathena Perkins |
| 7/9/2017 | Z.S. | 60 min | Pathena Perkins |
| 7/14/2017 | Z.S. | 60 min | Pathena Perkins |
| 7/15/2017 | Z.S. | 60 min | Pathena Perkins |
| 7/16/2017 | Z.S. | 60 min | Pathena Perkins |
| 7/21/2017 | Z.S. | 60 min | Pathena Perkins |
| 7/22/2017 | Z.S. | 60 min | Pathena Perkins |
| 7/23/2017 | Z.S. | 60 min | Pathena Perkins |
| 7/28/2017 | Z.S. | 60 min | Pathena Perkins |
| 7/29/2017 | Z.S. | 60 min | Pathena Perkins |
| 7/30/2017 | Z.S. | 60 min | Pathena Perkins |
| 8/4/2017 | Z.S. | 60 min | Pathena Perkins |
| 8/5/2017 | Z.S. | 60 min | Pathena Perkins |
| 1/14/2017 | Z.S. | 60 min | Pathena Perkins |

| Service Date | Client Name | Length | Pathena Perkins |
|---|---|---|---|
| 10/17/2016 | K.A. | 120 min | Pathena Perkins |
| 10/18/2016 | K.A. | 60 min | Pathena Perkins |
| 10/21/2016 | K.A. | 60 min | Pathena Perkins |
| 10/24/2016 | K.A. | 120 min | Pathena Perkins |
| 10/25/2016 | K.A. | 60 min | Pathena Perkins |
| 10/31/2016 | K.A. | 120 min | Pathena Perkins |
| 11/4/2016 | K.A. | 60 min | Pathena Perkins |
| 11/5/2016 | K.A. | 60 min | Pathena Perkins |
| 11/7/2016 | K.A. | 120 min | Pathena Perkins |
| 11/11/2016 | K.A. | 120 min | Pathena Perkins |
| 11/18/2016 | K.A. | 60 min | Pathena Perkins |
| 11/19/2016 | K.A. | 60 min | Pathena Perkins |
| 11/25/2016 | K.A. | 120 min | Pathena Perkins |
| 11/26/2016 | K.A. | 60 min | Pathena Perkins |
| 11/28/2016 | K.A. | 120 min | Pathena Perkins |
| 12/2/2016 | K.A. | 60 min | Pathena Perkins |
| 12/8/2016 | K.A. | 120 min | Pathena Perkins |
| 12/9/2016 | K.A. | 60 min | Pathena Perkins |
| 12/15/2016 | K.A. | 120 min | Pathena Perkins |
| 12/16/2016 | K.A. | 60 min | Pathena Perkins |
| 12/22/2016 | K.A. | 120 min | Pathena Perkins |
| 12/23/2016 | K.A. | 60 min | Pathena Perkins |
| 12/26/2016 | K.A. | 120 min | Pathena Perkins |
| 12/30/2016 | K.A. | 120 min | Pathena Perkins |
| 1/2/2017 | K.A. | 120 min | Pathena Perkins |
| 1/4/2017 | K.A. | 60 min | Pathena Perkins |
| 1/9/2017 | K.A. | 120 min | Pathena Perkins |
| 1/13/2017 | K.A. | 60 min | Pathena Perkins |
| 1/16/2017 | K.A. | 120 min | Pathena Perkins |
| 1/21/2017 | K.A. | 60 min | Pathena Perkins |
| 2/23/2017 | K.A. | 60 min | Pathena Perkins |
| 2/24/2017 | K.A. | 60 min | Pathena Perkins |
| 2/25/2017 | K.A. | 60 min | Pathena Perkins |
| 3/3/2017 | K.A. | 60 min | Pathena Perkins |
| 3/4/2017 | K.A. | 60 min | Pathena Perkins |
| 3/5/2017 | K.A. | 60 min | Pathena Perkins |
| 3/11/2017 | K.A. | 60 min | Pathena Perkins |
| 3/12/2017 | K.A. | 45 min | Pathena Perkins |
| 3/18/2017 | K.A. | 60 min | Pathena Perkins |
| 3/19/2017 | K.A. | 90 min | Pathena Perkins |
| 3/24/2017 | K.A. | 60 min | Pathena Perkins |
| 3/25/2017 | K.A. | 60 min | Pathena Perkins |
| 3/26/2017 | K.A. | 60 min | Pathena Perkins |
| 3/31/2017 | K.A. | 105 min | Pathena Perkins |
| 4/1/2017 | K.A. | 60 min | Pathena Perkins |
| 4/7/2017 | K.A. | 60 min | Pathena Perkins |
| 4/8/2017 | K.A. | 60 min | Pathena Perkins |
| 4/9/2017 | K.A. | 60 min | Pathena Perkins |
| 4/15/2017 | K.A. | 60 min | Pathena Perkins |
| 4/20/2017 | K.A. | 60 min | Pathena Perkins |
| 4/21/2017 | K.A. | 60 min | Pathena Perkins |
| 4/22/2017 | K.A. | 60 min | Pathena Perkins |
| 4/25/2017 | K.A. | 60 min | Pathena Perkins |
| 4/27/2017 | K.A. | 60 min | Pathena Perkins |
| 4/28/2017 | K.A. | 60 min | Pathena Perkins |
| 5/5/2017 | K.A. | 60 min | Pathena Perkins |
| 5/6/2017 | K.A. | 60 min | Pathena Perkins |
| 5/12/2017 | K.A. | 60 min | Pathena Perkins |
| 5/13/2017 | K.A. | 120 min | Pathena Perkins |
| 5/14/2017 | K.A. | 60 min | Pathena Perkins |
| 5/15/2017 | K.A. | 60 min | Pathena Perkins |
| 5/19/2017 | K.A. | 60 min | Pathena Perkins |
| 5/20/2017 | K.A. | 60 min | Pathena Perkins |
| 5/24/2017 | K.A. | 60 min | Pathena Perkins |
| 5/26/2017 | K.A. | 60 min | Pathena Perkins |
| 5/27/2017 | K.A. | 60 min | Pathena Perkins |
| 6/9/2017 | K.A. | 60 min | Pathena Perkins |
| 6/10/2017 | K.A. | 60 min | Pathena Perkins |
| 6/11/2017 | K.A. | 60 min | Pathena Perkins |
| 6/15/2017 | K.A. | 60 min | Pathena Perkins |
| 6/16/2017 | K.A. | 60 min | Pathena Perkins |
| 6/17/2017 | K.A. | 60 min | Pathena Perkins |
| 6/23/2017 | K.A. | 60 min | Pathena Perkins |
| 6/24/2017 | K.A. | 60 min | Pathena Perkins |
| 6/29/2017 | K.A. | 60 min | Pathena Perkins |
| 7/1/2017 | K.A. | 60 min | Pathena Perkins |
| 7/8/2017 | K.A. | 120 min | Pathena Perkins |
| 7/9/2017 | K.A. | 60 min | Pathena Perkins |
| 7/14/2017 | K.A. | 60 min | Pathena Perkins |
| 7/15/2017 | K.A. | 60 min | Pathena Perkins |
| 7/16/2017 | K.A. | 60 min | Pathena Perkins |
| 7/21/2017 | K.A. | 60 min | Pathena Perkins |
| 7/22/2017 | K.A. | 60 min | Pathena Perkins |
| 7/23/2017 | K.A. | 60 min | Pathena Perkins |
| 7/28/2017 | K.A. | 60 min | Pathena Perkins |
| 7/29/2017 | K.A. | 60 min | Pathena Perkins |
| 7/30/2017 | K.A. | 60 min | Pathena Perkins |
| 8/4/2017 | K.A. | 60 min | Pathena Perkins |
| 8/5/2017 | K.A. | 60 min | Pathena Perkins |

70. Defendants' therapist, Michael Bell, submitted fraudulent billings for services not performed but were paid as demonstrated by the excessive billing patterns as follows:

| Service Date | Client Name | Length | Therapist |
|---|---|---|---|
| 10/4/2016 | J.M. | 60 min | Michael Bell |
| 10/7/2016 | J.M. | 60 min | Michael Bell |
| 10/11/2016 | J.M. | 60 min | Michael Bell |
| 10/15/2016 | J.M. | 60 min | Michael Bell |
| 10/20/2016 | J.M. | 60 min | Michael Bell |
| 10/22/2016 | J.M. | 60 min | Michael Bell |
| 10/31/2016 | J.M. | 60 min | Michael Bell |
| 11/3/2016 | J.M. | 60 min | Michael Bell |
| 11/5/2016 | J.M. | 60 min | Michael Bell |
| 11/9/2016 | J.M. | 60 min | Michael Bell |
| 11/11/2016 | J.M. | 60 min | Michael Bell |
| 11/16/2016 | J.M. | 60 min | Michael Bell |
| 11/28/2016 | J.M. | 60 min | Michael Bell |
| 12/1/2016 | J.M. | 60 min | Michael Bell |
| 12/7/2016 | J.M. | 60 min | Michael Bell |
| 12/9/2016 | J.M. | 60 min | Michael Bell |
| 12/10/2016 | J.M. | 60 min | Michael Bell |
| 12/15/2016 | J.M. | 60 min | Michael Bell |
| 12/16/2016 | J.M. | 60 min | Michael Bell |
| 12/21/2016 | J.M. | 60 min | Michael Bell |
| 12/23/2016 | J.M. | 60 min | Michael Bell |
| 12/24/2016 | J.M. | 60 min | Michael Bell |
| 12/29/2016 | J.M. | 60 min | Michael Bell |
| 1/11/2017 | J.M. | 60 min | Michael Bell |
| 1/16/2017 | J.M. | 60 min | Michael Bell |
| 1/18/2017 | J.M. | 60 min | Michael Bell |
| 1/20/2017 | J.M. | 60 min | Michael Bell |
| 1/24/2017 | J.M. | 75 min | Michael Bell |
| 1/26/2017 | J.M. | 60 min | Michael Bell |
| 1/27/2017 | J.M. | 60 min | Michael Bell |
| 1/31/2017 | J.M. | 60 min | Michael Bell |
| 2/2/2017 | J.M. | 60 min | Michael Bell |
| 2/6/2017 | J.M. | 60 min | Michael Bell |
| 2/8/2017 | J.M. | 60 min | Michael Bell |
| 2/10/2017 | J.M. | 60 min | Michael Bell |
| 2/14/2017 | J.M. | 60 min | Michael Bell |
| 2/16/2017 | J.M. | 60 min | Michael Bell |
| 3/1/2017 | J.M. | 60 min | Michael Bell |
| 3/11/2017 | J.M. | 60 min | Michael Bell |
| 3/14/2017 | J.M. | 60 min | Michael Bell |
| 3/16/2017 | J.M. | 60 min | Michael Bell |
| 3/18/2017 | J.M. | 60 min | Michael Bell |
| 3/23/2017 | J.M. | 60 min | Michael Bell |
| 3/25/2017 | J.M. | 60 min | Michael Bell |
| 3/27/2017 | J.M. | 60 min | Michael Bell |
| 3/30/2017 | J.M. | 60 min | Michael Bell |
| 4/1/2017 | J.M. | 60 min | Michael Bell |
| 4/4/2017 | J.M. | 60 min | Michael Bell |
| 4/6/2017 | J.M. | 60 min | Michael Bell |
| 4/7/2017 | J.M. | 60 min | Michael Bell |
| 4/11/2017 | J.M. | 60 min | Michael Bell |
| 4/13/2017 | J.M. | 60 min | Michael Bell |
| 4/19/2017 | J.M. | 60 min | Michael Bell |
| 4/21/2017 | J.M. | 60 min | Michael Bell |
| 4/25/2017 | J.M. | 60 min | Michael Bell |
| 4/27/2017 | J.M. | 60 min | Michael Bell |
| 5/1/2017 | J.M. | 60 min | Michael Bell |
| 5/2/2017 | J.M. | 60 min | Michael Bell |
| 5/8/2017 | J.M. | 60 min | Michael Bell |
| 5/10/2017 | J.M. | 60 min | Michael Bell |
| 5/12/2017 | J.M. | 60 min | Michael Bell |
| 5/20/2017 | J.M. | 60 min | Michael Bell |
| 5/24/2017 | J.M. | 60 min | Michael Bell |
| 6/1/2017 | J.M. | 60 min | Michael Bell |
| 6/6/2017 | J.M. | 60 min | Michael Bell |
| 6/8/2017 | J.M. | 60 min | Michael Bell |
| 6/9/2017 | J.M. | 60 min | Michael Bell |
| 6/12/2017 | J.M. | 60 min | Michael Bell |
| 6/14/2017 | J.M. | 60 min | Michael Bell |
| 6/16/2017 | J.M. | 60 min | Michael Bell |
| 6/20/2017 | J.M. | 60 min | Michael Bell |
| 6/22/2017 | J.M. | 60 min | Michael Bell |
| 6/23/2017 | J.M. | 60 min | Michael Bell |
| 6/27/2017 | J.M. | 60 min | Michael Bell |
| 6/29/2017 | J.M. | 60 min | Michael Bell |
| 7/1/2017 | J.M. | 60 min | Michael Bell |
| 7/3/2017 | J.M. | 60 min | Michael Bell |
| 7/28/2017 | J.M. | 60 min | Michael Bell |
| 7/31/2017 | J.M. | 60 min | Michael Bell |
| 8/2/2017 | J.M. | 60 min | Michael Bell |
| 8/4/2017 | J.M. | 60 min | Michael Bell |
| 8/8/2017 | J.M. | 60 min | Michael Bell |
| 8/10/2017 | J.M. | 60 min | Michael Bell |

| Service Date | Client Name | Length | Therapist |
|---|---|---|---|
| 10/5/2016 | T.B. | 60 min | Michael Bell |
| 10/31/2016 | T.B. | 60 min | Michael Bell |
| 1/16/2017 | T.B. | 60 min | Michael Bell |
| 1/18/2017 | T.B. | 60 min | Michael Bell |
| 1/20/2017 | T.B. | 60 min | Michael Bell |
| 1/24/2017 | T.B. | 60 min | Michael Bell |
| 1/26/2017 | T.B. | 60 min | Michael Bell |
| 1/27/2017 | T.B. | 60 min | Michael Bell |
| 1/31/2017 | T.B. | 60 min | Michael Bell |
| 2/2/2017 | T.B. | 60 min | Michael Bell |
| 2/3/2017 | T.B. | 60 min | Michael Bell |
| 2/6/2017 | T.B. | 60 min | Michael Bell |
| 2/8/2017 | T.B. | 60 min | Michael Bell |
| 2/10/2017 | T.B. | 60 min | Michael Bell |
| 2/14/2017 | T.B. | 60 min | Michael Bell |
| 2/16/2017 | T.B. | 60 min | Michael Bell |
| 2/17/2017 | T.B. | 60 min | Michael Bell |
| 2/27/2017 | T.B. | 60 min | Michael Bell |
| 3/1/2017 | T.B. | 60 min | Michael Bell |
| 3/10/2017 | T.B. | 60 min | Michael Bell |
| 3/14/2017 | T.B. | 60 min | Michael Bell |
| 3/16/2017 | T.B. | 60 min | Michael Bell |
| 3/18/2017 | T.B. | 60 min | Michael Bell |
| 3/20/2017 | T.B. | 60 min | Michael Bell |
| 3/27/2017 | T.B. | 60 min | Michael Bell |
| 3/29/2017 | T.B. | 60 min | Michael Bell |
| 4/4/2017 | T.B. | 60 min | Michael Bell |
| 4/6/2017 | T.B. | 60 min | Michael Bell |
| 4/7/2017 | T.B. | 60 min | Michael Bell |
| 4/12/2017 | T.B. | 60 min | Michael Bell |
| 4/18/2017 | T.B. | 60 min | Michael Bell |
| 4/20/2017 | T.B. | 60 min | Michael Bell |
| 4/22/2017 | T.B. | 60 min | Michael Bell |
| 4/26/2017 | T.B. | 60 min | Michael Bell |
| 4/28/2017 | T.B. | 60 min | Michael Bell |
| 5/1/2017 | T.B. | 60 min | Michael Bell |
| 5/2/2017 | T.B. | 60 min | Michael Bell |
| 5/4/2017 | T.B. | 60 min | Michael Bell |

71. Defendants' therapist, Ricky Jones, submitted fraudulent billings for services not performed but were paid as demonstrated by the excessive billing patterns as follows:

| Service Date | Client Name | Length | Therapist |
|---|---|---|---|
| 10/15/2016 | J.M. | 120 min | Rickey Jones |
| 10/26/2016 | J.M. | 120 min | Rickey Jones |
| 11/3/2016 | J.M. | 120 min | Rickey Jones |
| 11/8/2016 | J.M. | 120 min | Rickey Jones |
| 11/24/2016 | J.M. | 120 min | Rickey Jones |
| 11/29/2016 | J.M. | 120 min | Rickey Jones |
| 12/8/2016 | J.M. | 120 min | Rickey Jones |
| 12/15/2016 | J.M. | 120 min | Rickey Jones |
| 12/21/2016 | J.M. | 120 min | Rickey Jones |
| 12/23/2016 | J.M. | 120 min | Rickey Jones |
| 12/24/2016 | J.M. | 120 min | Rickey Jones |
| 12/28/2016 | J.M. | 120 min | Rickey Jones |
| 12/30/2016 | J.M. | 120 min | Rickey Jones |
| 12/31/2016 | J.M. | 120 min | Rickey Jones |
| 1/3/2017 | J.M. | 60 min | Rickey Jones |
| 1/7/2017 | J.M. | 60 min | Rickey Jones |
| 1/9/2017 | J.M. | 60 min | Rickey Jones |
| 1/11/2017 | J.M. | 60 min | Rickey Jones |
| 1/13/2017 | J.M. | 120 min | Rickey Jones |
| 1/14/2017 | J.M. | 60 min | Rickey Jones |
| 1/15/2017 | J.M. | 120 min | Rickey Jones |
| 1/17/2017 | J.M. | 60 min | Rickey Jones |
| 1/19/2017 | J.M. | 60 min | Rickey Jones |
| 1/19/2017 | J.M. | 120 min | Rickey Jones |
| 1/21/2017 | J.M. | 60 min | Rickey Jones |
| 1/21/2017 | J.M. | 120 min | Rickey Jones |
| 1/23/2017 | J.M. | 60 min | Rickey Jones |
| 1/24/2017 | J.M. | 120 min | Rickey Jones |
| 1/25/2017 | J.M. | 60 min | Rickey Jones |
| 1/26/2017 | J.M. | 60 min | Rickey Jones |
| 1/28/2017 | J.M. | 60 min | Rickey Jones |
| 1/29/2017 | J.M. | 120 min | Rickey Jones |
| 1/31/2017 | J.M. | 60 min | Rickey Jones |
| 2/2/2017 | J.M. | 60 min | Rickey Jones |
| 2/2/2017 | J.M. | 120 min | Rickey Jones |
| 2/4/2017 | J.M. | 60 min | Rickey Jones |
| 2/6/2017 | J.M. | 60 min | Rickey Jones |
| 2/7/2017 | J.M. | 120 min | Rickey Jones |
| 2/8/2017 | J.M. | 60 min | Rickey Jones |
| 2/10/2017 | J.M. | 60 min | Rickey Jones |
| 2/14/2017 | J.M. | 60 min | Rickey Jones |
| 2/15/2017 | J.M. | 60 min | Rickey Jones |
| 2/17/2017 | J.M. | 60 min | Rickey Jones |
| 2/19/2017 | J.M. | 120 min | Rickey Jones |
| 2/21/2017 | J.M. | 120 min | Rickey Jones |
| 2/22/2017 | J.M. | 60 min | Rickey Jones |
| 2/24/2017 | J.M. | 60 min | Rickey Jones |
| 2/25/2017 | J.M. | 120 min | Rickey Jones |
| 2/28/2017 | J.M. | 60 min | Rickey Jones |
| 3/1/2017 | J.M. | 60 min | Rickey Jones |
| 3/4/2017 | J.M. | 60 min | Rickey Jones |
| 3/6/2017 | J.M. | 60 min | Rickey Jones |
| 3/8/2017 | J.M. | 60 min | Rickey Jones |
| 3/10/2017 | J.M. | 60 min | Rickey Jones |

| Service Date | Client Name | Length | Therapist |
|---|---|---|---|
| 10/8/2016 | M.D. | 120 min | Rickey Jones |
| 10/11/2016 | M.D. | 120 min | Rickey Jones |
| 10/19/2016 | M.D. | 120 min | Rickey Jones |
| 10/29/2016 | M.D. | 60 min | Rickey Jones |
| 10/31/2016 | M.D. | 120 min | Rickey Jones |
| 11/10/2016 | M.D. | 120 min | Rickey Jones |
| 11/22/2016 | M.D. | 120 min | Rickey Jones |
| 11/30/2016 | M.D. | 120 min | Rickey Jones |
| 12/6/2016 | M.D. | 120 min | Rickey Jones |
| 12/10/2016 | M.D. | 120 min | Rickey Jones |
| 12/12/2016 | M.D. | 120 min | Rickey Jones |
| 12/22/2016 | M.D. | 120 min | Rickey Jones |
| 12/29/2016 | M.D. | 120 min | Rickey Jones |
| 1/3/2017 | M.D. | 120 min | Rickey Jones |
| 1/17/2017 | M.D. | 120 min | Rickey Jones |
| 1/25/2017 | M.D. | 120 min | Rickey Jones |
| 1/31/2017 | M.D. | 120 min | Rickey Jones |
| 2/8/2017 | M.D. | 120 min | Rickey Jones |
| 2/15/2017 | M.D. | 120 min | Rickey Jones |
| 2/22/2017 | M.D. | 120 min | Rickey Jones |
| 3/16/2017 | M.D. | 60 min | Rickey Jones |
| 3/18/2017 | M.D. | 60 min | Rickey Jones |
| 3/24/2017 | M.D. | 60 min | Rickey Jones |
| 3/26/2017 | M.D. | 60 min | Rickey Jones |
| 3/28/2017 | M.D. | 60 min | Rickey Jones |
| 3/30/2017 | M.D. | 60 min | Rickey Jones |
| 4/1/2017 | M.D. | 60 min | Rickey Jones |
| 4/4/2017 | M.D. | 60 min | Rickey Jones |
| 4/6/2017 | M.D. | 60 min | Rickey Jones |
| 4/8/2017 | M.D. | 120 min | Rickey Jones |
| 4/11/2017 | M.D. | 60 min | Rickey Jones |
| 4/13/2017 | M.D. | 60 min | Rickey Jones |
| 4/18/2017 | M.D. | 60 min | Rickey Jones |
| 4/20/2017 | M.D. | 60 min | Rickey Jones |
| 4/27/2017 | M.D. | 60 min | Rickey Jones |
| 4/29/2017 | M.D. | 120 min | Rickey Jones |
| 5/2/2017 | M.D. | 60 min | Rickey Jones |
| 5/9/2017 | M.D. | 60 min | Rickey Jones |
| 5/11/2017 | M.D. | 60 min | Rickey Jones |
| 5/25/2017 | M.D. | 60 min | Rickey Jones |
| 5/27/2017 | M.D. | 60 min | Rickey Jones |
| 5/30/2017 | M.D. | 60 min | Rickey Jones |
| 6/1/2017 | M.D. | 60 min | Rickey Jones |
| 7/1/2017 | M.D. | 60 min | Rickey Jones |
| 7/17/2017 | M.D. | 60 min | Rickey Jones |
| 7/20/2017 | M.D. | 60 min | Rickey Jones |
| 7/24/2017 | M.D. | 60 min | Rickey Jones |
| 7/27/2017 | M.D. | 60 min | Rickey Jones |
| 7/31/2017 | M.D. | 60 min | Rickey Jones |
| 8/3/2017 | M.D. | 60 min | Rickey Jones |

72. Defendants' therapist, Lisa Johnson, submitted fraudulent billings for services not performed but were paid as demonstrated by the excessive billing patterns as follows:

| Service Date | Client Name | Length | Therapist |
|---|---|---|---|
| 10/3/2016 | S.C. | 60 min | Lisa Johnson |
| 10/5/2016 | S.C. | 60 min | Lisa Johnson |
| 10/7/2016 | S.C. | 60 min | Lisa Johnson |
| 10/10/2016 | S.C. | 60 min | Lisa Johnson |
| 10/12/2016 | S.C. | 60 min | Lisa Johnson |
| 10/14/2016 | S.C. | 60 min | Lisa Johnson |
| 10/17/2016 | S.C. | 60 min | Lisa Johnson |
| 10/21/2016 | S.C. | 60 min | Lisa Johnson |
| 10/24/2016 | S.C. | 60 min | Lisa Johnson |
| 10/26/2016 | S.C. | 60 min | Lisa Johnson |
| 10/28/2016 | S.C. | 60 min | Lisa Johnson |
| 10/31/2016 | S.C. | 60 min | Lisa Johnson |
| 11/2/2016 | S.C. | 60 min | Lisa Johnson |
| 11/4/2016 | S.C. | 60 min | Lisa Johnson |
| 11/7/2016 | S.C. | 60 min | Lisa Johnson |
| 11/9/2016 | S.C. | 60 min | Lisa Johnson |
| 11/11/2016 | S.C. | 60 min | Lisa Johnson |
| 11/16/2016 | S.C. | 60 min | Lisa Johnson |
| 11/17/2016 | S.C. | 60 min | Lisa Johnson |
| 11/22/2016 | S.C. | 60 min | Lisa Johnson |
| 11/23/2016 | S.C. | 60 min | Lisa Johnson |
| 11/25/2016 | S.C. | 60 min | Lisa Johnson |
| 11/28/2016 | S.C. | 60 min | Lisa Johnson |
| 11/29/2016 | S.C. | 60 min | Lisa Johnson |
| 11/30/2016 | S.C. | 60 min | Lisa Johnson |
| 12/2/2016 | S.C. | 60 min | Lisa Johnson |
| 12/5/2016 | S.C. | 60 min | Lisa Johnson |
| 12/7/2016 | S.C. | 60 min | Lisa Johnson |
| 12/8/2016 | S.C. | 60 min | Lisa Johnson |
| 12/12/2016 | S.C. | 60 min | Lisa Johnson |
| 12/14/2016 | S.C. | 60 min | Lisa Johnson |
| 12/15/2016 | S.C. | 60 min | Lisa Johnson |
| 12/17/2016 | S.C. | 60 min | Lisa Johnson |
| 12/19/2016 | S.C. | 60 min | Lisa Johnson |
| 12/21/2016 | S.C. | 60 min | Lisa Johnson |
| 12/22/2016 | S.C. | 60 min | Lisa Johnson |
| 12/24/2016 | S.C. | 60 min | Lisa Johnson |
| 12/27/2016 | S.C. | 60 min | Lisa Johnson |
| 12/29/2016 | S.C. | 60 min | Lisa Johnson |
| 12/31/2016 | S.C. | 60 min | Lisa Johnson |
| 1/2/2017 | S.C. | 60 min | Lisa Johnson |
| 1/3/2017 | S.C. | 60 min | Lisa Johnson |
| 1/4/2017 | S.C. | 60 min | Lisa Johnson |
| 1/7/2017 | S.C. | 60 min | Lisa Johnson |
| 1/8/2017 | S.C. | 60 min | Lisa Johnson |
| 1/9/2017 | S.C. | 60 min | Lisa Johnson |
| 1/10/2017 | S.C. | 60 min | Lisa Johnson |
| 1/16/2017 | S.C. | 60 min | Lisa Johnson |
| 1/17/2017 | S.C. | 60 min | Lisa Johnson |
| 1/23/2017 | S.C. | 60 min | Lisa Johnson |
| 1/24/2017 | S.C. | 60 min | Lisa Johnson |
| 2/1/2017 | S.C. | 60 min | Lisa Johnson |
| 2/3/2017 | S.C. | 60 min | Lisa Johnson |
| 2/8/2017 | S.C. | 60 min | Lisa Johnson |
| 2/10/2017 | S.C. | 60 min | Lisa Johnson |
| 2/17/2017 | S.C. | 60 min | Lisa Johnson |
| 2/22/2017 | S.C. | 60 min | Lisa Johnson |
| 3/2/2017 | S.C. | 60 min | Lisa Johnson |
| 3/3/2017 | S.C. | 60 min | Lisa Johnson |
| 3/9/2017 | S.C. | 60 min | Lisa Johnson |
| 3/10/2017 | S.C. | 60 min | Lisa Johnson |
| 3/24/2017 | S.C. | 60 min | Lisa Johnson |
| 4/2/2017 | S.C. | 60 min | Lisa Johnson |
| 5/9/2017 | S.C. | 60 min | Lisa Johnson |
| 5/12/2017 | S.C. | 60 min | Lisa Johnson |
| 5/16/2017 | S.C. | 60 min | Lisa Johnson |
| 5/18/2017 | S.C. | 60 min | Lisa Johnson |
| 5/19/2017 | S.C. | 60 min | Lisa Johnson |
| 5/23/2017 | S.C. | 60 min | Lisa Johnson |
| 5/30/2017 | S.C. | 60 min | Lisa Johnson |
| 6/1/2017 | S.C. | 60 min | Lisa Johnson |
| 6/2/2017 | S.C. | 60 min | Lisa Johnson |
| 6/6/2017 | S.C. | 60 min | Lisa Johnson |
| 6/8/2017 | S.C. | 60 min | Lisa Johnson |
| 6/10/2017 | S.C. | 60 min | Lisa Johnson |
| 6/15/2017 | S.C. | 60 min | Lisa Johnson |
| 6/17/2017 | S.C. | 60 min | Lisa Johnson |
| 6/23/2017 | S.C. | 60 min | Lisa Johnson |
| 6/24/2017 | S.C. | 60 min | Lisa Johnson |
| 6/29/2017 | S.C. | 60 min | Lisa Johnson |
| 6/30/2017 | S.C. | 60 min | Lisa Johnson |
| 7/1/2017 | S.C. | 60 min | Lisa Johnson |
| 7/13/2017 | S.C. | 60 min | Lisa Johnson |
| 7/14/2017 | S.C. | 60 min | Lisa Johnson |
| 7/15/2017 | S.C. | 60 min | Lisa Johnson |
| 7/27/2017 | S.C. | 60 min | Lisa Johnson |
| 7/28/2017 | S.C. | 60 min | Lisa Johnson |
| 7/29/2017 | S.C. | 60 min | Lisa Johnson |
| 8/3/2017 | S.C. | 60 min | Lisa Johnson |
| 8/4/2017 | S.C. | 60 min | Lisa Johnson |
| 8/5/2017 | S.C. | 60 min | Lisa Johnson |

| Service Date | Client Name | Length | Therapist |
|---|---|---|---|
| 10/3/2016 | L.C. | 60 min | Lisa Johnson |
| 10/5/2016 | L.C. | 60 min | Lisa Johnson |
| 10/7/2016 | L.C. | 60 min | Lisa Johnson |
| 10/10/2016 | L.C. | 60 min | Lisa Johnson |
| 10/12/2016 | L.C. | 60 min | Lisa Johnson |
| 10/14/2016 | L.C. | 60 min | Lisa Johnson |
| 10/17/2016 | L.C. | 60 min | Lisa Johnson |
| 10/21/2016 | L.C. | 60 min | Lisa Johnson |
| 10/24/2016 | L.C. | 60 min | Lisa Johnson |
| 10/26/2016 | L.C. | 60 min | Lisa Johnson |
| 10/28/2016 | L.C. | 60 min | Lisa Johnson |
| 10/31/2016 | L.C. | 60 min | Lisa Johnson |
| 11/2/2016 | L.C. | 60 min | Lisa Johnson |
| 11/4/2016 | L.C. | 60 min | Lisa Johnson |
| 11/7/2016 | L.C. | 60 min | Lisa Johnson |
| 11/9/2016 | L.C. | 60 min | Lisa Johnson |
| 11/11/2016 | L.C. | 60 min | Lisa Johnson |
| 11/16/2016 | L.C. | 60 min | Lisa Johnson |
| 11/22/2016 | L.C. | 60 min | Lisa Johnson |
| 11/23/2016 | L.C. | 60 min | Lisa Johnson |
| 11/29/2016 | L.C. | 60 min | Lisa Johnson |
| 12/1/2016 | L.C. | 60 min | Lisa Johnson |
| 12/5/2016 | L.C. | 60 min | Lisa Johnson |
| 12/7/2016 | L.C. | 60 min | Lisa Johnson |
| 12/8/2016 | L.C. | 60 min | Lisa Johnson |
| 12/12/2016 | L.C. | 60 min | Lisa Johnson |
| 12/14/2016 | L.C. | 60 min | Lisa Johnson |
| 12/15/2016 | L.C. | 60 min | Lisa Johnson |
| 12/19/2016 | L.C. | 60 min | Lisa Johnson |
| 12/21/2016 | L.C. | 60 min | Lisa Johnson |
| 12/22/2016 | L.C. | 60 min | Lisa Johnson |
| 1/2/2017 | L.C. | 60 min | Lisa Johnson |
| 1/4/2017 | L.C. | 60 min | Lisa Johnson |
| 1/12/2017 | L.C. | 60 min | Lisa Johnson |
| 1/13/2017 | L.C. | 60 min | Lisa Johnson |
| 1/14/2017 | L.C. | 60 min | Lisa Johnson |
| 1/19/2017 | L.C. | 60 min | Lisa Johnson |
| 1/20/2017 | L.C. | 60 min | Lisa Johnson |
| 1/21/2017 | L.C. | 60 min | Lisa Johnson |
| 1/26/2017 | L.C. | 60 min | Lisa Johnson |
| 1/28/2017 | L.C. | 60 min | Lisa Johnson |
| 1/31/2017 | L.C. | 60 min | Lisa Johnson |
| 2/2/2017 | L.C. | 60 min | Lisa Johnson |
| 2/3/2017 | L.C. | 60 min | Lisa Johnson |
| 2/7/2017 | L.C. | 60 min | Lisa Johnson |
| 2/9/2017 | L.C. | 60 min | Lisa Johnson |
| 2/10/2017 | L.C. | 60 min | Lisa Johnson |
| 2/14/2017 | L.C. | 60 min | Lisa Johnson |
| 2/16/2017 | L.C. | 60 min | Lisa Johnson |
| 2/17/2017 | L.C. | 60 min | Lisa Johnson |
| 2/21/2017 | L.C. | 60 min | Lisa Johnson |
| 2/23/2017 | L.C. | 60 min | Lisa Johnson |
| 2/28/2017 | L.C. | 60 min | Lisa Johnson |
| 3/2/2017 | L.C. | 60 min | Lisa Johnson |
| 3/3/2017 | L.C. | 60 min | Lisa Johnson |
| 3/7/2017 | L.C. | 60 min | Lisa Johnson |
| 3/9/2017 | L.C. | 60 min | Lisa Johnson |
| 3/13/2017 | L.C. | 60 min | Lisa Johnson |
| 3/15/2017 | L.C. | 60 min | Lisa Johnson |
| 3/17/2017 | L.C. | 60 min | Lisa Johnson |
| 3/18/2017 | L.C. | 60 min | Lisa Johnson |
| 3/20/2017 | L.C. | 60 min | Lisa Johnson |
| 3/22/2017 | L.C. | 60 min | Lisa Johnson |
| 3/24/2017 | L.C. | 60 min | Lisa Johnson |
| 3/28/2017 | L.C. | 60 min | Lisa Johnson |
| 3/29/2017 | L.C. | 60 min | Lisa Johnson |
| 3/31/2017 | L.C. | 60 min | Lisa Johnson |
| 4/4/2017 | L.C. | 60 min | Lisa Johnson |
| 4/5/2017 | L.C. | 60 min | Lisa Johnson |
| 4/6/2017 | L.C. | 60 min | Lisa Johnson |
| 4/10/2017 | L.C. | 60 min | Lisa Johnson |
| 4/11/2017 | L.C. | 60 min | Lisa Johnson |
| 4/12/2017 | L.C. | 60 min | Lisa Johnson |
| 5/9/2017 | L.C. | 60 min | Lisa Johnson |
| 5/11/2017 | L.C. | 60 min | Lisa Johnson |
| 5/12/2017 | L.C. | 60 min | Lisa Johnson |
| 5/16/2017 | L.C. | 60 min | Lisa Johnson |
| 5/18/2017 | L.C. | 60 min | Lisa Johnson |
| 5/19/2017 | L.C. | 60 min | Lisa Johnson |
| 5/23/2017 | L.C. | 60 min | Lisa Johnson |
| 5/30/2017 | L.C. | 60 min | Lisa Johnson |
| 6/1/2017 | L.C. | 60 min | Lisa Johnson |
| 6/2/2017 | L.C. | 60 min | Lisa Johnson |
| 6/6/2017 | L.C. | 60 min | Lisa Johnson |
| 6/8/2017 | L.C. | 60 min | Lisa Johnson |
| 6/10/2017 | L.C. | 60 min | Lisa Johnson |
| 6/13/2017 | L.C. | 60 min | Lisa Johnson |
| 6/15/2017 | L.C. | 60 min | Lisa Johnson |
| 6/17/2017 | L.C. | 60 min | Lisa Johnson |
| 6/20/2017 | L.C. | 60 min | Lisa Johnson |
| 6/24/2017 | L.C. | 60 min | Lisa Johnson |
| 6/29/2017 | L.C. | 60 min | Lisa Johnson |
| 7/1/2017 | L.C. | 60 min | Lisa Johnson |
| 7/8/2017 | L.C. | 60 min | Lisa Johnson |
| 7/11/2017 | L.C. | 60 min | Lisa Johnson |
| 7/13/2017 | L.C. | 60 min | Lisa Johnson |
| 7/15/2017 | L.C. | 60 min | Lisa Johnson |
| 7/25/2017 | L.C. | 60 min | Lisa Johnson |
| 7/27/2017 | L.C. | 60 min | Lisa Johnson |
| 7/29/2017 | L.C. | 60 min | Lisa Johnson |
| 8/1/2017 | L.C. | 60 min | Lisa Johnson |
| 8/3/2017 | L.C. | 60 min | Lisa Johnson |
| 8/5/2017 | L.C. | 60 min | Lisa Johnson |

## TRIPLE BILLING

73. Defendants purposefully and knowingly billed for assessments, treatments, and plans separately which resulted in triple billing to Government Payment Programs.

74. Relator has specific knowledge that all the Defendant's patients were triple billed.

75. Relator has specific knowledge that the examples provided in this Amended Complaint listed as 60-72 were triple billed.

76. Relator has specific knowledge of more than 100 patients that were billed for medically unnecessary services, billed for services not performed, and triple billed by Defendants.

77. As a further example, Client R.J. was billed by therapist Marie Wright for a visit on June 7/20/2017. However, R.J.'s mother, S. J., called Relator and complained that R.J. had not been seen, giving her personal knowledge of the lack of services being performed on R.J.

78.  As a further example, Client, B.W. was billed by therapist, Marie Wright, for a visit on October 13, 2016. However, B.W.'s mother called Relator and complained that B.W. had not been seen, giving her personal knowledge of the lack of services being performed on B.W.

79. As a further example, Client, Z.B., was billed by therapist, Cynthia Johnson, for visits on September 21, 2016 for 30 minutes of group therapy and February 26, 2017 for 15 minutes of group therapy. However, Z.B.'s mother called Relator and complained that Z.B. had not been seen, giving her personal knowledge of the lack of services being performed on Z.B.

80. As a further example, Client, I.M., was billed for 60 minute group therapy by therapist, Rena Lucas, for visits on November 28, 2016, March 7, 2017, and March 31, 2017. However, I.M.'s mother called Relator and complained that I.M. had not been seen, giving her personal knowledge of the lack of services being performed on I.M.

81. As a further example, Client, L.K., was billed by therapist, LeAshleigh Anderson, for visits in 2015. However, L.K.'s father, G. K., called Relator and complained that L.K. had not been seen, giving her personal knowledge of the lack of services being performed on L.K. Relator also checked L.K.'s file on December 14, 2015, and saw no documentation of any visits or services performed on L.K.

82. As a further example, Relator has personal knowledge of the lack of service being performed on Client, C.A. through a complaint by Dr. Rowden, a psychologist. Relator also check C.A.'s file on March 2, 2016 and saw no documentation of any visits or services performed on C.A.

83. Relator has more examples of parents contacting her about services not performed on their children.

## TARGETING MEDICARE/MEDICAID PATIENTS

84. On August 10, 2016, Defendants purposefully recruited Medicare/Medicaid patients by throwing a "back to school bash at the Tallulah Community Center, 800 N. Beech Street, Tallulah, LA 71282. Defendants targeted Medicare/Medicaid patients by advertising a back-to-school party thrown annually at the Maddison Parish County Center with free food, games, and prizes in exchange for completing a demographics packet upon entrance. (Exhibit 3)

## COUNT ONE
### Federal False Claims Act-Presentation of False Claim-31 U.S.C. § 3729(a)(1)

85. Relator re-alleges and incorporates paragraphs 1-84 this First Amended Complaint as if fully set forth herein.

86. This is a claim for penalties and treble damages under the Federal False Claims Act.

87. In performing the acts described above, Defendants, through the acts of their officers, agents, employees and sales representatives for the purpose of defrauding the Government, knowingly presented and/or caused to be presented false or fraudulent claims for payment or approval under the Medicare, Medicaid and other Government health programs to officers, employees or agents of the United States Government, within the meaning of 31 U.S.C. § 3729(a)(1).

88. As a result, federal monies were lost through payments made in respect of the claims and other costs were sustained by the Government.

89. Therefore, the Federal Government has been damaged in an amount to be proven at trial.

90. Additionally, the Federal Government is entitled to the maximum penalty of $11,000 for each and every false and fraudulent claim made and caused to be made by Defendants and arising from their fraudulent conduct as described herein.

## COUNT TWO
## Conspiracy To Violate The False Claims Act

91. Relator re-alleges and incorporate paragraphs 1-84 of this First Amended Complaint as is fully set forth herein.

92. Defendants have conspired with one another to conceal, omit, and alter material facts in order to present, or cause to be presented false and fraudulent claims for payment by the United States of America and the State of Louisiana in violation of *inter alia*, 31 U.S.C. § 3729(a)(1)(C).

93. Defendants conspired together and knowingly and willfully withheld information specifically known to Defendants regarding the systematic fraudulent conduct in

unlawful billing to the United States of America and the State of Louisiana in violation of 31 U.S.C. § 3729(a)(1)(C).

94. Defendants have acted in a concerted fashion to defraud the United States and the State of Louisiana and to conceal from the United States and the State of Louisiana the facts necessary to investigate the fraud and damages caused by the fraud.

95. The Defendants' false and fraudulent claims and/or statements, omissions and non-disclosures, and other overt acts in furtherance of the conspiracy, have proximately caused harm and damaged the United States of America and the State of Louisiana.

## COUNT THREE
**Federal False Claims Act-Conspiracy to Make False Claims and Statements-31 U.S.C. § 3729(a)(1)(C)**

96. Relator re-alleges and incorporate paragraphs 1-84 of this First Amended Complaint as is fully set forth herein.

97. In performing the acts described above, Defendants through the acts of their officers, agents, and employees conspired and acted in concert to make, used, or caused to be made or used, false claims and statements to get a false or fraudulent claims paid by the Government in violation of 31 U.S.C §3729(a)(1)(C).

98. The United States, unaware of the foregoing circumstances and conduct of the Defendants, made payments which resulted in its being damages in an amount to be determined.

99. Additionally, the Federal Government is entitled to the maximum penalty of $11,000 for each and every false and fraudulent claim paid or approved arising from the Defendants fraudulent conduct as described herein.

## COUNT FOUR
## Payment Under Mistake of Fact

100. Relator re-alleges and incorporates paragraphs 1-84 of this First Amended Complaint.

101. This is an action to recover monies paid by the United States and the State of Louisiana and Cities under a mistake of fact that was caused by Defendants through activities described in the Amended Complaint.

102. The United States and the State of Louisiana and Cities made payments for false and fraudulent claims for medically unnecessary services or services that were not performed under the erroneous belief that the records, statements, and proposed amount upon which reimbursement was based were true, correct, and proper.

103. The United States and the State of Louisiana's erroneous beliefs were material to the payments made by the State of Louisiana, Cities, and Federal Government.

104. Because of these mistakes of fact, the United States and the State of Louisiana, and Cities paid moneys for medical unnecessary services or services that were not performed that was not properly reimbursable and to which the United States and the State of Louisiana and Cities are entitled.

105. By reason of these payments, the United States and the State of Louisiana and Cities have suffered damages in an amount to be determined.

## COUNT FIVE
## Unjust Enrichment

106. Relator re-alleges and incorporates paragraphs 1-84 of this First Amended Complaint.

107. This is an action to recover monies by which Defendants have been unjustly enriched. Due to the Defendants improper practices, the United States and the State of Louisiana paid monies by which Defendants have been unjustly enriched.

108.  By reason of their payments, the United States and the State of Louisiana and Cities are

entitled to damages in an amount to be determined.


**COUNT SIX**
**Violation of the Louisiana Medical Assistance**
**Programs Integrity Law**

109.  Relator re-alleges and incorporates paragraphs 1-84 of the First Amended Complaint as

if fully set forth herein.

110.  Defendants knowingly and willfully presented or caused to be presented false

fraudulent claims for payment or approval to the Louisiana Medicaid Program, in

violation of 31 U.S.C. § 3729(a)(1)(A) and LSA R.S. 46:437.1 *et seq.*[4]

111.  Defendants knowingly and willfully made, used, or caused to be made or used, false

and fraudulent records and statements material to their false and fraudulent claims in

order to get false and fraudulent claims pain or approved by the Louisiana Medicaid

Program in violation of 31 U.S.C. § 3729(a)(1)(B) and LSA R.S. 46:437.1 *et seq.*

112. The State of Louisiana in reasonable and justifiable reliance upon the purported

accuracy of these certified false and fraudulent claims and/or statements by Defendants,

paid and continues to pay for medical services and products allegedly provided to

individuals insured by Medicaid.

113. The Defendants false and/or fraudulent statements has proximately caused harm and

damage to the State of Louisiana and the United States of America.

---

[4] As of January 10, 2022, the State of Louisiana assumed control of the MAPIL claims.

114. These actions and any claims submitted are false in violation of the Federal False Claims Act, 31 U.S.C. § 3729 *et seq.* and LSA R.S. 46:438.3(B), which states that "no person shall knowingly engage in misrepresentation to obtain, or attempt to obtain, payment from medical assistance funds."

115. Additionally, State Government is entitled to the maximum penalty of $11,000 for each and every false and fraudulent claim made and caused to be made by Defendants and arising from their fraudulent conduct as described herein in violation of La. R.S. 46:438.3 pursuant to La. R.S. 46:438.6 ( C ).

## PRAYER FOR RELIEF

WHEREFORE, Relator prays for the following relief:

A. Judgment in an amount equal to treble the damages to be proven at trial against Defendants and in favor of the United States, plus a civil penalty of up to $11,000 for each violation of 31 U.S.C. § 3729 proven at trial[5];

B. Judgment in an amount of proven damages at trial for payment in mistake of fact and unjust enrichment;

C. Judgment in an amount equal to the damages to be proven at trial against Defendants and in favor of the State of Louisiana, plus the amount of three times the amount of actual damages, plus a civil penalty of not less than five thousand and five hundred dollars ($5,500) and up to eleven thousand dollars ($11,000) for each such claim, in violation of La. Rev. Stat. 46:437.1 et seq. as proven at trial.

---

[5] These penalties have been adjusted to inflation by 29 C.F.R. 85.3 (a)(9) and are currently (as of 01/30/23) a minimum of $13,508.00 to a maximum of $27,018.00. This authority arises out of the Federal Civil Penalties Inflation Adjustment Act of 1990, Public Law 101–410, as in effect prior to November 2, 2015.

D.  An award to Relator of the maximum amount allowed pursuant to 31 U.S.C. § 3730(d) and equivalent provisions in the state statutes set forth above, including the costs and expenses of this action and reasonable attorneys' fees.

E.  All such other, further and different relief, whether preliminary or permanent, legal, general or equitable, as the Court deems just and proper.

## **JURY DEMAND**

F.  Relator hereby demands a trial by Jury in this matter.

Respectfully submitted,

By:     */s/ J. Marc Vezina*_____
J. MARC VEZINA
**VEZINA AND GATTUSO, L.L.C.**
LA Bar No. 24683
TX Bar No 24000141
GA Bar No. 465449
MI Bar No. P76232
KELLI M. KHALAF
LA Bar No. 23213
401 Weyer Street, P. O. Box 461
Gretna, LA 70054
jmv@vezinalaw.com
kkhalaf@vezinagattuso.com
Tel. (504) 368-5223
Fax (504) 361-3624

**Attorneys for Relator**

47