UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| RHONDA HARRIS | CIVIL ACTION |
| VERSUS | |
| SEASIDE HCBS, LLC, ET AL. | NO. 18-00994-BAJ-RLB |

### JUDGMENT

For written reasons assigned,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the State of Louisiana and Relator's claims in the above-captioned matter be and are hereby **DISMISSED WITH PREJUDICE**, and that any claims of the United States under the False Claims Act in the above-captioned matter be and are hereby **DISMISSED WITHOUT PREJUDICE**.

Baton Rouge, Louisiana, this 25th day of November, 2025

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA